

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **EXEL BOBBINS AND PLASTIC COMPONENTS, Inc.,**<br>    Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-01-148 |
| **JSW PLASTICS MACHINERY, Inc.,**<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED, that on January 7, 2002 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for **mediation only**. The Court notes that the Joint Discovery/Case Management Plan [Dkt. No. 7] indicates that the Parties are amenable to mediation.

If, by the time the case is ready for trial, the Parties have not succeeded in resolving this case through mediation, the trial will be promptly set before United States District Judge Hilda G. Tagle.

The Parties are further advised that the initial pretrial conference set for January 14, 2002, is hereby cancelled until further notice.

DONE at Brownsville, Texas, this 7th day of January, 2002.

Hilda G. Tagle
United States District Judge