IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., <br>     Plaintiff, <br><br> vs. <br><br> JSW PLASTICS MACHINERY, INC, <br>     Defendant. | CIVIL ACTION NO. B-01-148 <br> [Assigned to the Hon. Hilda G. Tagle] |

**UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY FOR JSW PLASTICS MACHINERY, INC., AT JANUARY 14, 2002 INITIAL PRETRIAL CONFERENCE AND TO PERMIT SUBSTITUTE ATTORNEY TO APPEAR PRO HAC VICE IN PERSON OR BY TELEPHONE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1. The Court has scheduled the initial pretrial conference in this case for Monday, January 14, 2002 at 2:15 PM in Brownsville.

2. David C. Garza, the attorney of record for defendants, JSW Plastics Machinery, Inc., has a scheduling conflict for the date, January 14, 2002. Mr. Garza, has an obligation to appear for a jury trial on a previously scheduled and separate matter in the 93rd District Court in Hidalgo County. For this reason, Mr. Garza will not be able to attend the pretrial conference for this action on January 14, 2002.

3. JSW Plastics Machinery, Inc., is also represented by attorney James J. Regan, who is licensed to practice in the state of California. Mr. Regan and his firm, Regan-Braun Law Offices is thoroughly familiar with the subject action. Mr. Regan's presence at the pretrial

conference would be helpful and would also assist in moving the case and conference forward despite, Mr. Garza's schedule conflict on January 14, 2002.

4. James J. Regan (California State Bar Number 80576) is in good standing with the California State Bar. He is a member of the Federal District Court and admitted to practice before the Supreme Court of the United States.

5. Pursuant to Local Rule 83.2, the Defendant requests that Mr. James J. Regan, California State Bar Number 80576, telephone number (310) 372-1988, mailing address 2522 Artesia Boulevard, Suite 200, Redondo Beach, California 90278, be allowed to appear on its behalf on January 14, 2002 either in person or by telephone. Mr. Regan is not admitted to practice before this court and so requests permission to appear *pro hac vice*.

Dated: January 4/1, 2002

Respectfully submitted,

By: _____
David C. Garza
DAVID C. GARZA
SBN 07731400
Federal ID No. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914
Fax: (956) 542-7403
Attorney-in-Charge for JSW PLASTICS MACHINERY, INC.

JAMES J. REGAN, ESQ.,
CA SBN 80576
FBN 80576
REGAN • BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988

Fax: (310) 318-5894
Attorneys for Defendant JSW PLASTICS
MACHINERY, INC.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he spoke with Moises M. Salas, Jr, attorney for the Plaintiff on January 4, 2002. He is unopposed to this motion.

_____
DAVID C. GARZA

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY FOR JSW PLASTICS MACHINERY, INC., AT JANUARY 14, 2002 INITIAL PRETRIAL CONFERENCE AND TO PERMIT SUBSTITUTE ATTORNEY TO APPEAR PRO HAC VICE has been served on the Plaintiff's attorney of record by delivery of a true copy on the _____ day of January, 2002, as follows:

Moises M. Salas, Jr.                    **Via Fax (956) 542-7403 And**
GRIFFITH, SAENZ & HILL, LLP             **Regular Mail**
One Park Place, Suite 620
100 Savannah Avenue
McAllen, TX 78503

_____
DAVID C. GARZA

c:\dcg\cl\JSW-Plastics-Unopposed-Motion-Substitute-Pro-Hac-Vice

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-01-148 |
| vs. | § § | [Assigned to the Hon. Hilda G. Tagle] |
| JSW PLASTICS MACHINERY, INC, Defendant. | § § § | |

**ORDER ON MOTION FOR PERMISSION TO PARTICIPATE
PRO HAC VICE IN PERSON OR BY TELEPHONE**

On this day the Court considered the Unopposed Motion to Substitute Attorney for JSW Plastics Machinery, Inc., at January 14, 2002 Initial Pretrial Conference and to Permit Substitute Attorney to Appear Pro Hac Vice In Person or By Telephone of James J. Regan. The Court finds that said Motion should be GRANTED.

It is therefore ORDERED that James J. Regan is permitted to participate *pro hac vice in person or by telephone* in this matter.

_____
JUDGE PRESIDING

c /dcg/cl/jsw/pro-hac-vice-order