

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2002

Michael N. Milby
Clerk of Court

| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., Plaintiff, vs. JSW PLASTICS MACHINERY, INC., Defendant. | § § § § § § § § § § § § § | CIVIL ACTION No. B-01-148 [Assigned to the Hon. Hilda G. Tagle] |
|---|---|---|

## MOTION FOR ORDER TO PERMIT JAMES J. REGAN, ESQ. TO APPEAR PRO HAC VICE FOR DEFENDANT JSW PLASTICS MACHINERY, INC.

TO THE HONORABLE JUDGE OF THE UNITED STATED DISTRICT COURT:

COMES NOW, James J. Regan, Esq., California State Bar No. 80576, and makes this motion to appear *pro hac vice* in the above-entitled matter. In support thereof, I, James J. Regan, respectfully represent to the Court the following:

1. My office address and telephone number is:

   Regan • Braun Law Offices
   2522 Artesia Boulevard, Suite 200
   Redondo Beach, CA 90278
   tel: (310) 372-1988
   fax: (310) 318-5894

2. I was admitted to practice before the following Courts on the following dates:

   a) Supreme Court of California        June 23, 1978

MOTION FOR ORDER TO PERMIT JAMES J. REGAN, ESQ. TO APPEAR
PRO HAC VICE FOR DEFENDANT JSW PLASTICS MACHINERY, INC.

1

|   |   |   |
|---|---|---|
| b) | United States District Court, Central District of California | June, 1978 |
| c) | United States Supreme Court | August 8, 1997 |
| d) | United States District Court, Southern District of California | August, 2001 |

3. I am currently in good standing and eligible to practice before each of the Courts listed in the preceding paragraph.

4. I have not filed an Application to appear as counsel pro hac vice in this state in the two years preceding this Application, with the exception that I filed a unopposed Motion to Appear *pro hac vice* in this matter for the sole purpose to appear for the January 14, 2002 Initial Pre-Trial Conference.

5. I am not currently suspended or disbarred in any court.

6. David C. Garza, Esq., Texas State Bar No. 07731400, has agreed to serve as a member of the State Bar of Texas and of the United States District Court, Southern District of Texas with whom the Court and opposing counsel may readily communicate regarding the conduct of this matter and upon whom pleadings and other papers in this action shall also be served at the address shown below:

> GARZA & GARZA, L.L.P.
> 680 East St. Charles, Suite 300
> P.O. Box 2025
> Brownsville, Texas 78522-2025
> tel: (956) 541-4914
> fax:(956) 542-7403

Executed on March 28, 2002 at Redondo Beach, California.

I declare under penalty of perjury under the laws of California and of the United States of America that the foregoing is true and correct.

s/ *see attached fax signature*
James J. Regan

MOTION FOR ORDER TO PERMIT JAMES J. REGAN, ESQ. TO APPEAR
PRO HAC VICE FOR DEFENDANT JSW PLASTICS MACHINERY, INC.

2

    b)    United States District Court,
Central District of California    June, 1978

    c)    United States Supreme Court    August 8, 1997

    d)    United States District Court,
Southern District of California    August, 2001

3. I am currently in good standing and eligible to practice before each of the Courts listed in the preceding paragraph.

4. I have not filed an Application to appear as counsel pro hac vice in this state in the two years preceding this Application, with the exception that I filed a unopposed Motion to Appear *pro hac vice* in this matter for the sole purpose to appear for the January 14, 2002 Initial Pre-Trial Conference.

5. I am not currently suspended or disbarred in any court.

6. David C. Garza, Esq. has agreed to serve as a member of the State Bar of Texas and of the United States District Court, Southern District of Texas with whom the Court and opposing counsel may readily communicate regarding the conduct of this matter and upon whom pleadings and other papers in this action shall also be served at the address shown below:

    GARZA & GARZA, L.L.P.
    680 East St. Charles, Suite 300
    P.O. Box 2025
    Brownsville, Texas 78522-2025
    tel: (956) 541-4914
    fax: (956) 542-7403

Executed on March 28, 2002 at Redondo Beach, California.

I declare under penalty of perjury under the laws of California and of the United States of America that the foregoing is true and correct.

    *[signature]*
    James J. Regan

---

MOTION FOR ORDER TO PERMIT JAMES J. REGAN, ESQ. TO APPEAR
PRO HAC VICE FOR DEFENDANT JSW PLASTICS MACHINERY, INC.