IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 3 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EXCEL BOBBINS AND PLASTIC COMPONENTS, INC., § § § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION No. B-01-148 |
| JSW PLASTICS MACHINERY, INC., § § § | [Assigned to the Hon. Hilda G. Tagle] |
| Defendant. § § | |

### ORDER [PROPOSED] TO PERMIT JAMES J. REGAN, ESQ. TO APPEAR PRO HAC VICE FOR DEFENDANT JSW PLASTICS MACHINERY, INC.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Local Rule 83.1, the Motion to Substitute James J. Regan, Esq. as the attorney, *pro hac vice*, for Defendant JSW MACHINERY, INC. be GRANTED.

Dated: 4-3-02

United States **Magistrate Judge**