*14*

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

APR 0 4 2002

Michael N. Milby
Clerk of Court

Date: April 4, 2002, 9:00 a.m.

---

### C.A. NO. B-01-148 (HGT)

---

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | * | Moises Salas, Jr. |
| vs | * | |
| JSW PLASTICS MACHINERY, INC. | * | David C Garza & James J Regan |

---

### CHAMBERS CONFERENCE

The Court's review of the position papers filed by each party hereto, convinced the Court that mediation would not produce a settlement.

The Court met the parties and all agreed that some discovery is needed prior to any meaningful mediation. The parties requested that the Court rule on pending motions.

The parties will consider filing a 636(c) consent depending on the outcome of the motions. A scheduling order will not be required if the Court rules in favor of defendants' motion. Mediation will be rescheduled by this Court if needed.