*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC | § | |
| COMPONENTS, INC. | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. B-01-148 |
| VS. | § | JURY |
| | § | |
| JSW PLASTICS MACHINERY, INC. | § | |
| *Defendant,* | § | |

---

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, CARLA M. SAENZ of the law firm of Carla M. Saenz & Associates,

P.L.L.C., and files this Motion For Withdrawal as Lead and Substitution Of Counsel and would

show unto the court as follows:

### I.

Carla M. Saenz of the law firm of Carla M. Saenz & Associates, P.L.L.C., is currently

the attorney of record and attorney in charge for EXEL BOBBINS AND PLASTIC

COMPONENTS, INC., the Plaintiff in the above captioned cause of action.

### II.

Carla M. Saenz requests approval to withdraw as attorney of record and attorney in charge

for Plaintiff, EXEL BOBBINS AND PLASTIC COMPONENTS, INC., and requests the

substitution of co-counsel Moises M. Salas, Jr., of the Law Office of Moises M. Salas, Jr., as

attorney of record and attorney in charge for said Plaintiff. Mr. Salas is co-counsel and

AGREED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL                                              Page 1

completely familiar with the case, and in fact, has attended all depositions and participated in discovery on behalf of the Plaintiff.

This substitution of counsel has the approval of EXEL BOBBINS AND PLASTIC COMPONENTS, INC., and all parties hereto. The withdrawal and substitution of counsel is not sought for delay.

Respectfully submitted,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile

BY: _____
        CARLA M. SAENZ
        State Bar No. 17514595
        Federal Id. No. 7994

**ATTORNEYS FOR DEFENDANT,**
**EXEL BOBBINS AND PLASTIC COMPONENTS, INC.**

## CERTIFICATE OF SERVICE

THIS is to certify on this the _29th_ day of May, 2002, a true and correct copy of the

above and foregoing document has been forwarded to all counsel of record, to wit:

David C. Garza                              *Via Regular Mail*
**Garza & Garza, L.L.P.**
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025

*Attorney for Defendant*
*JSW Plastics Machinery, Inc.*

James J. Regan                             *Via CM/RRR 7000 0520 0024 6462 5759*
Lorne Lilienthal
**Regan, Braun Law Offices**
2533 Artesia Boulevard, Suite  200
Redondo Beach, California 90278

*Attorneys for Defendant*
*JSW Plastics Machinery, Inc.*

Mr. Moises M. Salas, Jr.                   *Via CM/RRR 7000 0520 0024 6462 5766*
**Law Office of Moises M. Salas, Jr.**
847 East Harrison
Brownsville, TX 78520


CARLA M. SAENZ