IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-148 JURY |
| JSW PLASTICS MACHINERY, INC. | § § | |
| Defendant, | § | |

**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

ON THIS 3rd day of June, 2002, came on to be heard the above and foregoing Motion For Withdrawal and Substitution of Counsel, and the Court having considered the Motion is of the opinion that the same should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that CARLA M. SAENZ, CARLA M. SAENZ & ASSOCIATES, P.L.L.C., be withdrawn as attorney of record for Plaintiff, EXEL BOBBINS AND PLASTIC COMPONENTS, INC., in the above styled and numbered cause, and that the following be substituted in her stead: MOISES M. SALAS, JR., LAW OFFICE OF MOISES M. SALAS, JR., 847 E. Harrison, Brownsville, TX 78520, as attorney of record.

SIGNED this 3rd day of June, 2002.

_____
PRESIDING JUDGE

copies to
Ms. Carla M. Saenz, **Carla M. Saenz & Associates, P.L.L.C.**, 1325 Palm Blvd., Suite H, Brownsville, TX 78520
Mr. Moises M. Salas, Jr., **Law Office of Moises M. Salas, Jr.**, 847 E. Harrison, Brownsville, TX 78520
Mr. David C. Garza, **Garza & Garza, L.L.P.**, 680 East St. Charles, Suite 300, Brownsville, TX 78522-2025
Mr. James J. Regan, Mr. Lorne Lilienthal, **Regan & Braun Law Offices**, 2533 Artesia Blvd., Suite 200, Redondo Beach, CA 90278