# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

EXEL BOBBINS AND PLASTIC  \*
COMPONENTS, INC.

VS                                                  \*  C.A. NO. B-01-148

JSW PLASTICS MACHINERY, INC.          \*

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| REGAN BRAUM LAW OFFICES BY [signature] | Attorney for Defendant JSW-PMI | 6-25-02 |
| [signature] David C. Garza | Attorney for Defendant JSW Plastics Machinery | 6/25/02 |
| [signature] | Attorney for Plaintiff Exel Bobbins and Plastics Components Inc. | 6/27/02 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

United States District Court
Southern District of Texas
ENTERED
JUL 0 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

7/1/02
Date                           United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.