

United States District Court
Southern District of Texas
ENTERED
JUL 15 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-01-148 |
| JSW PLASTICS MACHINERY, INC., Defendant. | § § § | |

## ORDER

Before the Court is Defendant's Motion to Dismiss for Improper Venue; or in the Alternative, to Transfer for Improper Venue (Doc. # 4). For the following reasons, Defendant's Motion is hereby DENIED. A telephonic pre-trial conference will be set for July 31, 2002, at 2:00 p.m. During the telephonic pre-trial conference, a scheduling order will be adopted in this case.

## BACKGROUND

The Plaintiff and Defendant executed four different contracts in the years 2000 and 2001, which were pursuant to purchase orders regarding the sale of various plastic molding machines. Relations between the parties eventually broke down. Plaintiff has brought this breach of contract suit against Defendant. Defendant claims that a choice of venue clause in a similar contract, which was signed by both parties, essentially divests this Court of jurisdiction in this cause of action. Specifically, Defendant contends that this claim should be heard in Los Angeles, California.

## ANALYSIS

A detailed analysis of this motion is unwarranted. Defendant attempts to link a forum

selection clause in an addendum to a similar, yet unrelated contract to the one at issue in this suit. The parties clearly did not contractually agree to apply California law for settling any litigation stemming from the specific contract at issue in this cause of action. Defendant claims that the parties intended the forum selection clause to apply to all of the negotiations entered into between the parties. However, there is insufficient evidence linking the January 30, 2001 contract, which the Plaintiff is suing on in this case, and a forum selection clause entered into by the parties in a similar contract. Therefore, given the fact that the contract at issue was executed in Brownsville, Texas, jurisdiction is appropriate in the Southern District of Texas, Brownsville Division.

The parties are hereby set for a telephonic pre-trial conference on July 31, 2002, at 2:00 p.m., at which time a scheduling order will be adopted in this case. The Plaintiff will initiate said conference.

DONE at Brownsville, Texas, this 15th day of July, 2002.

Felix Recio
United States Magistrate Judge
600 E. Harrison Street, Suite 203
Brownsville, Texas 78520
(956) 548-2701