# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

JUL 3 1 2002

Michael N. Milby
Clerk of Court

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

Law Clerk:     Ryan A Byrd

Date:          July 31, 2002, 2:00 pm

## C.A. NO. B-01-148 (636(c))

| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | * | Moises M Salas, Jr. & Viola Garza |
|---|---|---|
| VS | * | |
| JSW PLASTICS MACHINERY, INC. | * | David Garza & Lorne Lilienthal |

### TELEPHONIC SCHEDULING CONFERENCE

Telephonic conference held with attorneys Salas, Garza, Garza and Lilienthal.

The parties agreed to the docket dates. A scheduling order will be issued.