700.0078/1794

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 16 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXCEL BOBBINS AND PLASTIC COMPONENTS, INC. | § § | |
| Plaintiff | § § | CIVIL ACTION NO. B-01-148 |
| VS. | § § | JURY |
| JSW PLASTICS MACHINERY, INC. | § § | |
| Defendant | § | |

## NOTICE TO APPEAR AS LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOHN R. GRIFFITH, Griffith, Hill & Ochoa, L.L.P., Attorneys at Law, and make this appearance as lead counsel for Plaintiff, Excel Bobbins, and would show the following:

I.

Plaintiff, EXCEL BOBBINS, has employed JOHN R, GRIFFITH and Griffith, Hill & Ochoa, L.L.P. as lead counsel. All parties are requested to serve copies of all pleadings, motions, correspondence and notices, etc., on the undersigned in accordance with the Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, the undersigned enters his appearance as lead attorney in and of record for Plaintiff, EXCEL BOBBINS, and moves that the undersigned be served with copies of all future pleadings, motions, correspondence and notices, etc.

Respectfully submitted,

**GRIFFITH, HILL & OCHOA, L.L.P.**
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503
(956) 971-9446
(956) 971-9451 - facsimile

By: _____
John R. Griffith      *by V.GG with permission*
Federal I.D. No. 12186
State Bar No. 08480750
Viola G. Garza
State Bar No. 00787518

Moises M. Salas, Jr.
**Law Office of Moises M. Salas, Jr.**
847 E. Harrison
Brownsville, TX 78520
State Bar No. 00786217
Federal I.D. No. 17506

**ATTORNEYS FOR PLAINTIFF**
**EXCEL BOBBINS AND PLASTIC**
**COMPONENTS, INC.**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6, today, August 15, 2002, I have contacted the following counsel of record as to whether they oppose or do not oppose the foregoing Motion for Extension of Time to Complete Discovery:

David C. Garza　　　　　　　　　　　Unopposed/Opposed/Unavailable
**Garza & Garza, L.L.P.**
680 E. St. Charles, Suite 300
Brownsville, TX 78522-2025
(956) 541-4914
(956) 542-7403 (fax)
*Attorney-in-charge for JSW Plastics Machinery, Inc.*

James J. Regan　　　　　　　　　　　Unopposed/Opposed/Unavailable
Lorne Lilienthal
**Regan & Braun Law Offices**
2533 Artesia Blvd, Suite 200
Redondo, CA 90278
(310) 372-1988
(310) 318-5894 (fax)
*Attorneys for JSW Plastics Machinery, Inc.*

on this _____ day of August, 2002.

_____
Viola G. Garza