700.0078/1794

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXCEL BOBBINS AND PLASTIC COMPONENTS, INC. | § § § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. B-01-148 |
| VS. | § | JURY |
| | § | |
| JSW PLASTICS MACHINERY, INC. | § | |
| Defendant | § | |

**ORDER**

On this the 22d day of August, 2002, came to be heard the above and foregoing Notice of Appearance of Counsel; and the Court being of the opinion that said request in said Notice should be honored,

**IT IS THEREFORE** ORDERED by the Court that **John R. Griffith and Griffith, Hill & Ochoa**, L.L.P., be entered as lead attorney of record for Plaintiff, EXCEL BOBBINS, and that copies of all future pleadings, motions, correspondence and notices, etc. from the parties and the Court shall be served on him.

SIGNED AND ENTERED this 22d day of August, 2002.

_____
Judge Presiding

cc:
John R. Griffith
Viola G. Garza
**Griffith, Hill & Ochoa, L.L.P.**
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503

Moises M. Salas, Jr.
**Law Office of Moises M. Salas, Jr.**
847 E. Harrison
Brownsville, TX 78520

*Motion To Appear As Lead Counsel - Page 5*