700.0078/1794

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 7 2002

Michael N. M...,
Clerk of Court

| | |
|---|---|
| EXCEL BOBBINS AND PLASTIC COMPONENTS, INC.<br>Plaintiff<br><br>VS.<br><br>JSW PLASTICS MACHINERY, INC.<br>Defendant | §<br>§<br>§<br>§ CIVIL ACTION NO. B-01-148<br>§ JURY<br>§<br>§<br>§ |

### NOTICE OF INTENT TO TAKE THE ORAL/VIDEO DEPOSITION OF HECTOR LUCIO, A NON-PARTY WITNESS

TO:   **HECTOR LUCIO,** a Non-Party Witness, by and through counsel for his employer:

Jon D. Brooks
**Royston, Rayzor, Vickery & Williams, L.L.P.**
55 Cove Circle
Brownsville, Texas 78521

1. PLEASE TAKE NOTICE that the deposition of **HECTOR LUCIO**, a Non-Party Witness, will be taken pursuant to the provisions of the Texas Rules of Civil Procedure, at the following designated time and place:

   **DATE:**   Friday, September 20, 2002

   **TIME:**   1:30 p.m.

   **PLACE:**  **ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
   55 Cove Circle
   Brownsville, Texas 78521

2. The witness will appear at such time and place for the purpose of giving his deposition in this cause and will be prepared to fully address and discuss all material issues of this cause and those matters and documents hereinafter set forth.

3. The deposition and the testimony contained therein shall be taken before a court reporter

from *Schwab Court Reporting* and when taken, may be used as evidence at the trial of the above-numbered and entitled cause.

4. The deposition will continue from day to day until completed, except as rescheduled or recessed by agreement between the attorneys of record, and, in that event, no further notice shall be required.

6. The Defendant may videotape the deposition of **HECTOR LUCIO** on September 20, 2002.

Respectfully submitted,

**GRIFFITH, HILL & OCHOA, L.L.P.**
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503
(956) 971-9446
(956) 971-9451 - facsimile

By: _____
John R. Griffith
Federal I.D. No. 12186
State Bar No. 08480750
Viola G. Garza
State Bar No. 00787518

**ATTORNEYS FOR PLAINTIFF**
**EXCEL BOBBINS AND PLASTIC**
**COMPONENTS, INC.**

## CERTIFICATE OF SERVICE

I, do hereby certify that a true copy of the above and foregoing instrument was forwarded to all counsel of record, to wit:

David C. Garza
**Garza & Garza, L.L.P.**
680 E. St. Charles, Suite 300
Brownsville, TX 78522-2025
(956) 541-4914
(956) 542-7403 (fax)
*Attorney-in-charge for JSW Plastics Machinery, Inc.*

James J. Regan
Lorne Lilienthal
**Regan & Braun Law Offices**
2533 Artesia Blvd, Suite 200
Redondo, CA 90278
(310) 372-1988
(310) 318-5894 (fax)
*Attorneys for JSW Plastics Machinery, Inc.*

_____  8-26-02
Viola G. Garza