*CAB-01-148*
*Exel vs. JSW*

United States District Court
Southern District of Texas
FILED

SEP 23 2002

Michael N. Milby
Clerk of Court

26

## SHERIFF'S RETURN

CAME to hand on the **12th** day of **September**, 2002, at **5:00** o'clock **p**.m., and executed in _____ County, Texas, by delivering to each of within named defendant(s), in person, a true and copy of this citation, with the date of delivery endorsed, together with the accompanying copy of the Plaintiff's First Amended Original Complaint, at the following time and place, to wit:

| Name: Japan Steel Works C.T. Corporation System | Date: 9-16-02 | Time: — | Place: By Certified Mail To: 350 N. St. Paul Dallas, TX 75201 |
|---|---|---|---|

and not executed as to the Defendant _____, the diligence used in finding said Defendant being: _____.

Fees: _____
Total $ _____

By: _____
~~Sheriff/Constable/Deputy~~
JAVIER JUAREZ
Civil Process Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   *Japan Steel Works America, Inc.*
   *C.T. Corporation System*
   *350 N. St. Paul*
   *Dallas, Tx 75201*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
C. Signature
   X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7001 0360 0003 5543 4625

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0360 0003 5543 4625

Postage  $  1.06
Certified Fee   2.30
Return Receipt Fee (Endorsement Required)  1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $  5.11

Sent To: *Japan Steel Works America, Inc.*
Street, Apt. No. or PO Box No: *C.T. Corporation System 350 N. St. Paul*
City, State, Zip: *Dallas, Tx 75201*

PS Form 3800

Postmark: McALLEN TX, SEP 12 2002

700.0078/1794

# United States District Court COPY

----------------------------FOR THE SOUTHERN DISTRICT OF TEXAS----------------------------
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | § § | |
| Plaintiff | § § | |
| | § | CIVIL ACTION NO. B-01-148 |
| VS. | § | JURY |
| | § § | |
| JSW PLASTICS MACHINERY, INC. | § | |
| Defendant | § | |

TO:   JAPAN STEEL WORKS AMERICA, INC.
      C.T. Corporation System
      350 N. St. Paul
      Dallas, Texas 75201

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

   John R. Griffith
   Viola G. Garza
   **Griffith, Hill & Ochoa, L.L.P.**
   One Park Place
   100 Savannah, Suite 500
   McAllen, Texas 78503

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          9-11-02
CLERK                                     DATE

_____
(By) DEPUTY CLERK