27

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk 

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | * | |
| vs | * | CIVIL ACTION NO. B01-148 (636(c)) |
| JSW PLASTICS MACHINERY, INC. | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### FINAL PRETRIAL

April 8, 2003, at 2:00 p.m.

AND

### JURY SELECTION

April 9, 2003, at 9:00 a.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

**BY ORDER OF THE COURT**

October 7, 2002

cc:   Counsel of Record