*28*

700.0078/1794

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. <br> Plaintiff | § <br> § <br> § <br> i. | |
| | | CIVIL ACTION NO. B-01-148 |
| VS. | § <br> § | JURY |
| JSW PLASTICS MACHINERY, INC. and JAPAN STEEL WORKS AMERICA, INC. <br> Defendants | § <br> § <br> § | |

---

## PLAINTIFF'S DESIGNATION OF EXPERTS

---

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW, Plaintiff, EXEL BOBBINS AND PLASTIC COMPONENTS, INC., in the above styled and numbered causes, and file this their Designation of Expert Witnesses as follows:

**I.**

Plaintiff designates the following expert witnesses:

**Wayne E. Wells, Ph.D.**
63 Avenida Pizarro
Rancho Viejo, Texas 78575
(956) 574-6664

Dr. Wayne E. Wells is a Professor at the University of Texas Brownsville/Texas Southmost College. Dr. Wells' will be testifying on matters related to the field of injection molding and the economics associated with the same. Further, Dr. Wells will provide testimony on the manufacturing of plastic components, including, but not limited to, the business, marketing and technology planning, product development, competitive analysis and economic modeling.

Dr. Wells' curriculum vitae is enclosed with this designation.

**William Abington, CPA**
PricewaterhouseCoopers L.L.P,.
1201 Louisiana, Suite 2900
Houston, Texas 77002-5678
(713) 356-4000

Mr. Abington is a CPA with the firm of PricewaterhouseCoopers. He is an expert in accounting, finance and valuation. He will be providing expert testimony regarding the Plaintiff's damages and to rebut any damages expert which the defendants might designate.

Mr. Abington's curriculum vitae is enclosed with this designation.

Plaintiff reserves the right to call and rely upon any expert designated by any other party to this suit.

Respectfully submitted,

**GRIFFITH, HILL & OCHOA, L.L.P.**
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503
(956) 971-9446
(956) 971-9451 - facsimile

By: _____
    John R. Griffith
    Federal I.D. No. 12186
    State Bar No. 08480750
    Viola G. Garza
    State Bar No. 00787518

Moises M. Salas, Jr.
**Law Office of Moises M. Salas, Jr.**
847 E. Harrison
Brownsville, TX 78520
State Bar No. 00786217
Federal I.D. No. 17506

**ATTORNEYS FOR PLAINTIFF
EXEL BOBBINS AND PLASTIC
COMPONENTS, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the above and foregoing instrument is being forwarded to all counsel of record to wit:

David C. Garza
**Garza & Garza, L.L.P.**
680 E. St. Charles, Suite 300
Brownsville, TX 78522-2025
(956) 541-4914
(956) 542-7403 (fax)
*Attorney-in-charge for JSW Plastics Machinery, Inc.*

James J. Regan
**Regan & Braun Law Offices**
2522 Artesia Blvd, Suite 200
Redondo, CA 90278
(310) 372-1988
(310) 318-5894 (fax)
*Attorneys for JSW Plastics Machinery, Inc.*

via certified mail, return receipt requested, on this the _____ day of October, 2002.

By:_____
        Viola G. Garza

# Curriculum Vitae

# WAYNE E. WELLS, Ph. D.

63 Avenida Pizarro
Rancho Viejo, TX 78575

Tel Residence: 956-350-8765
Panurgy Corp. 956-350-8756
University  956-574-6664

## BACKGROUND SUMMARY:
Extensive and diverse experience in product and process design, technology and business strategy planning, product research, development and engineering, manufacturing engineering, production management and quality control in the automotive industry Additional and extensive experience in teaching, both in a university setting and in industry Specific experience in leadership in industry, group processes and participative management, with special focus on concurrent engineering and design. Extensive experience in plastics design and processing especially injection molding of thermoplastics

## PROFESSIONAL ACCOMPLISHMENTS:
### Academe
Served as Chair of the new Engineering Technology Department, at the University of Texas - Brownsville, responsible for program design, curriculum development, staffing with faculty and technical support, fund raising, recruiting and management. Responsible for B S majors in Electronic, Manufacturing and Mechanical Engineering Technology, as well as A.A.S. degrees in Drafting, Electronics Technology, Engineering Technology and a certificate in Machining Technology.

Participated as senior faculty member in the establishment of a completely new engineering department at University of Texas-Pan American which included majors in Manufacturing, Mechanical and Electrical Engineering. Assisted in curriculum development, laboratory development, equipment selection and procurement, building design student and faculty recruiting. Supported program until ABET accreditation was received

Launched the Rio Grande Center for Manufacturing under funding from the State of Texas and served as Director of the Center for two years. Carried out numerous important industry related projects including establishing the Associate degree program in Precision Machining at South Texas Community College.

### Industry
Coordinated international technology strategy development studies for major automotive components manufacturer including business, marketing and technology planning, product development, competitive analysis and economic modeling. Served as Advanced Technology Strategy Manager for 3 years.

Managed major multi-year product and process development project for light and heavy truck composite springs, with product innovations including the world's first two-leaf, two-stage composite spring. This project resulted in high volume manufacturing technology. Important vehicle weight savings were achieved at competitive cost. Included

complete studies and production planning for European manufacturing.

Developed new technology for modular automotive doors with reduced weight using structural composites and exterior plastic panels. This project was managed all the way from concept sketches to fully functional prototypes. Was evaluated as overall best technology by customer in a competition between all major automotive suppliers in this market segment. Spin off technology has been used in production applications.

Managed composite light truck pickup box development program using innovative process and materials applications. Program was approved for pilot production and resulted in major weight savings and customer value improvements at competitive system costs. Product is currently in production.

Directed research projects targeting reduced pressure injection molding processes, advanced structural composites using structural and reinforced reaction-injection molding and advanced tooling concepts such as ceramic, electroformed and polymeric molds.

Managed and participated in programs for exterior automotive trim performance improvements, supplier evaluation programs leading to Ford Motor Company's Q1 Award, manufacturing plant planning, estimating, processing, construction and launch. Personally participated in launch of two new manufacturing plants.

Served as technical investigator for numerous product failure analyses, including metallurgical testing, causal factor determination and development of corrective actions for a variety of automotive components.

Participated in several major new product design and engineering teams for automotive components including air conditioner compressors, alternators and testing systems

Completed numerous problem solving assignments in the areas of heat treating, electroplating, casting and molding.

**PERSONAL AND TECHNICAL:**
Private Pilot
President and Chairman of the Board of Directors, The Elvira Wells Foundation

**EMPLOYMENT EXPERIENCE:**
University of Texas at Brownsville/Texas Southmost College
    Professor, Engineering Technology Department (1999 to present)
    Associate Professor and Chair, Engineering Technology Department (1996 to 1999)
    Interim Chair, Industrial Technology Department (October, 1997 to August, 1998)
University of Texas-Pan American,
    Assistant Professor, Engineering Department, Edinburg, Texas (Sept. 1992 to August, 1996)
    Director, Rio Grande Center for Manufacturing, Edinburg, Texas, (September, 1993 to August, 1995)

Panurgy Corporation, President (1988 - present)
    Established Panurgy Corporation, a consulting firm specializing in plastics engineering, on-site training, strategic planning and competitive analysis. (1988 to present). Panurgy has executed a number of international studies for major clients

2

in the area of technology strategy, international competitive research and product and technology development. Served as technical investigator and expert witness for various cases including automobile accident reconstruction, patent issues, manufacturing process development, including testimony in federal court.

Ford Motor Company, Various positions with increasing responsibilities in manufacturing engineering, product engineering, technical management, quality control and research within Ford Motor Company (1964 to 1989)

Dayton Malleable Iron Company, Plant Metallurgist, Ohio Malleable Division, Columbus. Ohio
   Supervised melting, heat treating and laboratory operations  with total staff of 45 hourly and salaried employees. (1962-1964)

## EDUCATION:
B.S., Metallurgical Engineering, University of Cincinnati, Cincinnati, Ohio
M B A., Eastern Michigan University, Ypsilanti, Michigan
M S., Industrial Engineering, Wayne State University, Detroit. Michigan
Ph.D  Manufacturing Engineering, Wayne State University, Detroit. Michigan

## RECENT RELEVANT PUBLICATIONS:
SAE Technical Paper 880433 "Economic Modeling for Manufacturing of Composite Parts"
SME Technical Paper EM90-663 "Dynamic Economic Analysis  Understanding the Economics of Composite Parts Manufacturing"
SPE Technical Paper "Dynamic Economic Analysis. Manufacturing Economics for Plastic Parts", Annual Technical Conference, 1991
ASM International; Composites Engineering Handbook Volume 2  Contributor:"Economic Factors in Process Selection"
Wells, Wayne E.: SME Technical Paper EM90-663 "Dynamic Economic Analysis Understanding the Economics of Composite Parts Manufacturing", 1990
Wells, Wayne E.: "Design Alternatives and Engineering Analysis of High Performance Automotive Bumper Systems", 1993
Wells, Wayne E., "Unified Life Cycle Modeling: A Framework for Manufacturing Cost Estimating and Analysis", Doctoral Dissertation. Wayne State University, Detroit. Michigan. 1993
Wells, Wayne E.. "Productivity Problem Analysis and recommendations in Tortilla Manufacturing", 1994
Ebersole, Tim and Wells, Wayne E. "Evaluation of Effectiveness of Non-Toxic Fire Retardant Materials", 1994
Wells, Wayne E.. "Investigation into Residential Water Pipe Leakage Problems in Mission. Texas", 1994
Wells, Wayne E.. "Microeconomic Infrastructure Requirements for Economic Growth in Manufacturing" UT-Pan American's NAFTA Conference, March, 1994
Wells, Wayne E.: "Advances in Manufacturing Economic Analysis", Invited Colloquium, ITESM, Mexico City Campus, Oct, 1993

3

Wells, Wayne E.: "Analysis of Manufacturing Assistance Centers in the United States", Joint International Conference of the Operations Research Society of America and The Institute for Management Sciences, Oct 1994

Morales, Fabian, Martinez, Ricardo, and Wells, Wayne E.; "Environmental Exposure of Plastics", Invited Paper at Reynosa Technical University, Reynosa, Mexico, 1994

Wells,. Wayne E.: "A Strategy for Cities and Industries: Case Studies in Success"; Nagoya International Conference on New Urban Industries, Nagoya, Japan, October, 1994

Gonzalez, Javier, Hudson, Fred and Wells, Wayne E.: "3D Imaging of Bone Surfaces for Visualization and FEA", Border Journal of Science and Technology, December, 1994

Mahdi, Hashim, Hudson, Fred and Wells, Wayne E.:"Analysis of Steady State and Unsteady State Natural Convection in an Electronic Enclosure", Border Journal of Science and Technology, April, 1995

Wells, Wayne E. and Falkenburg, Donald: "A New Look at Learning Curve Behavior", accepted for publication by The Engineering Economist

Wells, Wayne E. and Mahdi, Hashim: "Design Strategies for Communities", Border Journal of Science and Technology, April, 1995

Wells, Wayne E. (ed) "Pollution Prevention Engineering" , under contract to Texas Natural Resources Conservation Commission, Feb, 1996 Being used by TNRCC for training

Wells, Wayne E. "A New Economic Model for Environmentally Responsible Manufacturing", Proceedings, Third Annual Meeting of the American Society of Business and Behavioral Sciences, February, 1996. Las Vegas Nevada

Cox. John C , Sarkis, Joseph, and Wells. Wayne E . "Green Marketing Global Harmonization of Environmental Marketing Practices". Proceedings. 1996 Annual Meeting of the Allied Southern Business Association, November 5-9. 1996. New Orleans. LA

## TEACHING EXPERIENCE:
1980-1983 Lawrence Institute of Technology
      Engineering Materials
      Manufacturing Processes
      Engineering Economics
1988-1990 Ford Motor Company
      Probability and Statistics for Engineers
1989-present  Panurgy Corporation (various clients)
      Fundamentals of Designing with Plastics
      Economics for Engineers
      Engineering Statistics
      Quality Planning and Management

      Cost Control Concepts
      Team Building and Problem Solving

1989-1992 Wayne State University
      Cost Control Systems (IE 781)
      Concurrent Engineering and Manufacturing Strategies (IE 785)

4

1993-1996 University of Texas-Pan American
   Statics
   Manufacturing Processes I, II
   Engineering Materials
   Product and Process Design
   Manufacturing Simulation
   Engineering Statistics
   Senior Design

1996 – present University of Texas at Brownsville/Texas Southmost College
   Introduction to Engineering Technology
   Introduction to Computers
   Computer Aided Design I and Computer Aided Design II
   Statics
   Mechanics of Solids
   Product and Process Design
   Engineering Materials
   Manufacturing Processes
   Engineering Communications
   Plastic Production Processes
   Plastic Part Design Engineering

**PATENTS:**
Patent No 4684110 "Attaching Clamp for Composite Leaf Springs"
Patent No 4519590 "Axle Clamp Attachment for Composite Leaf Springs"
Patent No. 4801129 "Leaf Spring Clamp with Attachment Means"

**HONORS:**

Who's Who in American Executives, 1990
Research Fellowship in Manufacturing Sciences from DeVlieg Foundation. 1991 to current date.
Who's Who in Science and Engineering, 1996
President's Award, University of Texas-Pan American, 1993
Who's Who Among America's Teachers, 1998
Keynote Speaker, Fourth Annual International Conference on Education. October, 1997
Member, The University of Texas Chancellor's Council
Certificate of Recognition, Instituto Technologico de Matamoros. 1998
Research Fellowship in Manufacturing Sciences from DeVlieg Foundation. 1989 to 1992
1990 Selection Committee for President's Award for Excellence in Teaching, Wayne State University
1993 Selection Committee for Distinguished Faculty Award, University of Texas-Pan American
1995 Member, Chancellor's Council, University of Texas System
1998 Bronze Award, Whirlpool Corporation
Civil Air Patrol Outstanding Senior Member, 1999 and 2001

## GRANTS AND CONTRACTS:

Various "Alliance for Minority Participation in Undergraduate Research" (AMP) Grants totally approximately $40,000 for students to work on research and design projects.

Ford Motor Company - $28,000 for research into the effect of environmental exposure on the properties and lifetime of automotive plastic and composite materials. Extensive use of designed experimentation and mathematical modeling.

Ford Motor Company - $60,000 for research into design and fabrication methodologies for constructing scale models to be used in conjunction with digital models in component and system design.

Texas Natural Resources Conservation Commission - $6,000 joint with UT-Brownsville and UT-Arlington to develop a data base on opportunities for industrial waste reduction and recycling in the Lower Rio Grande Valley.

Ford Motor Company - $27,000 for research into new high performance bumper systems capable of surviving high speed collisions.

Texas Natural Resources Conservation Commission - $12,000 to develop a new faculty handbook and student textbook on environmentally responsible engineering. This was a tri-national project involving contributors from the US, Mexico and Canada

National Science Foundation - $100,340 for planning as new "Regional Center of Excellence for Precision Manufacturing" joint with South Texas Community College

Department of Agriculture, $270,000, joint with Inter American University - Barranquitas P.R. "Cross Training in Agriculture".1998

Department of Education, $466,100, Minority Science Improvement Program, joint with San Antonio Community College, 1998

Materials donated by local industries, $18,000 for plastics laboratory

## TECHNICAL SOCIETIES AND AFFILIATIONS:
Aircraft Owners and Pilots Association
American Society for Engineering Education
American Society of Mechanical Engineers
ASM International (Life Member)
Colonel, Commemorative Air Force
Society of Plastics Engineers (Senior Member)
Society of Manufacturing Engineers (Senior Member)
Commander, Brownsville Composite Squadron, Civil Air Patrol, (United States Air Force Auxiliary) with rank of Major
Faculty Advisor, Society of Hispanic Professional Engineers Student Chapter

6

# PRICEWATERHOUSE COOPERS 🅰

**WILLIAM B. ABINGTON**

| | |
|---|---|
| **POSITION** | Partner - PricewaterhouseCoopers LLP, Houston, Texas. Directs Firm's Financial Advisory Services, Energy Industry throughout the United States. |
| **RANGE OF EXPERIENCE** | Over 20 years of experience in providing litigation and consulting services, audit and tax services, internal control review and financial analysis and valuation. Is a leader of the Firm's Energy Financial Advisory Services and Environmental Practice. Litigation and consulting services have included accounting analysis, valuations, lost profits analysis, market share studies, business interruption analysis and various economic calculations. Has provided services to clients around the world. |

**SELECTED EXPERIENCE**

**Electric and Utilities**

Performed valuation of an ownership interest in an Indonesian project that included the construction of a co-generation plant and a railroad, as well as the development of a coalmine. Procedures included analysis of pro-forma financial information for each component of the project.

Analyzed trading activity for electricity and natural gas for all regions in the United States. Analyzed back-to-back trades and other trades that might be considered round trip trades. Reviewed business purpose of trades and documented methodology and findings.

Extracted trading data from computer systems for energy commodities over two-year period. Determined nature of trade by reviewing trader log books and other documentation, listening to tapes, and interviewing traders.

Performed valuation of co-generation facility at various stages of construction. Reviewed gas supply agreement, power purchase agreement, permitting status, and other significant factors that contributed to the value of the facility.

Analyzed potential profit associated with non-construction of co-generation facility and lost agreement with Utility Company. Reviewed co-generation facility construction plans, power source and financial schedules. Facility was to be built in Colorado and fueled by a nearby natural gas field.

Valued a call option for the purchase of electricity. Reviewed portfolio components, telephone logs and market price information. Determined the loss associated with the failure to deliver electricity upon exercise of the call.

Reviewed coal supply agreement and costs associated with production and loading, for purposes of re-negotiating agreement. Review involved analysis of fixed fee components and unit price components. Labor, equipment, maintenance, overhead, supplies and other accounts were analyzed. Volumes produced were also analyzed and compared to associated costs.

# PRICEWATERHOUSECOOPERS 🖳

**WILLIAM B. ABINGTON**

### Petroleum – Upstream

Analysis of joint venture between government of Turkmenistan and Foreign Party Argentine based Oil Company to develop oil fields near the Caspian Sea. Read contracts and agreements for purposes of understanding responsibilities and obligations of parties. Analyzed capital, operating and financing expenditures.

Analyzed oil purchases made by company pursuant to the terms of a call provision arrangement contained in a Lease and Farmout Agreement. Reviewed pricing and volumetric provisions of the Agreement. Determined the appropriate price to be paid according to the Agreement and compared that price to the price actually paid.

Analyzed royalty payments made to Federal Government on oil production across the United States. Calculated market value at the lease, offshore and onshore, in accordance with federal requirements. Determined royalty price paid to Federal Government and applicable volumes.

Analyzed amount of class settlement to private owners on oil royalty payments and working interest payments made by producer. Determined fairness of settlement based on set standard. Analyzed original royalty and working interest paid, relevant volumes, and settlement price.

Reviewed natural gas royalty payment records of producer. Analyzed production on federal properties and pricing between related parties and third parties. Determined applicable production volume and price paid to Federal Government. Considered U.S. Code of Federal Regulations pricing benchmarks.

Reviewed Company's method for calculating and paying royalties to the Federal Government on oil production. Compared method to the U.S. Code of Federal Regulations. Created electronic model for use in changing variables.

Analyzed price paid for oil and posted prices over a period of ten years. Determined applicable volumes and compared price paid to prices of other buyers Reviewed oil contracts and production data associated with agreement between producer and buyer.

Coordinated gathering of production data from various oil companies for purposes of identifying volumetric amounts for specific interest owners in specific fields.

Analyzed posted prices for multiple oil companies and compared to other markets such as the New York Mercantile Exchange futures market. Evaluated transportation costs and other differentials as part of overall analysis. Determined value of oil at the lease.

Reviewed royalty terms of Wyoming lease and company payment methodology. Analyzed gas and condensate pricing and compared to market prices. Reviewed company methodology for calculating severance taxes.

Reviewed Company's records and methodology used for paying royalties on natural gas production. Considered whether method used to calculate royalties was fair and consistently applied to multiple royalty owners.

Identified specific natural gas wells in dispute and determination of applicable production. Analyzed related company transportation costs associated with payment of royalties.

2

# PRICEWATERHOUSECOOPERS 🖫                    WILLIAM B. ABINGTON

Analyzed costs associated with development of oil field and analyzed cost flows related to development and production. Also reviewed transactions and corporate structure for purposes of piercing the corporate veil.

Analyzed shareholder value associated with Company strategic plan in comparison to hostile takeover offer price. Analysis involved review of multiple divisions of this large oil company, including exploration and production, refining, retail and marketing. Reviewed major underlying assumptions in Company strategic plan and determined the impact that changed assumptions would have on projected shareholder value.

Analyzed and interpreted accounting language of lease agreements, division orders and related agreements. Also, prepared database of all production and pricing factors for royalty calculation scenarios. Issue involved natural gas royalty matter related to operating, pipeline and marketing companies.

Analyzed production on oil lease and associated revenue and expenses. Reviewed Lease Operating Expenses and Capital Expenses. Determined whether lease was producing in paying quantities.

Analyzed Take or Pay contracts in the gas industry and calculated losses as a result of contract breaches. Analysis included review of contract commitments and review of replacement gas.

Reviewed lease terms and calculated loss associated with alleged breach of lease agreement. Plaintiff claimed Defendant breached continuous drilling terms of lease and that Plaintiff was owed revenue subsequent to alleged breach.


## Petroleum - Downstream

Analyzed post purchases price adjustment process. Reviewed pricing terms and accounting provisions of contract. Reviewed adjustments to financial statements. Determined whether adjustments were made in the ordinary course of business and the impact of the adjustments to the value of the business and the purchase price.

Analyzed claimed lost profits of distribution of oil field service tools. Reviewed Distributorship Agreement and Commissioned Sales Agreement for accounting and financial provisions. Analyzed customer base and financial statements of distributor, specifically sales and gross margins.

Analyzed antitrust claim in the natural gas gathering and processing markets. Performed market analysis of business. Analyzed likely causes for particular company successes and failures to gain customers. Analyzed sales, gross margins, capital expenditures and operating expenses of company.

Valued sale of 200 gasoline and convenience stores. Reviewed environmental concerns and analyzed capital expenditures associated with ongoing operations. Determined impact of business plan on value of company

Valued contractor owned gasoline stations and analyzed profits and projected profits. Researched market and business conditions. Prepared financial model to project various revenue scenarios.

# PRICEWATERHOUSECOOPERS ⓡ                    WILLIAM B. ABINGTON

Analyzed the profitability of various dealer service stations for purposes of valuing these stations. Used comparable sales and discounted cash flow methods to determine values of service stations.

Analyzed gas plant and gathering system capital and operating expenditures. Separated these expenditures for purposes of unbundling the combined fee for $CO_2$ gas treatment and gas gathering services. Reviewed historical and forecasted data and presented findings to the Mineral Management Service and State of New Mexico.

Led due diligence and review of division of major oil field service company. Review included R&D department, facilities, analysis of historical and projected financial results, and assessment of competitors and customers.

Analyzed gas plant processing agreement and calculations involving liquids inventory, pricing and sales. Issue involved Pipeline Company and natural gas processing contract. Worked on accounting aspects and valuation of agreement concerning purchase of hydrocarbons.

Researched the potential market for oil tool product and analyzed the capability of the Company to market, compete, and profit from the product. Reviewed analysis associated with projected sales and profits in the U.S. market and in foreign markets. Analyzed valuation of Patent.

Analyzed suspected losses associated with natural gas contracts. Reviewed gas contracts, pipeline construction, and financial performance of Joint Venture. Valued Joint Venture interest considering various scenarios with the gas contracts.

Reviewed natural gas liquid agreements between pipeline company and natural gas processing company. Calculated lost profits including analysis of liquids inventory, pricing and sales.

## Environmental

Compiled and analyzed the costs of clean up efforts related to an oil spill resulting from a ruptured pipeline in navigable waters. Responsible parties were designated pursuant the Oil Spill Pollution Act of 1990. The company's clean up costs, settlement and litigation costs, and other related costs were accumulated for claim purposes.

Analyzed costs associated with environmental clean up effort at contaminated petrochemical site. Analysis included review of NCP requirements, adequacy of cost documentation and accuracy of accounting. The company's process for accumulating costs and allocating to clean up units was also reviewed for adequacy.

Analyzed cost presented to a PRP in a cost contribution claim. Analysis included review of adequacy of documentation using the National Contingency Plan and generally accepted accounting practices.

Prepared loss of use and economic loss analysis for city that owns property that was contaminated over many years. Analysis included loss of natural resource use, loss of facility use, diminution of property, and loss of tax revenue.

4

 **WILLIAM B. ABINGTON**

Reviewed costs associated with oil spill off the California coast. Analyzed activities performed and reasonableness of clean up costs. Reviewed financial controls over operations for purposes of evaluating a cost reimbursement claim.

Analyzed incurred cost claim brought by the United States Coast Guard against responsible parties due to pipeline rupture and petroleum spill. Reviewed USCG documentation of activities and cleanup efforts, USCG Technical Operating Procedures, and procurement controls utilized. Analyzed necessity and reasonableness of costs and determined adequacy of cost documentation.

Served as Trustee responsible for overseeing the cleanup activities and funding associated with nuclear waste site. Responsibilities include contractor procurement management of budget and compliance with applicable regulations.

Prepared cost claim for environmental cleanup activities associated with oil spill in navigable waters. Procedures included identifying activities eligible for cost reimbursement, compiling costs, gathering cost documentation and presenting claim as required by the United States government.

Reviewed EPA and TNRCC documentation in connection with a government incurred cost claim for Superfund Site near Dallas. This included reviewing EPA financial documentation to determine if costs were supported and consistent with the National Contingency Plan, and TNRCC costs to determine that these costs were supported and that EPA had properly accounted for them in the incurred cost claim.

Worked with company to establish processes for the control of remediation costs at large Superfund site. Included developing annual budget process for all contractors, change order process and payment process. Also, adapted accounting system to meet needs of remediation management and provide meaningful and timely financial reports.

Reviewed documentation relating to government-incurred cost claim for an emergency response cleanup on behalf of a principal PRP at a Superfund Site near Odessa. This included a review of the EPA Itemized Cost Summary Report and the summary package of documentation provided by the EPA, to determine that the claimed costs were supported by appropriate documentation and consistent with the NCP.

Analyzed incurred and projected remediation costs in connection with a contractor's claim, against a PRP group for a Superfund Site near Houston. This involved an extensive review and analysis of the contractor's bid, budget documentation, progress reports and accounting records, as well as various EPA remediation documents.

Reviewed reclamation and other contractor billings at environmental site. Determined costs that were reasonable and adequately supported. Established process for Company to manage contractor procurement. Created financial control system to enable owner to manage ongoing construction, reclamation and remediation.

5



## WILLIAM B. ABINGTON

Analyzed facility's records for types of waste treated, customers of the facility, profitability of the business and related party transactions for a TSD dump site regulated by RCRA provisions, and subject of an antitrust lawsuit. TNRCC facility records were reviewed for market data.

Reviewed corporate structure and directors and officers of global entities for purposes of piercing the corporate veil and establishing owner operator liability under CERCLA. Analyzed financial and other transactions between related entities and economic reliance of one to another. Dispute involved costs incurred at Superfund Sites.

Analyzed data relating to a deal involving the permitting, construction, and operation of a hazardous waste site regulated by RCRA. Determined potential market and calculated expected revenue, capital costs and operating costs.

Prepared analysis involving residential property value diminution relating to over 250 home sites. Analysis includes preparing database of sales in subject area and comparable areas, regression analysis, and coordination of survey activity. Also analyzed development and demographic patterns.

Estimated company liability for eleven Superfund Sites. Analyzed third party and company costs associated with investigations, feasibility studies, cleanup activities and maintenance. Also analyzed civil claims relating to Sites. Analysis included review of remedial action plans, engineering estimates and company direct involvement.

Reviewed Company process for estimating environmental liability for portfolio of CERCLA and State sites. Interviewed site managers and documented best practices used within Company. Used accounting guidelines, Company objectives and best practices to flowchart the process that Company should use for estimating its environmental liability

Analyzed costs associated with cleanup of hazardous waste site in Newfoundland. Reviewed remediation process. Determined if costs charged to site were in accordance with Agreement.

Reviewed environmental management process and internal controls over such. Recommended improvements to Management of this oil drilling company

Analyzed losses associated with oil spill in coastal waters. Work included analysis of personal property loss and commercial lost profits related to fishing and animal breeding.

Analyzed contractor claim related to clean up activities at super-fund site in North Carolina. Reviewed contract, change orders and work performed considering potential changes in scope. Analyzed additional units of work performed by contractor. Compared contractor's budget to actual cost incurred and calculated amount reimbursable to contractor under the terms of he contract.


**Other**

Determined economic loss associated with fire at warehouse of major food company. Analyzed incremental cost incurred by company as a result of fire. Calculated lost profits related to lost product and down time of facility.

6

# PRICEWATERHOUSECOOPERS 🄯    WILLIAM B. ABINGTON

Reviewed economic loss claims and prepared an analysis related to alleged breach of employment contract. Claim against closely held oil company for economic loss included lost earnings and stock option losses.

Analyzed expenses of water utility and built a financial model to calculate the rate that the utility could charge its customers. Testified before the Texas Public Utility Commission.

Analyzed three years of certain financial accounts at this Bank. Various insider transactions and misappropriation of funds were discovered. Presented findings orally and in writing to the Bank Board.

For creditor of large privately owned college dormitory, reviewed four years of financial activity and records of dormitory. Testified in action to have debtor in possession removed as manager of property

Calculated economic loss experienced by food maker resulting from excess raw material charges and from purchase of bad raw material product.

Reviewed operations of social and recreational club. Analyzed revenue member fees and allocated costs.

Worked for bankruptcy trustee in substantive consolidation matter. Reviewed four years of business activity, management decisions and financial performance to determine substance and nature.

Traced funds associated with this $400 million mortgage-financing scam. Began tracing with six bank accounts and identified another 40 accounts domestically and abroad. Identified third party recipients of funds. Created database to compile and present findings.

**EDUCATION**    Mr. Abington is a 1981 honors graduate of Southwest Texas State University.

**PROFESSIONAL AFFILIATIONS**    Mr. Abington is a Certified Public Accountant and a Certified Fraud Examiner. He is a member of the American Institute of Certified Public Accountants, Texas Society of Certified Public Accountants, National Association of Certified Fraud Examiners, Petroleum Accountants Society of Houston, and American Bar Association Section of Natural Resources, Energy and Environmental Law.

**EXPERT TESTIMONY PAST FOUR YEARS**    J&E Oil, Inc. v. ATOFINA Petrochemicals, Inc. f/k/a FINA Oil and Chemical Co. & Alon, USA, L.P. v. J&E Oil Co., Inc. and Jerry Barth
206th Judicial District Court of Hidalgo County, Texas Cause Number C-2174-00-D-1

American Central Eastern Texas Gas Company, Ltd. Partnership et al. v. Union Pacific Resources Company, et al.
U.S. District Court, Eastern District of Texas, Marshall Division Civil Action Number 2-98-CV-0239-TJW

LG&E Capital Corporation v. Tenaska VI, L.P., et al.
U.S. District Court, District of Nebraska Civil Action Number 8:99 CV 258

 **WILLIAM B. ABINGTON**

**EXPERT**
**TESTIMONY**
**(CONTINUED)**

LG&E Energy Marketing v. City of Springfield, Illinois, City Water,
Light and Power Company
U.S. District Court, Western District of Kentucky, Louisville Division
Civil Action Number 98 CV 485-H

Lycon Inc. v. EVI Oil Tools, Inc. et al.
U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division
Civil Action Number 98 CV-2125

MDL No. 1206, In Re. Lease Oil Antitrust Litigation
U.S. District Court, Southern District of Texas, Corpus Christi Division

Harris County Outdoor Advertising Association et al. v. City of Houston
281st Judicial District Court of Harris County Cause Number 87-00827A

Marvin Wolf, et al. v. Chevron U.S.A. Inc., et al.
District Court of the Third Judicial District in and for the County of Uinta,
State of Wyoming Civil Action 97-132

FINA Oil and Chemical Company v. Pester Marketing Company et al.
In the United States District Court for the District of Kansas
Cause Number 95-1367-JTM

Beazer East, Inc. v. CSX Transportation, Inc.
U.S. District Court, Western District of Pennsylvania Civil Action
Number 93-0861

H.S. Finkelstein, Individually, et al. v. TransAmerican Natural Gas Corporation, et
al. District Court of Zapata County, Texas, 49th Judicial District
Cause Number 2824

**PUBLICATIONS**

William B. Abington – Article titled, "Controlling Environmental Remediation
Costs and Claims at Hazardous Waste Sites", published in the *Journal of
Construction Accounting & Taxation*.

William B. Abington – Co-author of a chapter entitled "Acceleration Claims",
published by Wiley Law Publications in the book, *Proving and Pricing
Construction Claims*