32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC | § | |
| COMPONENTS, INC., | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. B-01-148 |
| V. | § | |
| | § | |
| JSW PLASTICS MACHINERY, INC. and | § | |
| JAPAN STEEL WORKS AMERICA, INC., | § | |
| Defendants. | § | |

## DEFENDANT'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW, Defendants, JSW PLASTICS MACHINERY, INC., and JSW

AMERICA, INC., in the above styled and numbers causes, and files their Designation of Expert

Witnesses as follows:

Defendant designates the following expert witnesses:

## I.

**Richard F. Cortez, CPA**
Burton, McCumber & Cortez, LLP
Certified Public Accountants and Management Consultants
200 South 10th Street, Suite 1500
McAllen, Texas 78501
(956) 618-2300

Mr. Richard Cortez is a certified public accountant and partner at Burton, McCumber &

Cortez. Mr. Cortez is an expert in accounting, finance and valuation. Mr. Cortez will testify as

**DEFENDANT'S DESIGNATION OF EXPERTS**                                    **PAGE 1**

to the injection molding business and related industry, new business start ups, problems with

companies in bankruptcy, under capitalized companies, Plaintiff's damages, if any, and rebut any

testimony given by Plaintiff's expert regarding liability and damages.

Mr. Cortez's curriculum vitae is attached herewith.

## II.

**Dean Hall**
LDM Technologies
5602 East Harrison
Harlingen, Texas 78550
(956) 412-1922

Dean Hall is a Plant Manager at LDM Technologies. Mr. Hall has several years of

experience in Injection Molding. Mr. Hall will testify as to the difficulties involved in starting

up, purchasing machines, obtaining supplies and suppliers, quotes, obtaining customers, financial

considerations, administering and managing an injection molding facility.

## III.

**David Fox, CPA, JD**
1875 Century Park East, Suite 700
Los Angeles, California 90067
(310) 407-8622

Mr. David Fox is a certified public accountant and a forensic accountant. Mr. Fox is an

expert in accounting, finance and business valuation. Mr. Fox will testify as to Plaintiff's

business planning and valuation, pertinent industry statistics, corporate alter ego, and Plaintiff's

compensatory and or punitive damages, if any, and rebut any testimony given by Plaintiff's

expert regarding financial issues, business, liability and damages.

    Mr. David Fox's curriculum vitae is attached herewith.

    Defendants reserve the right to call and rely upon any expert designated by any other

party to this suit.

                Respectfully submitted,

By:_____

    DAVID C. GARZA
    Federal No. 3778
    Texas State Bar ID# 07731400
    **GARZA & GARZA, L.L.P.**
    680 East St. Charles, Suite 300
    P.O. Box 2025
    Brownsville, Texas 78522-2025
    Tel: (956) 541-4914
    Fax:(956) 542-7403
    Attorney-in-Charge for JSW PLASTICS
    MACHINERY, INC.

By:_____

    JAMES J. REGAN
    CA SBN 80576
    **REGAN • BRAUN LAW OFFICES**
    2522 Artesia Boulevard, Suite 200
    Redondo Beach, California 90278
    Tel: (310) 372-1988
    Fax: (310) 318-5894

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **DEFENDANT'S DESIGNATION OF EXPERTS** have been served on attorneys of record to the following addresses on this the 9th day of December, 2002:

John R. Griffith
Viola G. Garza
GRIFFITH, HILL & OCHOA, LLP
One Park Place
100 Savannah Avenue, Suite 500
McAllen, TX 78503

**CERTIFIED MAIL/RRR
NO. 7099 3220 0001 2246 9538
AND VIA FAX 956-971-9451**

Moises M. Salas, Jr.
LAW OFFICES OF MOISES
  M. SALAS, JR.
847 East Harrison
Brownsville, TX 78520

**CERTIFIED MAIL/RRR
NO. 7099 3220 0001 2246 9545
AND VIA FAX 956-982-0601**

David C. Garza

## RICARDO F. (RICHARD) CORTEZ, CPA

| | |
|---|---|
| **BUSINESS INFORMATION:** | Burton McCumber & Cortez, L.L.P. Certified Public Accountants and Management Consultants 200 South 10th Street, Suite 1500 (15th Floor JP Morgan Chase Bank Tower) McAllen, Texas 78501 Tel: 956/618-2300 Fax: 956/618-2333 Email: rcortez@bmctexas.com Website: www.bmctexas.com FIN: 74-2609610 |
| **EDUCATION:** | Pan American College (B.B.A. 1970) 1000+ hours of Continuing Professional Education Courses |
| **PROFESSIONAL ASSOCIATIONS:** | Texas State Board of Public Accountancy (Licensed since 1974) American Institute of Certified Public Accountants (AICPA) Texas Society of Certified Public Accountants (TSCPA) Local Chapter of TSCPA (President 1981-1982) |
| **PROFESSIONAL RANGE OF EXPERIENCE** | -Partner in charge of Litigation Support Services for the firm; -Conducted audits of small to medium-sized companies; -Conducted audits of banks, city and county governments; -Provided federal income tax planning and tax preparation for corporations and highly-compensated individuals; -Designed and implemented accounting and information systems for businesses; -Compiled and reviewed financial statements for individuals, partnerships, corporations, trusts and not-for-profit organizations; -Conducted business feasibility studies for new and unestablished businesses; -Assisted clients in selling and acquiring existing businesses; -Represented clients before the Internal Revenue Service regarding income and excise tax audits; -Testified and consulted in civil cases involving personal injury, wrongful death, wrongful termination, lost profits, loss of business value and other unclassified cases; -Court-appointed as receiver of a closely-held corporation in which shareholders were involved in a divorce; -Court-appointed as auditor/accountant to investigate accounting records and other matters dating back over 100 years; |

**RANGE OF EXPERIENCE CONTINUED**

-Court-appointed to investigate the alleged malfeasance of a trustee for a trust resulting from a personal injury to an individual;
-Court-appointed to render accounting services regarding corporate and partnership assets and liabilities, and to assist the parties involved to resolve their property ownership disputes;
-Court-appointed to value corporations regarding a domestic matter;
-Appointed by the Hidalgo Bar Association to act as a non-attorney mediator on small cases;
-Conducted business valuations for medical practices and a concrete company pursuant to divorce;
-Conducted business valuations of a wholesale automotive company and a restaurant involving disputes between partners/shareholders.

**COMMUNITY INVOLVEMENT**

-Chairman-elect (2002-2003) for the Border Trade Alliance, a grass-roots organization that lobbies federal governments in the United States, Canada and Mexico on border trade issues;
-Board Member of the McAllen Economic Development Corporation, the economic development agency for the City of McAllen, Texas-entrusted with recruiting companies to our area and Northern Mexico;
-Board member for Rio Grande Valley Partnership, an organization similar to a chamber of commerce on a regional basis;
-Trustee of McAllen Public Utilities, an elected eight-year position-entrusted with administering and establishing policy for the water and sewer services of the City of McAllen, Texas;
-Advisory Board Member International Bank of Commerce-McAllen (IBOC)-review delinquent accounts, approve loans in excess of $250,000 and administer bank policies.

**COMMUNITY INVOLVEMENT PAST**

-McAllen Boys and Girls Club (Past President);
-Weslaco Rotary Club (Past Treasurer);
-McAllen International Museum (Board Member);
-University of Texas-Pan American (Advisory Board Member-School of Business);
-Past Council President of local church;
-Volunteer religious educator of 8th grade students and engaged couples at local church.

# David Fox, CPA, JD

**Professional Experience**

Mr. Fox has over twenty years of experience in providing expert witness services concerning litigation support, forensic accounting and appraisal services. He has extensive experience in providing litigation consulting services both in the capacity of an expert and as a consultant.

Mr. Fox has testified as an expert witness in U.S. Federal and State of California Superior Courts throughout California on several hundred occasions. Mr. Fox's experience has included extensive trial testimony covering a wide range of legal and damage issues including economic damages, corporate evaluations, lost profits, lost goodwill and marital dissolutions.

He has prepared and presented several thousand business evaluations for enterprises involved in various industries including, financial, technology, apparel and textile, distribution, automotive, biotech, retail, aerospace, healthcare, entertainment, construction, technology, software and manufacturing companies.

In addition, Mr. Fox has served as a non-testifying consultant to many corporations and major law firms involving mergers and acquisitions, strategic business plans, due diligence, corporate valuations, and complex corporate tax and accounting issues.

**Employment History**

- **2001 – present    The Accounting Offices of David Fox, CPA, JD, Los Angeles, California**

    *Sole Practitioner.* Mr. Fox's practice specializes in forensic accounting, litigation and appraisal services. He testified as an expert witness in Superior Courts throughout Southern California in several hundred cases involving marital dissolutions, damages, valuations and complex corporate tax accounting issues. Prepared and presented several thousand business appraisals including aerospace, professional practices, apparel and textile, distribution, biotech, retail establishments, construction, technology, software and manufacturing companies.

- **2000 – 2001    CBIZ- Business Valuation Services, Los Angeles, California**

  *Director.* In January, 2000 Mr. Fox joined Business Valuation Services – a valuation, litigation and financial advisory services firm. Mr. Fox was the Director of the Los Angeles office. Mr. Fox performed evaluations of companies in the computer, software, automotive, engineering and manufacturing industries related to litigation, estate and gift tax valuations and employee stock ownership plans (ESOP).

- **1998 – 2000    KPMG LLP, Los Angeles, California**

  *Senior Manager.* Mr. Fox was part of the Forensic & Litigation Services in their Global Financial Strategies Practice. He was the lead manager for a team of consultants on valuation analysis and due diligence for mergers and acquisitions. He gained extensive experience in general litigation, forensic accounting, economic damages, corporate valuation and buy-sell agreement disputes.

- **1989 – 1998    The Accounting Offices of David Fox, CPA, JD, Torrance, California**

  *Sole Practitioner.*    Mr. Fox's practice specialized in litigation support, forensic accounting and appraisal services. He testified as an expert witness in Superior Courts throughout Southern California in several hundred cases involving marital dissolutions, damages, evaluations and complex corporate tax accounting issues. Prepared and presented several thousand business appraisals including aerospace, professional practices, apparel & textile, distribution, biotech, retail establishments, construction, technology, software and manufacturing companies.

- **1987 – 1989    White, Zuckerman & Warsavsky, Certified Public Accountants, Encino, California**

  *Partner.*    Mr. Fox was responsible for client cases from inception through court appearance. Performed analysis and expert witness testimony. Prepared hundreds of business valuations for professional practices, entertainment construction and manufacturing companies.

- **1985 – 1987    Gursey, Schneider & Company, Certified Public Accountants, Los Angeles, California**

  *Litigation/Forensic Accountant.*    Mr. Fox was responsible for management of the litigation team in the preparation of financial reports and exhibits for courtroom use.

**Education**

- Bachelor of Science, Business Administration
  University of Colorado, Boulder, Colorado, 1975

- Juris Doctorate
  Southwestern University School of Law, Los Angeles, California, 1981

**Accreditations and Licenses**

- CPA – Certified Public Accountant, State Board of Public Accountancy, State of California, 1977

- Completed and passed ASA Business Valuation courses (BV201-204). Final accreditation is pending.

**Professional Associations**

- American Institute of Certified Public Accountants

- California Society of Certified Public Accountants

**Publications**

- "From an Appraiser's Perspective: The Motion for Alternate Valuation Date-Under California Civil Code Section 4800(a)" – *South Bay Bar Association Barristers Bulletin*

- "The Deductibility of Interest on a Mortgage Incurred as an Equalizing Payment Under a MSA" – *South Bay Bar Association Barristers Bulletin*

- "A Recapture for the Community of Assets Formerly Consigned to the Limbo of too Speculative to Value at Trial" – IRMO Kilbourne, *ACFLS Newsletter*, No. 3

- Various articles in *David Fox's Forensic Accounting Alert* – Published quarterly