IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., | § § § | CIVIL ACTION No. B-01-148 |
| Plaintiff, | § § | [Assigned to the Hon. Hilda G. Tagle] Stipulated to Magistrate Felix Recio |
| vs. | § § | Date:      January 9, 2003 |
| JSW PLASTICS MACHINERY, INC., | § § | Time:      9:00 a.m. |
| Defendant. | § § § § | Location:  Exel Plastics, Inc. 302 Roma Jean Parkway Streamwood, Illinois |

### AMENDED NOTICE OF DEPOSITION OF JOHN ANNORENO, OWNER OF EXEL PLASTICS, INC.

PLEASE TAKE NOTICE that Defendant JSW PLASTICS MACHINERY, INC. will take the deposition, on oral examination, of JOHN ANNORENO, OWNER OF EXEL PLASTICS, INC. on January 9, 2003 at 9:00 a. m.

The deposition will be taken at Exel Plastics, Inc., 302 Roma Jean Parkway, Streamwood, Illinois

Notice is further given that at the time and place above-specified for the deposition of John Annoreno, said deponent is required to bring with him and to produce books, documents, records and other tangible things described below which is incorporated by reference, in accordance with Rule 30 of the Federal Rules of Civil Procedure.

The deposition will be taken before a notary public authorized to administer oaths in the State of Illinois. The deposing party intends to have the proceedings recorded by

stenographer and videographer, and if said deposition is not completed on said date, the taking thereof will be continued from day to day, excluding Sundays and holidays until completed. This notice and the deposition will be taken in accordance with Rule 30 of the Federal Rules of Civil Procedure.

Dated: January 2, 2003       By: _____
DAVID C. GARZA
Texas SBN 07731400
Federal Admissions ID 9778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914
Fax: (956) 542-7403
Attorney-in-Charge for JSW PLASTICS MACHINERY, INC.

JAMES J. REGAN
CA SBN 80576
REGAN • BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988
Fax: (310) 318-5894

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing AMENDED NOTICE OF DEPOSITION OF JOHN ANNORENO, OWNER OF EXCEL PLASTICS, INC. have been served on attorneys of record to the following addresses on this 2nd of January, 2003.

John R Griffith                                    Certified Mail/RRR
Viola G. Garza                                     No. 7099 3220 0005 4623 7041
GRIFFITH, HILL & OCHOA, LLP                        and Via Fax: (956) 971-9451
One Park Place
100 Savannah Avenue, Suite 500
McAllen, Texas 78503

Moises M. Salas, Jr.                               Certified Mail/RRR
LAW OFFICES OF MOISES M. SALAS, JR                 No. 7099 3220 0005 4623 7058
847 E. Harrison                                    And Via Fax: (956) 982-0601
Brownsville, Texas 78520

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION No. B-01-148 |
| vs. | § § | [Assigned to the Hon. Hilda G. Tagle] |
| JSW PLASTICS MACHINERY, INC., | § § | Stipulated to Magistrate Felix Recio] |
| Defendant. | § § § | |

**REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED
BY DEFENDANT JSW PLASTICS MACHINERY, INC.
TO PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC.
[SET THREE]**

| | |
|---|---|
| **PROPOUNDING PARTY:** | DEFENDANT JSW PLASTICS MACHINERY, INC. |
| **RESPONDING PARTY:** | PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC. AND ITS OWNER/OFFICER JOHN ANNORENO |
| **SET NO:** | Three |

TO PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS INC. AND ITS OWNER/OFFICER JOHN ANNORENO AND ITS ATTORNEY OF RECORD:

YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the <u>Federal Rules of Civil Procedure</u>, to identify, produce, and permit the inspection, copying or photocopying of the following materials. To the extent that a full and complete response to any Request to

*Exhibit I* (handwritten)

---
REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANT JSW PLASTICS
MACHINERY, INC. TO PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC. [SET THREE]

1

Produce documents herein would require the disclosure of a document or documents which you contend to be privileged, you are required to:

    (a)    Identify such document by date, author, and general subject matter; and,

    (b)    State the basis of your claim of privilege.

PLEASE IDENTIFY in a written response SUBSCRIBED BY YOU UNDER OATH and served within 30 days after the service of this Request to Produce, each and every document, paper, book, account, letter, photograph, object or other tangible thing of each category specified above in your possession, custody or control.

The below-described materials are currently in the possession, custody, control of responding party, are not privileged, are relevant to the subject matter of this action or are reasonably calculated to lead to the discovery of admissible evidence in this action, and are further unavailable to the propounding party.

If the documents have previously been produced by Steven Becker of Excel Bobbins, a duplicate copy is not necessary. Only those documents which have not been produced as yet are being requested in this request.

## DEFINITIONS

1. The word "IDENTIFY" when used with respect to a communication, means to state the name and present address of each person present at the communication and to state the subject matter of the communication. If the communication was in writing, identify all documents that relate to the communication in the manner provided below.

2. The word "IDENTIFY" when used with respect to an individual, means to state the person's full name, present business or government affiliation and position, if known, and present home address, past position and business or government affiliation, if

REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANT JSW PLASTICS MACHINERY, INC. TO PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC. [SET THREE]

2

any, of any of the parties herein.

3. The word "IDENTIFY" when used with respect to a document means to state the date, author, addressee, type of document (e.g., "letter"), and to identify its last known custodian and location.

4. As used in these interrogatories, "DOCUMENT" or "DOCUMENTS" means "writings," "originals," and "duplicates" including without limitation all correspondence, record, tables, chart analysis graphs, schedules, reports, memoranda, notes, lists, telecopies, calendars, telexes, messages, licenses, certificates, permits, ledgers, books of account, orders, invoices, statements, acknowledgments, computer generated matter, photographs, photographic negatives, phonographic recordings, transcripts or logs of any such recording, all other data compilations from which information can be obtained, or translated if necessary, reports and/or summaries of investigations, expressions or statement of policy, opinions or reports of consultants, list of persons attending meetings, drafts and revisions of drafts of any documents, invoices, receipts, and original preliminary notes. If a documents has been prepared in several copies, or additional copies have been made, or copies are not identical (or by reason of subsequent modification of a copy by the addition of notations or other modifications, are no longer identical), each non-identical copy is a separate document.

5. The terms "YOU" or "YOUR" means the party identified above as Responding Party, its agents, attorneys, officers, directors, accountants, employees, affiliated agencies, parents, subsidiaries, successors, partners, trustees, representatives, and anyone and any entity acting on its behalf.

6. "RELATING TO" or "REFLECTING" any given subject as used herein means in whole or in part constituting, containing, embodying, identifying, stating, referring

to, evidencing or in any other way being relevant to that given subject.

7. The term "PERSON" includes a natural person, firm, association, organization, partnership, business trust, corporation, or public entity.

8. "PLAINTIFF" or "EXEL" as used herein refers to Plaintiff EXEL BOBBINS PLASTICS COMPONENTS, INC. in this action or its agents, attorneys, officers, directors, accountants, employees, affiliated agencies, parents, subsidiaries, successors, partners, trustees, representatives, and anyone and any entity acting on its behalf.

10. "JSW" as used herein refers to Defendant "JSW PLASTICS MACHINERY, INC." in this action or its agents, attorneys, officers, directors, accountants, employees, affiliated agencies, parents, subsidiaries, successors, partners, trustees, representatives, and anyone and any entity acting on its behalf.

## REQUEST FOR DOCUMENTS

Request No. 1

Please produce all writings regarding a business plan for EXEL.
Response:


Request No. 2

Please produce all amendments to the business plan for EXEL.
Response:


Request No. 3

Please produce all productivity logs for the JSW machines in EXEL possession for each from January 1, 1999 to the present.
Response:

Request No. 4

Please produce all summaries of productivity of the JSW machines at EXEL from January 1, 1999 to the present.

Response:


Request No. 5

Please produce all profit and loss statements for EXEL from January 1, 1999 to the present.

Response:


Request No. 6

Please produce all balance sheets for EXEL from January 1, 1999 to the present.

Response:


Request No. 7

Please produce all cash flow statements for the JSW machines at EXEL from January 1, 1999 to the present.

Response:


Request No. 8

Please produce all writings which consist of quotation (s) and/or request for quotation issued by EXEL at any time from January 1, 1998 to the date of your response.

Response:


Request No. 9

Please produce all orders placed by customer(s) of EXEL at any time from January 1, 1998 to the date of your response.

REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANT JSW PLASTICS MACHINERY, INC. TO PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC. [SET THREE]

5

Response:

Request No. 10

Please produce all orders withdrawn by potential customers of EXEL at any time from January 1, 1998 to the date of your response.

Response:

Request No. 11

Please produce all writings regarding order(s) for product, EXEL contends was withdrawn by potential customers of EXEL at any time from January 1, 1998 to the date of your response.

Response:

Dated: December 9, 2002

By: _____
DAVID C. GARZA
Federal Admissions ID#3778
Texas State Bar ID# 07731400
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914
Fax:(956) 542-7403
Attorney-in-Charge for JSW PLASTICS
MACHINERY, INC.

JAMES J. REGAN
CA SBN 80576
REGAN • BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988
Fax: (310) 318-5894

REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANT JSW PLASTICS
MACHINERY, INC. TO PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC. [SET THREE]
6

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANT JSW PLASTICS MACHINERY, INC. TO PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC. [SET THREE]** have been served on attorneys of record to the following addresses on this the ____ day of December, 2002:

| | |
|---|---|
| John R. Griffith<br>Viola G. Garza<br>GRIFFITH, HILL & OCHOA, LLP<br>One Park Place<br>100 Savannah Avenue, Suite 500<br>McAllen, TX 78503 | **CERTIFIED MAIL/RRR<br>NO. 7099 3220 0001 2246 9538<br>AND VIA FAX 956-971-9451** |
| Moises M. Salas, Jr.<br>LAW OFFICES OF MOISES<br>  M. SALAS, JR.<br>847 East Harrison<br>Brownsville, TX 78520 | **CERTIFIED MAIL/RRR<br>NO. 7099 3220 0001 2246 9545<br>AND VIA FAX 956-982-0601** |

_____
David C. Garza

REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANT JSW PLASTICS MACHINERY, INC. TO PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC. [SET THREE]

7