COURTROOM MINUTES: **Felix Recio Judge Presiding**
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R Nieto |
| CSO | : | Canant |
| Law Clerk | : | R Bryd |
| Date | : | **February 27, 2003 at 09:10 a.m.** |

FILED FEB 27 2003
Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-01-148 (636(c))

**Excel Bobbins and Plastic Components Inc**         *       J Griffin
                                                              V Garza

vs                                                    *

**JSW Plastics Machinery Inc.**                       *       D Garza
                                                              J Regan

---

### MOTION HEARING

John R Griffiin and Viola Garza present for the Plaintiff;
David Garza and James Regan present for the Defendant;

John Griffin addresses the Court and states he will be requesting a hearing on the Motion for Summary Judgment on a later date, sometime before 04/08/03; Counsel further informs the Court that parties are considering a bench trial in this matter and will be filing a Motion within the following weeks; Counsel states they are ready to file a 2nd Amended Original Complaint, in which they are dropping causes of action;

The Court requests a Motion for Leave to File be submitted;

The Court will wait for responses on the Motions for Summary Judgment to be able to set the matter for hearing;

Court adjourned.