**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

FEB 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXCEL BOBBINS AND PLASTIC COMPONENTS, INC. | * * * | |
| VS | * * | CIVIL ACTION NO. B-01-148 (636(c)) |
| JSW PLASTICS MACHINERY, INC. | * | |

### ORDER ON DEFENDANT JAPAN STEEL WORKS AMERICAN, INC.'S MOTION FOR SUMMARY JUDGMENT

After considering Defendant Japan Steel Works America, Inc.'s Motion for Summary Judgment, Plaintiff's oral response and stipulation to grant the motion, the evidence on file, and after a hearing thereon, the Court

FINDS there is no genuine issue of material fact on the issue of (a) the existence of a parent-subsidiary relationship as between Defendant JSW Plastics Machinery, Inc. and Japan Steel Works America, Inc. or (b) alter ego liability of JSWA for the actions of JSW-PMI as to Plaintiff Exel Bobbins and Plastic Components, Inc. Therefore, the Court GRANTS the motion.

DONE at Brownsville, Texas, on 27th day of February 2003.

_____
Felix Recio
United States Magistrate Judge