# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAR 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | * | |
| vs | * | CIVIL ACTION NO. B01-148 (636(c)) |
| JSW PLASTICS MACHINERY, INC. | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### FINAL PRETRIAL

**April 3, 2003, at 2:00 p.m.**
(Reset from April 8, 2003)

AND

### JURY SELECTION

**APRIL 4, 2003, AT 9:00 A.M.**
(Reset from April 9, 2003)

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

BY ORDER OF THE COURT

March 04, 2003

cc:   Counsel of Record