IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-01-148 |
| v. | § § § | [Assigned to the Hon. Hilda G. Tagle] Stipulated to Magistrate Felix Recio |
| JSW PLASTICS MACHINERY, INC, | § § | |
| Defendant. | § § | |

*United States District Court*
*Southern District of Texas*
*ENTERED*
*MAR 2 0 2003*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

## ORDER FOR BENCH TRIAL AND CANCELING JURY TRIAL

BE IT REMEMBERED on this 19th day of March, 2003 came on to be considered the parties agreed joint motion and request for a bench trial and the Court having reviewed said request, IT IS HEREBY ORDERED as follows:

1 -   That the jury selection set for April 4, 2003 be and is hereby cancelled.

2 -   That the above entitled number action will be heard and tried as a bench trial before the undersigned U.S. Magistrate Judge.

3 -   That the parties will consult with the Court on dates for a trial date, which will be set by the Court.

Done in Brownsville, Texas on this 19th day of March, 2003.

_____
U.S. Magistrate Judge

c:\dcg\c\JSW\Order-Setting-Bench-Trial