United States District Court
Southern District of Texas
FILED

MAR 19 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., § § § Plaintiff, § § v. § § § JSW PLASTICS MACHINERY, INC, § § Defendant. § | CIVIL ACTION NO. B-01-148 <br><br> [Assigned to the Hon. Hilda G. Tagle] <br> [Stipulated to Magistrate Felix Recio] |

## AGREED REQUEST FOR BENCH TRIAL

NOW COMES the Plaintiff Exel Bobbins and Plastic Components, Inc. and Defendant JSW Plastics Machinery, Inc. by and through their undersigned attorneys and would respectfully request the following:

1 -   This case is presently set for final pretrial on April 3, 2003 with jury selection on April 4, 2003.

2 -   The parties request that the above and numbered civil action be placed on the Court's bench trial docket before U.S. Magistrate Judge Felix Recio.

3 -   The parties will consult with the Court about a trial date for the bench trial, which will be set by the Court.

Respectfully submitted,
JSW PLASTICS MACHINERY, INC.,
Defendant

By: _____
David C. Garza
State Bar ID No. 0731400
Federal Admission No. 3778
GARZA & GARZA, L.L.P.
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas 78522-2025

AGREED JOINT MOTION AND REQUEST FOR BENCH TRIAL                                PAGE 1
c:\dcg\cf\JSW\Mot-Req-Bench-Trial

Telephone: (956) 541-4914
Facsimile: (956) 542-7403
Attorney-In-Charge for Defendant
**JSW PLASTICS MACHINERY, INC.**

JAMES J. REGAN, ESQ.,
CA SBN 80576
REGAN • BRAUN LAW OFFICES
2522 Artesia Blvd., Suite 200
Redondo Beach, CA 90278
Tel: (310) 372-1988
Fax: (310) 318-5894
Attorneys for Defendant
**JSW PLASTICS MACHINERY, INC.**

By: _/see attached for signature page_
John R. Griffith
State Bar No. 08480750
Federal ID No. 12186
Viola G. Garza
State Bar No. 00787518
GRIFFITH, HILL & OCHOA, LLP
One Park Place
100 Savannah Avenue, Suite 500
McAllen, Texas 78503
Telephone: (956) 971-9446
Fax: (956) 971-9451

Moises M. Salas, Jr.
State Bar No. 00786217
Federal ID No. 17506
LAW OFFICES OF MOISES M. SALAS JR.
847 East Harrison
Brownsville, Texas 78520

**ATTORNEYS FOR PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC.**

Telephone: (956) 541-4914
Facsimile: (956) 542-7403
Attorney-In-Charge for Defendant
JSW PLASTICS MACHINERY, INC.

JAMES J. REGAN, ESQ.,
CA SBN 80576
REGAN • BRAUN LAW OFFICES
2522 Artesia Blvd., Suite 200
Redondo Beach, CA 90278
Tel: (310) 372-1988
Fax: (310) 318-5894
Attorneys for Defendant
JSW PLASTICS MACHINERY, INC.

By: _____  *by vjg w/ permission*
John R. Griffith
State Bar No. 08480750
Federal ID No. 12186
Viola G. Garza
State Bar No. 00787518
GRIFFITH, HILL & OCHOA, LLP
One Park Place
100 Savannah Avenue, Suite 500
McAllen, Texas 78503
Telephone: (956) 971-9446
Fax: (956) 971-9451

Moises M. Salas, Jr.
State Bar No. 00786217
Federal ID No. 17506
LAW OFFICES OF MOISES M. SALAS JR.
847 East Harrison
Brownsville, Texas 78520

**ATTORNEYS FOR PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC.**