## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | * | |
| vs | * | CIVIL ACTION NO. B01-148 (636(c)) |
| JSW PLASTICS MACHINERY, INC. | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### MOTIONS HEARING

### April 15, 2003, at 1:30 p.m.

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

| PLACE: | U.S. Federal Building & Courthouse<br>600 E. Harrison, 2nd Floor<br>Brownsville, TX 78520 |
|---|---|

**BY ORDER OF THE COURT**

March 31, 2003

cc:   Counsel of Record