57

United States District Court
Southern District of Texas
FILED

MAY 07 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., Plaintiff, vs. JSW PLASTICS MACHINERY, INC., Defendant. | §§§§§§§§§§§§§§ | Civil Action No. B-01-148 DEFENDANT JSW PLASTIC MACHINERY, INC.'S ADVISEMENT TO THE COURT THAT IT HAS COMPLIED WITH COURT'S ORDER OF 4/15/03 |

TO THE MAGISTRATE FELIX RECIO AND PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC.:

PLEASE BE ADVISED THAT JSW Plastics Machinery, Inc. has complied with the Court's Order of April 15, 2003 regarding the production of documents responsive to the Plaintiff's following request for the production of documents, to wit:

1. Document Request No. 19: Please produce all telephone records of JSW Plastics Machinery, Inc.'s Chicago office from 1998 through 2002.

Magistrate Recio by his Order narrowed this request and ordered JSW-PMI to produce all telephone records for the Chicago Office from December 1, 1999 through March 31, 2000.

2. Document Request No. 27: Please produce any and all documents which would reflect the policies and procedures of JSW Plastics Machinery, Inc. in extending a line of credit to a customer from 1998 to 2002.

Under separate cover, defendant JSW Plastics Machinery, Inc. has provided plaintiff with its telephone records from the Chicago Office to the Brownsville area for the period of December 1999 through March 31, 2000. In response to Request No. 27, there are no documents.

Respectfully submitted,

Dated: May 7, 2003

By: ______________________

DAVID C. GARZA
SBN 07731400
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 200
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914
Fax: (956) 542-7403
Attorney-in-Charge for JSW PLASTICS MACHINERY, INC. and JSW AMERICA

JAMES J. REGAN
CA SBN 80576
REGAN BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988
Fax: (310) 318-5894

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **JSW PLASTICS MACHINERY, INC.'S ADVISEMENT TO COURT** have been served on attorneys of record to the following addresses on this the 2K day of ~~April~~ May 2003:

John R. Griffith
Viola G. Garza
GRIFFITH, HILL & OCHOA, LLP
One Park Place
100 Savannah Avenue, Suite 500
McAllen, TX 78503

**VIA FAX: (956) 971-9451**
**AND REGULAR MAIL**

Moises M. Salas, Jr.
LAW OFFICES OF MOISES
M. SALAS, JR.
847 East Harrison
Brownsville, TX 78520

**VIA FAX:(956) 982-0601**
**AND REGULAR MAIL**

David C. Garza