United States District Court
Southern District of Texas
FILED

MAY 0 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EXCEL BOBBINS AND PLASTIC COMPONENTS, INC., | § § § | CIVIL ACTION No. B-01-148 |
| Plaintiff, | § § | [Assigned to the Hon. Hilda G. Tagle Stipulated to Magistrate Felix Recio] |
| vs. | § § | |
| JSW PLASTICS MACHINERY, INC., | § § | Trial Date: May 19, 2003 |
| Defendant. | § § § § | |

**DEFENDANT'S NOTICE OF INTENTION TO USE DEPOSITION OF JOHN ANNORENO AT TRIAL**

**TO PLAINTIFF AND TO ITS ATTORNEYS-OF-RECORD:**

Pursuant to the provisions of FRCP 32(a)(3), Defendant JSW Plastics Machinery, Inc. ("Defendant") hereby gives notice that it intends at the time of trial of this action to introduce into evidence as part of its case-in-chief the below-listed excerpts from the deposition of John Annoreno duly taken in this action on January 9, 2003 ("Annoreno Deposition"). The designated pages of the Annoreno Deposition are attached hereto as Exhibit "A."

Defendant reserves the right to use any other portions of the Annoreno Deposition for purposes of impeachment or any other purpose consistent with the Federal Rules of Civil Procedure and Federal Rules of Evidence.

Said deposition is admissible pursuant to Rule 32 in that Mr. Annoreno resides in Illinois and trial of this action will take place in Brownsville, Texas and therefore the witness resides

more than 100 miles from the place of trial. FRCP 32(a)(3)(B); *Starr v. J. Hacker Co.* (8th Cir. 1982) 688 F.2d 78, 81.

## DEPOSITION OF JOHN ANNORENO TAKEN JANUARY 9, 2003 (by page/line):

9/14-16; 16/12-21/10; 20/12-21/10; 22/14-23/21; 25/20-28/5; 31/21-23; 32/8-22; 36/1-12; 37/23-38/5; 48/2-18; 49/23-50/22; 51/1-52/4; 56/13-57/11; 60/1-61/15; 71/22-72/24; 75/24-76/15; 76/24-78/1; 78/10-15; 81/14-17; 83/9-85/5; 86/17-21; 91/12-23; 92/3-5; 93/18-94/6; 97/10-16; 100/8-103/17; 104/6-105/9; 105/13-106/1; 109/17-111/15; 111/20-112/16; 112/24-113/6; 114/2-116/15; 117/3-11;130/11-132/6; 132/15-22; 133/2-134/13; 134/21-136/5; 137/7-138/1; 141/13-19; 142/18-143/18; 143/21-144/3; 145/16-146/4; 152/14-153/9; 161/12-18; 163/20-164/13; 166/2-8; 183/22-184/6; 190/5-17.

Dated: May 9, 2003.                    Respectfully submitted,

By: _____
DAVID C. GARZA,
SBN 07731400
Federal ID No. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914
Fax: (956) 542-7403
Attorney-in-Charge for JSW Plastic
Machinery

JAMES J. REGAN
CAL. SBN 80576
REGAN ◆ BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988
Fax: (310) 318-5894

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **DEFENDANT'S NOTICE OF INTENTION TO USE DEPOSITION OF JOHN ANNORENO AT TRIAL** have been served on attorneys of records to the following addresses on this 9th day of May, 2003.

John R. Griffith                              Via Velocity Express
Viola G. Garza
GRIFFITH, HILL & OCHOA, LLP
One Park Place
100 Savannah Avenue, Suite 500
McAllen, Texas 78503

Moises M. Salas, Jr.                          Via Regular Mail
LAW OFFICES OF MOISES M. SALAS JR.
847 East Harrison
Brownsville, Texas 78520
_without attachments_

_____
DAVID C. GARZA

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF TEXAS

 3                 BROWNSVILLE DIVISION

 4   EXEL BOBBINS and PLASTIC       )

 5   COMPONENTS, INC.,              )

 6           Plaintiffs,            )  Civil Action

 7           -vs-                   )  No. B-01-148

 8   JSW PLASTICS MACHINERY, INC.,  )

 9   et al.,                        )

10           Defendants.            )

11           The deposition of JOHN ROBERT ANNORENO,

12   called for examination pursuant to Notice and the

13   Rules of Civil Procedure for the United States

14   District Courts pertaining to the taking of

15   depositions, taken before Janet M. Stanton, a

16   notary public within and for the County of DuPage

17   and State of Illinois, at Doubletree Club, 920 East

18   Northwest Highway, Palatine, Illinois, on the 9th

19   day of January, 2003, at the hour of 9:09 o'clock

20   a.m.

21

22   Reported by:  Janet M. Stanton, CSR

23   License No.:  084-001905

24
```

1        Q.    Okay.  Could you tell us from when to when

2    you worked as a builder in Florida?

3        A.    Nineteen-- well, 1983-ish to '94, so --

4    but I was also working during that time that I was

5    obtaining my builder's license, you know, as -- as

6    -- too, 'cause you have to have a license.  You

7    have to be certified, Department of Professional

8    Regulations.

9        Q.    You have to have a contractor's license?

10       A.    Yes.

11       Q.    And did you obtain a contractor's license

12   in the State of Florida?

13       A.    Yes, I did.

14       Q.    In 1994, did you go to work for someone

15   else?

16       A.    No, I moved from Florida to Illinois.

17       Q.    And why did you move from Florida to

18   Illinois?

19       A.    Family, mainly, and opportunity in

20   business.

21       Q.    Okay.  What business opportunity?

22       A.    Exel Plastics.

23       Q.    Did you start Exel Plastics?

24       A.    I did not start Exel Plastic right from

9

1        Q.    In 2000, January of 2000, how many

2    machines did you have, if you can recall?

3        A.    Nine, I think it was.

4        Q.    Have you added any machines in the last

5    three years?

6        A.    Yes.

7        Q.    Just upgraded machines and replaced old

8    machines?

9        A.    No, new machines.

10        Q.    Okay.

11        A.    Added.

12        Q.    What new machines have you added?

13        A.    In the past three years?

14        Q.    Yes.

15        A.    All GSWs.

16        Q.    Can you tell me what size?

17        A.    Well, for the past three years, 245 and

18    310s.

19        Q.    Two 45-ton presses?

20        A.    Yeah.

21        Q.    And one 310 or --

22        A.    Two 310s, and there was, of course, the

23    purchase of a 385.

24        Q.    Okay.  Now can you tell me when you

16

```
1    just that they gave me information that came from
2    JSW saying that they had special deals and programs
3    in which they would buy down the rate.
4          There was $150,000 with no financial
5    checking of any sort, just fill out the
6    application, no money down, get your -- and they
7    give you a loan, as long as you got three years in
8    business there.
9          Q.   Did Heller Financial give you a loan?
10         A.   Um-hum, yes.
11         Q.   Did they require you to provide a personal
12   guarantee?
13         A.   No.
14         Q.   Okay.  Now you purchased another 310-ton
15   press from JSW PMI in the year 2000; is that
16   correct?
17         A.   Yes.
18         Q.   And what were the terms?
19         A.   The terms were different on that machine.
20   They were 10 percent down, and -- and I believe
21   net 30.
22         It was a special, very special deal that
23   they pushed off, tried to, you know, push off, I
24   say, and make me a special deal.
```

21

1     Q.   Okay.  When you say "push off," you mean

2  promote?

3     A.   Yeah.

4     Q.   Okay.

5     MR. GRIFFITH:  Counsel, can we go off the

6  record for a moment?

7     MR. REGAN:  Sure.

8     THE VIDEO TECHNICIAN:  We are now going off the

9  record.  The time is 9:29.

10         (Discussion off the record.)

11     THE VIDEO TECHNICIAN:  We are now back on the

12  record.  The time is 9:30.

13  BY MR. REGAN:

14     Q.   Did you obtain financing for the 310 press

15  purchased from JSW in or about 2000?

16     A.   No.

17     Q.   Does that --

18     A.   No.

19     Q.   Okay.  Did you purchase a 385-ton press

20  from JSW in 2000?

21     A.   Yes.

22     Q.   And what were the terms there?

23     A.   5 percent down, net 180.

24     Q.   And did you get financing for this

22

1    machine?

2        A.    Yes.

3        Q.    And what was the -- just describe how you

4    got the financing?

5        A.    I, actually, did not, myself, personally.

6    It was through JSW.

7        Q.    Okay.

8        A.    Directly.

9        Q.    When you say it was through JSW directly,

10   would you tell us what happened?

11       A.    Well, they allowed payments to be made to

12   them and financed it internally, I guess you would

13   say.

14       Q.    And is that machine paid off?

15       A.    Not to my knowledge.  Not -- I don't think

16   so.

17       Q.    Okay.

18       A.    Not in full.

19       Q.    So there is still -- there's a remaining

20   balance on the 385-ton press to your knowledge?

21       A.    To -- yeah, to my knowledge.

22       Q.    What is your best estimate?

23       A.    That I couldn't tell you.

24       Q.    Okay.  Let me go back to the 310 press for

                                                          23

1      A.  Can you explain a little more?

2      Q.  Sure.

3          For each press, do you allot a certain

4  amount of square foot for the operation of that

5  particular press?

6      A.  No, not particularly specified.  I mean,

7  you place the machines according to a position and

8  allow enough space, I guess, if that's what you

9  mean, you know, to work around it.

10     Q.  Well, how did you determine that with

11 eight machines, you're at capacity at approximately

12 6900 square feet or 7600 square feet?

13     A.  By placing the machines in position,

14 looking at the space you have left, knowing the

15 footprint of the machine, and size.

16     Q.  Okay.  Have you attempted to look at other

17 facilities to move your -- or relocate your

18 machines, or to expand?

19     A.  Not at this time, no.

20     Q.  Has the injection molding market

21 increased, remained the same, or decreased for your

22 business for the last three years?

23     A.  Well, there has been a decrease.

24     Q.  And would you --

25

1          A.    In existing customers, and there has been

2    quote -- a lot of quoting activity.

3          Q.    When you say there's a lot of quoting

4    activity, that would indicate that there may be a

5    lot of quotes, but not a lot of sales.  Would that

6    be accurate?

7          A.    You have to quote first to get the sales,

8    so --

9          Q.    Okay.  Has there been a market slowdown in

10   the injection molding field since September 11 of

11   2001?

12         A.    Yes.  It's a known in the business, in

13   general.

14         Q.    Okay.  And what, specifically, we all know

15   what happened September 11th, 2001, but how did

16   that affect the injection molding business?

17         A.    It affected high technology, fiberoptics

18   mostly, the -- that line.

19               Didn't affect medical, didn't affect toys,

20   didn't affect most of the things that -- didn't

21   affect small appliances, as blenders and coffee

22   makers and stuff like that.  It was more to the

23   high-tech, at least the way I see it.

24         Q.    All right.  Do you belong to SPI?

26

```
 1    equipment?

 2        A.    Written procedures?

 3        Q.    Yes.

 4        A.    No.

 5        Q.    Do you have any unwritten procedures for

 6    purchase of equipment, or informal procedures?

 7        A.    I do the purchasing, so there's no real

 8    procedure as far as that goes.

 9            I mean, the changes depends on what I'm

10    purchasing, depends on who -- how I'm negotiating,

11    if it's auxiliary equipment, what it is.

12            I mean, when you say "purchase," you

13    purchase a lot of purchase.

14        Q.    And what about for machines, injection

15    molding machines; do you do the purchasing?

16        A.    Yes.

17        Q.    You don't delegate that to anyone at your

18    office, do you?

19        A.    No.  I'm the only one who does that for

20    that part.

21        Q.    Do you recall when Exel Bobbins and

22    Plastics Components, Inc. was started?

23        A.    December of 1999, incorporated.

24        Q.    If I refer to them as Exel Bobbins, you'll
```

                                                              31

1    understand who I'm referring to?

2        A.    Yes.

3              And that's spelled E-x-e-l Bobbins.

4        Q.    Exel?

5        A.    Yeah, same, E-x-e-l.

6              Some people spell it E-x-c-e-l, but it's

7    E-x-e-l.

8        Q.    Okay.  Do you know why this business was

9    started?

10       A.    Yes.

11       Q.    And why was that?

12       A.    To do injection molding.

13       Q.    Where?

14       A.    In Texas, Brownsville.

15       Q.    Why Brownsville?

16       A.    There were a lot of potential and a lot of

17   customers that we were doing business with already

18   there at Exel Plastics.

19       Q.    And who were these customers?

20       A.    They would be Schumacher Electric, was our

21   main customer, Magnitech, which then became

22   Universal Lighting, and/or I've heard Paralex.

23       Q.    When you say you've heard Paralex, how did

24   you hear it?

32

Q.    Did Steve Becker have any interest,
financial interest in Exel Plastics, any ownership
interest?

A.    It was planned to be.

Q.    And what happened?

A.    It spun off into Exel Bobbins instead.  We
became partners in that venture instead.

Q.    Okay.  What is your partnership
relationship in Exel Bobbins?

A.    50 percent.

Q.    Each of you own 50 percent?

A.    Yes.

Q.    Now is it accurate that Steve Becker does
not own any portion of Exel Plastics?

A.    Yes.

Q.    Do you know who incorporated Exel Bobbins?

A.    Who incorporated it, meaning --

Q.    Did you or Steve --

A.    I signed for the incorporation of the
initial, but the filing of the papers to start the
corporation was through the Accounting --

Q.    Was through --

A.    -- Department.

Q.    -- the Accounting Department?

36

```
 1          A.    Along with, you know, my accountant and

 2   my, you know, CPA and stuff.

 3                I signed as incorporator, I believe, if

 4   that's what you're asking.

 5          Q.    Yes, that's what I'm asking.

 6          A.    Yeah.  Yeah, I signed as incorporator.

 7          Q.    Was this incorporated in Texas, Exel

 8   Bobbins?

 9          A.    Yes.

10          Q.    And it was done through your accountant?

11          A.    Well, with -- he helped me with it.

12          Q.    Okay.  And who is your accountant?

13          A.    Colbert and Yonker.

14          Q.    Okay.  Is there a minute book for Exel

15   Bobbins?

16          A.    No, not that I know of.  The accountant

17   may have some of that.

18          Q.    Okay.  Do you know if the corporation,

19   Exel Bobbins, conducts any Board of Director

20   meetings?

21          A.    Well, if me and Steve meet together, we

22   are, technically, the Board of Directors.

23          Q.    Who is on the -- who are the board -- who

24   are on the Board of Directors?
```

                                                          37

A.   Well, usually -- well, I don't know.  I can't say usually for other companies, but for my company it would be Exel Plastics, just me.  So then for Exel Bobbins, it would be me and Steve. We're the owners.

Q.   Do you know if shares have been issued in Exel Bobbins?

A.   Yes.

Q.   And how many shares have been issued?

A.   Well, I believe two.

Q.   One share to you and one share to Steve?

A.   I think.  It could be -- yeah, I believe it was two, one for each.

Q.   Do you know the number of outstanding shares authorized?

A.   No.  Not offhand.

Q.   When did -- strike that.

Did you receive a share certificate?

A.   The accountant would have that.

Q.   Well, my question is, did you receive it?

A.   No.

Q.   That you know.

A.   Just in the fact that it was put down as, you know, when you're -- when you're filing your

38

```
1        A.    Yes.

2        Q.    When Steve Becker and you went to Texas,

3   you went sometime in late '99, correct?

4        A.    Yes.

5        Q.    And was it your purpose to open up a new

6   business in Brownsville, Texas?

7        A.    It was that we were looking at the

8   opportunity and the possibilities of that.

9        Q.    Okay.

10       A.    The potential and so forth.

11       Q.    When both of you went to Brownsville,

12  Texas, was it with the thought of this business

13  would be Steve's business to operate?

14       A.    What do you mean by Steve's business?

15       Q.    Steve's business to actively manage.

16       A.    Well, he would go down there, move down

17  there and manage it on a day-to-day basis.

18             But it's half his business and half mine.

19       Q.    I understand that.

20             But it was primarily for him to go down

21  and -- and manage the business?

22       A.    Yes.  He moved down there.

23       Q.    Did he want to move down to Brownsville,

24  Texas?
```

                                                          48

1    A.    It was his decision.

2    Q.    Okay.  Did he object to that move?

3    A.    He -- I don't know.  I mean, he's there.

4    Q.    Well, you had --

5    A.    Why would he object?  I mean --

6    Q.    You had conversations with him regarding

7 the possibility of he moving down to Brownsville,

8 Texas, correct?

9    A.    Well, yeah.

10    Q.    Okay.  And did he tell you that he was

11 really looking forward to moving down to

12 Brownsville, Texas or --

13    A.    And --

14    Q.    Or did he have objections to it?

15    A.    No, no, I guess not, he didn't have

16 objections.  He wanted to move there.

17    There was a lot of business opportunities

18 that we had going.  That's why he went down there.

19 We had a humongous quote package from Sunbeam,

20 after our visit we had just -- there was a lot of

21 prospect and good things happening there, so he

22 would have wanted to move down there.

23    Q.    Okay.  Now when you say that there were

24 business prospects down in the Brownsville, Texas

49

1    area, what business prospects are you talking about

2    that you're personally aware of?

3        A.    Injection molding.

4        Q.    What injection molding prospects?

5        A.    Well, we already had some existing

6    customers here that we were molding for, and we

7    were able to receive quotes here for molding there,

8    and the biggest one being, at that time,

9    Sunbeam-Oster.

10       Q.    Was the purpose of opening the Exel

11    Bobbins business in Brownsville, Texas, was it to

12    service the Sunbeam-Oster account?

13       A.    Well, yes, it was to service them, yeah,

14    sure.

15       Q.    Okay.  When --

16       A.    And anybody else that would want us to,

17    and the existing customers, and so forth and so on.

18       Q.    Does Exel Plastics provide any custom

19    molded product for Sunbeam-Oster out of your plant?

20       A.    No.

21       Q.    Have you ever?

22       A.    No.

23           Not directly.  I -- it was the plan,

24    but --

50

         1          Q.    With regard to Exel Bobbins and Exel

         2    Plastics, do you ever shift molds between

         3    facilities in order to meet customer needs?

         4          A.    We did --

         5          Q.    When?

         6          A.    -- have molds in my facility here, and

         7    then they were sent down to Brownsville.

         8          Q.    Okay.  What molds were at your facility

         9    that were sent down to Exel Bobbins?

        10          A.    Most of that contained to Schumacher,

        11    Magnitech, a couple of other small customers, look

        12    jobs, that were really not anything big and

        13    significant.  Mainly Schumacher and Magnitech, I

        14    think it was.

        15          Q.    What was the value of that work, if you

        16    know, with regard to these molds that were sent

        17    from Exel Plastics to Exel Bobbins?

        18          A.    Well, probably $600,000, minimum, plus the

        19    new mold that was going into production in the 385.

        20          Q.    Who was the new mold from?

        21          A.    Schumacher.

        22          Q.    Was that a new mold from Schumacher that

        23    was placed directly with Exel Bobbins?

        24          A.    Exel Plastics handled that here first,

                                                                    51

```
1        then to Exel Bobbins.
2            Q.    Is that still mold -- strike that.
3                  Is that mold still being run, if you know?
4            A.    Yes.
5            Q.    As a result of that new mold being
6        forwarded from Exel Plastics to Exel Bobbins, do
7        you know of any lost business that has been
8        occasioned?
9                  Has there been any business lost that
10       you're aware of?
11           A.    From where?
12           Q.    With the use of the new mold from
13       Schumacher, do you know of any business that Exel
14       Bobbins has not been able to service as a result of
15       any machinery limitations?
16           A.    Well, I mean, that's a broad, big, open
17       area that I can just go into in a lot of different
18       ways.  So I would ask for more, specifically, a
19       question on -- more direct, I guess.
20           Q.    Well, let me try to do that.
21           A.    You know, I mean, I'm trying to go by what
22       I read and try to -- you know, and that's --
23           Q.    When you say you're going by what you --
24           A.    I don't understand the question, in other
```

52

```
 1        A.    Brownsville, Texas.

 2        Q.    Okay.  Now any work done for a custom

 3   molder at Exel Plastics is billed by Exel Plastics

 4   to that molder, correct?

 5        A.    Molder?

 6        Q.    To that customer, I'm sorry.

 7        A.    Oh, yes.

 8        Q.    And if Exel Bobbins produces molded parts,

 9   Exel Bobbins invoices --

10        A.    Yes.

11        Q.    -- the customer, correct?

12        A.    Yes.

13        Q.    Now the new mold that went down to Exel

14   Bobbins, that was a product produced at Exel

15   Bobbins for -- the new mold for Schumacher was

16   billed by Exel Bobbins; is that correct?

17        A.    Was it billed by Exel Bobbins, the

18   initial, the initial part?  I'm not positive.  I

19   may have billed them from Exel Plastics on the

20   initial run.

21        Q.    Okay.

22        A.    Or part of the sampling charges.

23        Q.    All right.

24        A.    I think I did, I think Exel Plastics.
```

56

```
 1          Q.    All right.  Exel Plastics billed for the

 2     work that Exel Plastics was involved in; is that

 3     correct?

 4          A.    Right.

 5          Q.    Now once the new mold went down to Exel

 6     Bobbins, then Exel Bobbins billed for the work that

 7     was done down in Brownsville, correct?

 8          A.    Correct.

 9          Q.    Okay.  So Exel Plastics is a separate and

10     distinct business from Exel Bobbins, correct?

11          A.    Separate corporations.

12          Q.    The businesses are separate, too; is that

13     correct?

14          A.    I guess, yes.

15          Q.    Well --

16          A.    I mean, they would have to be if they're

17     different corporations.

18          Q.    Well, do employees work at Exel Plastics

19     -- strike that.

20                The employees that work at Exel Plastics

21     are paid by Exel Plastics, correct?

22          A.    Correct.

23          Q.    And the employees that work at Exel

24     Bobbins are paid by Exel Bobbins?
```

57

1        Q.    Okay.  Was it Exel Bobbins' intent to

2    purchase machines from JSW PMI to use for the

3    Sunbeam-Oster work?

4        A.    Yes, absolutely.

5        Q.    Okay.  No other work; just the

6    Sunbeam-Oster work.  Is that correct?

7        A.    No.

8              What do you mean by "just"?

9        Q.    Well, was the -- were the machines that

10   Exel Bobbins was to purchase, were those for -- to

11   be used exclusively for Sunbeam-Oster work?

12       A.    There -- there was machines to be

13   purchased specifically for Sunbeam-Oster work, yes,

14   but there was -- we only bought machines from JSW.

15             We had started a -- working with them in

16   '96, and that was the only -- besides one other

17   machine, that was the only machines they ever

18   bought, was JSW.

19       Q.    Okay.  Do you -- basically, in looking at

20   the custom molding injection business, do you

21   basically get the business and then go ahead, once

22   you have the business, go ahead and purchase the

23   machines?

24       A.    Once you have the business, purchase the

                                                    60

```
 1        Q.    Well, attempting to obtain an order?

 2        A.    Well, yeah.  I mean, they had already told

 3   us that we would be doing it, we would be a

 4   supplier for them.

 5        Q.    Okay.

 6        A.    That was the whole purpose of Exel

 7   Bobbins.

 8        Q.    Did Sunbeam-Oster express any concern to

 9   either you or Steve Becker that Exel Bobbins was a

10   new or a start-up company?

11        A.    Well, they just were more or less -- I

12   don't know if they expressed that concern and -- I

13   don't think so, because they were giving us quotes

14   before we were even there, you know, in operation.

15             I mean, we quoted a lot of money for them,

16   and they had, at that time, pretty much committed

17   that they would give it to us.

18        Q.    Well, when you say you quoted a lot of

19   money, you've been in the business now for a while,

20   correct?

21        A.    Yes.

22        Q.    When you issue a quote, do you -- does

23   every quote turn into a purchase order?

24        A.    No.
```

                                                            71

1      Q.    So there's no guarantee that a quote will

2   turn into a purchase order, is there?

3      A.    No guarantee.

4      Q.    No guarantee.

5            Of the quotes that -- for example, right

6   now you're quoting business.

7            Of the quotes that you're issuing,

8   approximately what percentage of those quotes turn

9   into a purchase order or business?

10     A.    Well, when?  Then or now?

11     Q.    Now.

12     A.    Now.

13           It's a much smaller number now.  As far as

14   my situation that I'm quoting.

15     Q.    Yeah, right.

16     A.    Because I'm here in the Midwest, where

17   there's a lot of competition and there's a lot of

18   molders, and since things slowed up up here, it

19   would be less.

20     Q.    What is that percentage, approximately?

21     A.    I don't -- I don't know.

22     Q.    Your best estimate, if you have one?

23           10 percent?

24     A.    20 percent.

72

1    A.    Um-hum.  Yes.

2    Q.    And how many cavities?

3    A.    Twelve.

4    Q.    Cycle time?

5    A.    Twenty-one seconds.

6    Q.    Now can you run the spindle mold on a 310?

7    A.    No.

8    Q.    Why?

9    A.    It's too small.

10    Q.    Okay.  So the spindle mold would not be a

11 mold that could be run down in Texas at Exel

12 Bobbins, correct?

13    A.    No, it's not.

14    I mean, it could be if we had the machine

15 for it.

16    Q.    All right.  But you don't have the machine

17 for it?

18    A.    No.

19    Q.    Is that correct?

20    A.    No, we don't have a machine for that

21 there.

22    Q.    And at Exel Bobbins, in November of 2000,

23 you had a 385 and a 310.

24    In June of 2001, you purchased a -- well,

75

```
 1    Exel Bobbins purchased additional -- or leased
 2    additional presses, correct?
 3        A.    Was that the date of the LG?
 4        Q.    Approximately.
 5        A.    Approximately, 'cause I don't know the
 6    exact date.  I wasn't there.
 7        Q.    Well, let me just ask you.
 8              Do you know when the LG presses were
 9    installed?
10        A.    No.
11        Q.    Do you know whether the LG presses were
12    obtained via purchase or lease?
13        A.    To my understanding, lease.
14        Q.    And who financed the lease?
15        A.    LG.
16        Q.    And did you have to personally guarantee?
17        A.    No, I didn't.
18        Q.    Do you know if Steve Becker did?
19        A.    No, I didn't sign any papers on that.
20        Q.    Do you know if Steve Becker did?
21        A.    No, not for sure.  I don't know that.
22        Q.    Okay.
23        A.    He may have.
24        Q.    All right.  What size presses were
```

76

Exel Bobbins purchased additional -- or leased
additional presses, correct?

    A.    Was that the date of the LG?

    Q.    Approximately.

    A.    Approximately, 'cause I don't know the
exact date.  I wasn't there.

    Q.    Well, let me just ask you.

          Do you know when the LG presses were
installed?

    A.    No.

    Q.    Do you know whether the LG presses were
obtained via purchase or lease?

    A.    To my understanding, lease.

    Q.    And who financed the lease?

    A.    LG.

    Q.    And did you have to personally guarantee?

    A.    No, I didn't.

    Q.    Do you know if Steve Becker did?

    A.    No, I didn't sign any papers on that.

    Q.    Do you know if Steve Becker did?

    A.    No, not for sure.  I don't know that.

    Q.    Okay.

    A.    He may have.

    Q.    All right.  What size presses were

                                              76

run more than -- you know.

Q.   Okay.  Who are the current customers of
Exel Bobbins, if you know?

A.   I can only tell you what I know, and what
I know is, there's Sunbeam, there's Magnitech,
there's Schumacher, but Schumacher, you know, does
different things for Exide and Diehard and stuff
like that, so -- when I say "Magnitech," that's
Universal Lighting, and there was Midwesco.

Q.   The Sunbeam business, does that run
exclusively on the LG International presses?

A.   As far as I know.

Q.   And the Magnitech and Schumacher continue
to run on the JSW presses?

A.   As far as I know.

I mean, I'm not there.  Steve handles
that, but I assume -- I think.

Q.   Do you know what type of plastics Exel
Bobbins is using to service these customers?

A.   Nylon, polypropylene, polycarbonate.

Q.   Okay.  Do you know how many molds are
currently at Exel Bobbins for Sunbeam?

A.   For Sunbeam?  Hm.  I'd be guessing.  I'd
be guessing.

78

run more than -- you know.

Q.   Okay.  Who are the current customers of Exel Bobbins, if you know?

A.   I can only tell you what I know, and what I know is, there's Sunbeam, there's Magnitech, there's Schumacher, but Schumacher, you know, does different things for Exide and Diehard and stuff like that, so -- when I say "Magnitech," that's Universal Lighting, and there was Midwesco.

Q.   The Sunbeam business, does that run exclusively on the LG International presses?

A.   As far as I know.

Q.   And the Magnitech and Schumacher continue to run on the JSW presses?

A.   As far as I know.

I mean, I'm not there.  Steve handles that, but I assume -- I think.

Q.   Do you know what type of plastics Exel Bobbins is using to service these customers?

A.   Nylon, polypropylene, polycarbonate.

Q.   Okay.  Do you know how many molds are currently at Exel Bobbins for Sunbeam?

A.   For Sunbeam?  Hm.  I'd be guessing.  I'd be guessing.

78

1  Sunbeam-Oster has given to Exel Bobbins that Exel

2  Bobbins has not been able to fulfill?

3       A.   That'd be a legal question that I don't

4  know if I would call it a contract or -- I mean,

5  you know the -- we have a letter from Sunbeam

6  committing to giving to -- the work for Exel

7  Bobbins.  Now is that a contract?  I would be --

8       Q.   Okay.  Do you know of any --

9       A.   I consider it commitment, total, 100

10 percent commitment, my -- so I don't know.

11      Q.   All right.  Let me ask it a different

12 question.

13      A.   Okay.

14      Q.   Do you know of any purchase order that

15 Sunbeam-Oster has given to Exel Bobbins for which

16 Exel Bobbins has not been able to perform to?

17      A.   I don't know.

18      Q.   Do you know of any purchase order that

19 Schumacher has given to Exel Bobbins for which Exel

20 Bobbins has not been able to perform to?

21      A.   No, I think we're able to perform

22 everything for Schumacher.

23      Q.   Okay.  Do you know of any purchase order

24 that Magnitech or Universal Lighting has given to

81

A.    Fully?

Q.    Yes.

A.    I couldn't give you that exact answer.

Q.    Okay.  Do you have an understanding?

A.    I think that mainly they do full -- close -- I don't know -- I don't know if they're at a hundred -- if that's 100 percent capacity, but I'm -- I think it is, so --

Q.    Do you currently have open capacity on your machines at Exel Plastics?

A.    Yes.

Q.    Does Exel Bobbins currently have open capacity on any of their five presses?

A.    I don't know.  I don't think so.

Q.    Okay.  Now what presses do you at Exel Plastics have open capacity on?

A.    Well, we have -- depending on the mold, you can sometimes use, you know, more than one press.

        I have two 55-tons, I have an 85, and there's a 180 and a 200, so I can switch things around quite easily with the range I have.

Q.    Okay.  Are you operating five days a week, twenty-four hour a day?

83

```
 1        A.    Well, not at this time, no.

 2        Q.    No, my question is:

 3              Have you ever had that conversation with

 4    Steve Becker?

 5        A.    No.

 6              It's a big -- you're getting into big

 7    parts.  So -- big parts, we're best there.

 8        Q.    What do you mean, big parts?

 9        A.    Well, like you said before, bigger parts,

10    bigger machine tonnagewise, shipping costs.

11        Q.    So the bigger parts are molded by Exel

12    Robbins in Brownsville, Texas, as opposed to Exel

13    Plastics here?

14        A.    Yes.

15        Q.    And you also have a 310-ton press similar

16    to the 310 that the Brownsville operation has,

17    correct?

18        A.    Correct.

19        Q.    And you have open capacity on your 310-ton

20    press.

21              When you have open capacity on your 310,

22    do you talk to Steve to try to coordinate movement

23    of molds?

24        A.    No, because, you know, there's a problem
```

85

1  with the 310, and that's another issue legally, and

2  so forth and so on, that I don't plan to -- I don't

3  know what's going to happen with it, so I wouldn't

4  commit to that.

5      Q.   Okay.

6      A.   Do you know what I mean?

7      Q.   All right.  Are you saying that the 310

8  right now is not able to function?

9      A.   No.

10      Q.   Okay.  Are you saying that the 310 now,

11  that you have, is not able to do -- or run any of

12  the molds that Steve runs on the 310 down in

13  Brownsville?

14      A.   No.

15      Q.   That's not what you're saying?

16      A.   No.

17      Q.   So, conceivably, the 310 press that you

18  have here, the JSW 310, could operate a mold or two

19  that Steve Becker is running at Exel Bobbins,

20  correct?

21      A.   Well, it could if the shot size was right.

22      Q.   Is there a problem with shot size?

23      A.   I have a smaller shot size on this 310.

24      Q.   Well, would it still be sufficient?

86

We were both here, plus we were there, and we were -- we were going to be there and we were going to be able to -- we negotiate in our lease to take a whole building, 100,000-plus square foot for them if need be, and we were going to be their primary molder, and that was the core plan of the whole Exel Bobbins.

And, of course, once -- as we're there, we're adding on more customers also that we were talking with, a lot of different people and stuff. So --

Q.   At some point in time did you become aware that Sunbeam-Oster was in bankruptcy?

A.   Yes.

Q.   And when did you become aware of that?

A.   I don't know when, but -- I don't know if it was Jerry Johnson that may have brought that up on a phone call, or if it was --

Q.   With you?

A.   You know; I'd be speculating on that.  I'd be just guessing exactly if I knew when.

So I just know that at one time they were, or if they are, I don't know, you know.

Q.   Okay.  Do you know what type of

91

1    bankruptcy?

2        A.    No.

3        Q.    Are you aware that JSW PMI requested a

4    letter of commitment from Sunbeam-Oster?

5        A.    I am aware that after the -- to my -- yes.

6        Q.    Okay.

7        A.    After the fact, I'd call it.

8        Q.    So would it be accurate that you became

9    aware that JSW PMI requested a letter of commitment

10   from Sunbeam-Oster, but it was after the fact?

11       A.    Yes.

12       Q.    When did you become aware of it?

13       A.    I don't know when.

14       Q.    How did you become aware of it?

15       A.    How did I become aware of it?

16             It may have been during a conversation

17   with Steve.

18       Q.    Do you know --

19       A.    But the thing is, is that, you know, we --

20   gosh, it's -- I don't know when.

21       Q.    Do you have any notes or records that

22   would refresh your memory as to when it occurred?

23       A.    No, I don't.

24       Q.    Are there any plans presently for Exel

                                                        92

1    Bobbins to purchase additional machines or lease

2    additional machines?

3         A.   If we were able to, we would be -- we

4    tried to.

5              I mean, can I -- I don't know, maybe --

6    maybe someone can help me if I'm wrong here, but,

7    you know, I established with JSW a relationship, a

8    business relationship, a commitment from them to

9    support us.

10        Q.   When you say "to support us," are you

11   talking about Exel Plastics?

12        A.   To supply -- well, first it was Exel

13   Plastics.

14        Q.   Okay.

15        A.   Of course --

16        Q.   All right.  Let's talk about that

17   commitment, then.

18             What commitment did you obtain from JSW

19   PMI?

20        A.   What commitment?

21        Q.   Yeah, for Exel Plastics.

22        A.   For Exel Plastics?  To supply us with

23   machines.

24        Q.   And what does that commitment entail?

                                                    93

```
 1        A.    A down payment of 5 percent, net 180 days.

 2        Q.    Okay.  When did you secure that

 3   commitment?

 4        A.    '96.

 5        Q.    From whom?

 6        A.    JSW.

 7        Q.    I mean -- let me be a little bit more --

 8        A.    I --

 9        Q.    Who at JSW PMI?

10        A.    Well, I don't know who.

11              And I worked with Bob Fahrenbach, I worked

12   with -- you know, I went to Japan, I went to Tokyo,

13   I went to Hiroshima with them.

14              They sent me there, they paid for that,

15   they -- I worked with a -- there was a Hariama,

16   there's Harato, I think, back then was his name.

17   Different people.

18              But they committed to -- you know, they

19   committed to try and work with, you know, a smaller

20   molder at that time I was, and, you know, support

21   me in the growth of my business to sell machines,

22   and for me to one day be a bigger molder, you

23   know.

24              If you got a guy that's already
```

                                                    94

in the financing, and which they did with Heller

Financial being a program that they had together.

So there was a lot of things they had.

Q.   Okay.

A.   A prime minus-one program they had out,

where you -- nothing down also, so if I wanted to

not put 5 percent down.

Q.   All right.  Let me just see if I can get

this clear.

You understood that JSW PMI would support

the growth of Exel Plastics with a line of credit

up to one million dollars, and if Exel Plastics

complied with the terms of 5 percent down, net 180

days, and JSW PMI would help with the financing; is

that correct?

A.   Yeah.  Yes.

Q.   Okay.  When -- your understanding was that

JSW would help with the financing.

Did you understand that to mean that JSW

would guarantee financing, or would provide

assistance with no guarantee that financing would

be obtained?

A.   Well, there's --

Q.   What was your understanding?

97

1          THE VIDEO TECHNICIAN:  We are now back on the

2    record.  This is the continuation of the deposition

3    of John Annoreno.  This is the beginning of

4    videotape number two.  The time is 11:42.

5    BY MR. REGAN:

6          Q.    Mr. Annoreno, do you know of any writing

7    wherein JSW PMI said to you at Exel Plastics that

8    JSW PMI would guarantee your purchase of a press

9    after the passage of 180 days?

10         A.    No.

11         Q.    Okay.  Was it your understanding that if

12   you paid a 5 percent down on a press and did not

13   make payment to JSW PMI within 180 days, that you

14   would be in breach of the contract for purchase of

15   that machine?

16         A.    Yes.

17         Q.    So you knew if you did not comply with

18   those terms you would have breached the contract,

19   correct?

20         A.    Yes.

21         Q.    Okay.  So when JSW PMI said they were

22   willing to help, and I'm using your word, help with

23   financing, you understood that that help was that

24   JSW PMI would give their best assistance on the

104

matter, but that they were not guaranteeing the

financing after 180 days; is that correct?

    A.    For Exel Plastics, yes.

    Q.    Okay.  And you understood that when you

purchased a machine from JSW PMI at Exel Plastics,

that you were responsible for obtaining financing

for the purchase of the machine so that you could

pay JSW within the 180 days; is that correct?

    A.    Yes.

    Q.    All right.  Now we have specifically been

talking about Exel Plastics.  Now let's talk about

Exel Bobbins.

        Exel Bobbins purchased a press with 5

percent down, payment in 180 days; is that correct?

    A.    Yes.

    Q.    And which press is that?

    A.    385.

    Q.    Okay.  Did Exel Bobbins pay the 5 percent

down on the purchase of the 385-ton press from JSW

PMI?

    A.    No.

    Q.    Did Exel Bobbins make payment on the

385-ton press purchased from JSW PMI by paying the

balance due in 180 days?

105

1    A.    No.

2    Q.    So is it accurate that Exel Bobbins was in

3    breach of the agreement with JSW PMI to purchase

4    the -- JSW's 385-ton press?

5    A.    No.

6    Q.    Okay.  Why do you say "no"?

7    A.    Because I asked for their financial

8    backing on it.

9    Q.    Okay.  You asked for JSW PMI's financial

10   backing?

11   A.    Yes.

12   Q.    Okay.  And who did you ask?

13   A.    Jerry Johnson.

14   Q.    And this was in a conversation that you

15   had with Jerry that you were earlier talking about?

16   A.    Yes.

17   Q.    Okay.

18   A.    That's all.

19   Q.    That's the only basis that you have to say

20   that Exel Bobbins was not in breach of the

21   agreement?

22   A.    No.

23   Q.    Okay.  Now with regard to this phone

24   conversation with Jerry Johnson, you don't recall

106

1    guaranteeing the machine's financing, did you,

2    after that conversation, ever have conversations

3    with Steve Becker regarding financing?

4        A.    Yes.

5        Q.    When?

6        A.    When it came up about financing and paying

7    for the 385.

8        Q.    Okay.  And what did you discuss?

9        A.    We just didn't -- we were -- we were -- we

10    just don't understand what was going on.  They were

11    going to support us in -- in the financing of the

12    machines.

13        Q.    So was it your understanding that Exel

14    Bobbins did not have to pay any monies for the

15    purchase of the 385-ton press?

16        A.    No.

17        Q.    So you -- you understood Exel Bobbins was

18    responsible to make payment on the 385-ton press,

19    correct?

20        A.    Yes.

21        Q.    Okay.  And you understand that Exel

22    Bobbins did not make payment on the 385-ton press,

23    correct?

24        A.    In full?

                                                    109

1    Steve handled?

2         A.    At that time, yeah.

3         Q.    Yeah, and you were --

4         A.    I mean, it went to that.

5         Q.    All right.  Now this is after the machine

6    is shipped by JSW PMI to Exel Bobbins, correct?

7         A.    Correct.

8         Q.    And it's your understanding that Steve

9    Becker is working on the financing to pay off the

10   385-ton press, correct?

11        A.    Correct.

12        Q.    And Steve Becker is handling the

13   negotiations and doing all the work to try to raise

14   the money for the financing, correct?

15        A.    Yeah.

16        Q.    Is it accurate that you are basically out

17   of the loop; that this is something that Steve

18   Becker is handling?

19        A.    At the time he was handling it, yes.

20        Q.    Okay.  Now at some point in time did Steve

21   Becker come to you and say "Look, I cannot get the

22   financing for the 385-ton press"?

23        A.    Yes.  He said they were having -- he was

24   having a problem.

                                                              111

1        Q.    Okay.  Did he tell you what he had done to

2    try to get the financing?

3        A.    Yes.  He spoke with various number of

4    financial institutions.

5        Q.    Well, was Wells Fargo one?

6        A.    That sounds like -- yeah, Wells Fargo,

7    U.S. Bank Corp., if I recall.

8        Q.    Heller Financial?

9        A.    I don't think so.

10       Q.    Okay.  Now did Steve Becker tell you why

11   Wells Fargo and U.S. Bank Corp. did not want to

12   lend money?

13       A.    We were a start-up company.

14       Q.    In other words, Exel Bobbins did not have

15   a proven track record?

16       A.    Correct.

17       Q.    Did Wells Fargo and U.S. Bank ask for

18   personal financial statements?

19       A.    I don't know.  They may have.

20       Q.    Did you provide any personal financial

21   statement to either Wells Fargo or U.S. Bank

22   Corp.?

23       A.    I don't think so.

24       Q.    What else, if anything, did Steve Becker

                                                          112

tell you he did to attempt to locate financing for

purchase of the JSW PMI 385-ton press?

A.   Made a lot of phone calls to people

around, to the bank, I think Texas State Bank that

we work with.  They don't handle that, they don't

do that.

From -- just tried to find someone.

Q.   Okay.  Do you -- or can you give us your

best estimate of the number of banking

institutions, leasing agencies, different entities

that Steve Becker contacted in order to secure

financing for the 385-ton press?

A.   I guess -- no, I couldn't.  I just know

that he talked with a couple, few, maybe more, I

don't know.

Q.   Well, more than ten?

A.   No, I don't think so.

Q.   More than five?

A.   I know he spoke with Wells Fargo, I know

he spoke with U.S. Bank Corp., I know he spoke with

Texas State Bank.

This is things that I know that I can

answer to.

Q.   Okay.  And he told you that -- strike

113

1    that.

2            Steve Becker told you that Wells Fargo

3    Bank and U.S. Bank refused to make a loan because

4    Exel Bobbins was a start-up company and they did

5    not have a proven track record?

6        A.   To the best of my knowledge, yes.

7        Q.   Did they state any other reason?

8        A.   No, not that I know of.

9        Q.   Okay.  Did Steve Becker ask you to assist

10   in securing financing for the purchase of the JSW

11   PMI 385-ton press?

12       A.   I think I talked with -- with them, one of

13   the guys there, if I'm not mistaken.

14       Q.   With one of what guys?

15       A.   I think one of the guys from one of the

16   finance places, you know.  I'm not sure.  I don't

17   remember.  It was a while ago.

18       Q.   Okay.

19       A.   But I think I did.

20       Q.   All right.  Did you take any other action

21   to secure financing?

22       A.   I don't remember if I took any other

23   action.

24            I mean, they said no, they would -- they

                                                    114

1    turned us down.  I don't know what my action would

2    do.

3         Q.   Okay.  So what -- strike that.

4              When it became evident that Steve Becker

5    could not obtain the financing and you could not

6    obtain the financing for the purchase of the

7    385-ton press, what is it that you expected JSW PMI

8    to do?

9         A.   Well, they could have done -- let us pay

10   them.

11        Q.   Okay.  But now this is after the 180 days?

12        A.   Right.  We can make payments to them.

13        Q.   So you wanted JSW PMI to provide the

14   financing?

15        A.   Or they could have called the people they

16   recommended and said just -- as long -- as long as

17   they're making the payments, that's good.

18              I mean, they could step in and play a part

19   on it.  It's their --

20        Q.   Okay.

21        A.   You know.

22        Q.   To your knowledge, was that written into

23   the agreement for the purchase of the 385-ton

24   press, that if you were not able to get financing,

                                               115

that it was okay with JSW PMI?

A.   Written, no.

Q.   Okay.  So you understood, and Exel Bobbins understood that in purchasing the 385-ton press, the terms were to pay 5 percent down and the principal due in 180 days, correct?

A.   Yes.

Q.   Okay.  Now when it became evident to you that Steve Becker couldn't raise the financing and you couldn't raise the financing, what did you do at that point with regard to purchase of the 385-ton press?

A.   I didn't do anything.

Q.   Okay.

A.   Personally.

Q.   All right.  To your knowledge, did Steve Becker do anything?

A.   He had conver-- many conversations with all the people at JSW, yes, trying to work it out.

Q.   Okay.  And that didn't work out?

A.   I thought something worked out.  I thought there was an agreement made by JSW to let him pay payments to them.

Q.   Okay.

116

1      A.   Not I thought, I know there was, but I

2  haven't -- I wasn't part of it.

3      Q.   Okay.  After you realized that you could

4  not do anything regarding the financing, did you

5  call Jerry Johnson and say to him "Look, Jerry, you

6  promised me in early 2000 that JSW PMI would

7  guarantee financing"?

8           Did you do that?

9      A.   No.  Steve was handling it with them.

10      Q.   Did you do that?

11      A.   No, I did not.

12      Q.   Now you originally started working with

13  JSW back in 1996, if I recall; is that correct?

14      A.   Yes.

15      Q.   And in 1996, would you characterize your

16  relationship with JSW as good?

17      A.   Yes.

18      Q.   And did your relationship with JSW -- and

19  by "you," I mean Exel Plastics -- did that remain

20  on a good, friendly basis to some point in time?

21      A.   Yes.

22      Q.   And when did that point come up?

23      A.   What point?

24      Q.   A point where you were no longer on a

117

1   that Exel Bobbins put in its purchase order,

2   correct?

3        A.   I'm sorry, what was that again?

4             Was not the price they put in -- I believe

5   it was.  I believe it was the price.

6        Q.   I don't know whether it was or not, okay.

7             But the reason it would be -- if it were

8   the same, would be because you discussed that price

9   and it came to an agreement, correct?

10       A.   It was agreed upon and PO issued.

11       Q.   Okay.  Now at the time that you formulated

12  the business in Exel Bobbins, did you prepare an

13  anticipated Profit and Loss Statement?

14       A.   Anticipated Profit and Loss Statement.

15  No.

16       Q.   What forecasting methods, if any, did you

17  use in anticipating what the business would do when

18  you started up Exel Bobbins?

19       A.   Just the current business that we had,

20  plus the commitments that we had with, mainly, that

21  being -- I mean, not mainly, but Sunbeam had

22  committed to us for a lot of business.

23       Q.   Is it accurate the reason you went to

24  Brownsville, Texas was because of the anticipated

                                                130

1    Sunbeam-Oster business?

2         A.    Along with others.

3         Q.    But primarily Sunbeam-Oster, correct?

4         A.    Primarily, yes, that with the customers we

5    already had.

6         Q.    Now my question is:

7                Did you do any analysis, what we might

8    call a business analysis, in terms of projecting

9    profit and loss, actually prepare a projected

10   Profit and Loss Statement for Exel Bobbins?

11        A.    No.

12        Q.    All right.  At the time of start-up, did

13   you prepare a cash flow analysis for monies needed

14   for Exel Bobbins' operation?

15        A.    Prepare, no.

16        Q.    Well, how much money did you think was

17   needed to start up Exel Bobbins?

18        A.    How much was needed to start.

19                I don't have those figures of --

20        Q.    Well, how much money did you put into Exel

21   Bobbins; you, personally?

22        A.    Well, not me, personally, but --

23        Q.    Did you put any money in personally?

24        A.    1 mean, yeah, Exel Plastics did.

131

1        Q.    All right.  How much money did Exel

2    Plastics put into Exel Bobbins to start up?

3        A.    I don't -- it's on the tax return as to

4    what I think it was.

5        Q.    Well, what is your best estimate?

6        A.    It may have been seventy thousand.

7        Q.    I recall, and I -- Steve Becker testifying

8    that each of you put in $500 to start the

9    corporation?

10        A.    Well, that's different.  That's just to

11    establish the corporation.

12        Q.    That was to establish the corporation; is

13    that accurate?

14        A.    Yeah.

15        Q.    Now following the five hundred dollars

16    from each, did you put, specifically, dollars into

17    -- in other words, money, and then we'll get to

18    equipment.

19            Did you put any money into Exel Bobbins?

20        A.    Yes.

21        Q.    How much?

22        A.    I don't know offhand.

23        Q.    Do you keep a ledger card on how much

24    money you put into Exel Bobbins?

132

1    A.    The accountant had something for that.

2    Q.    All right.  Now is this money that you put

3    into Exel Bobbins, is that on the basis that those

4    monies are a loan?

5    A.    Yes.

6    Q.    And is it your understanding that you have

7    loaned -- by "you," I mean either you or Exel

8    Plastics, have loaned Exel Bobbins seventy thousand

9    dollars?

10    A.    I believe that to be the number, around

11    about.

12    Q.    Okay.  But that number --

13    A.    Yes.

14    Q.    -- whatever that number is, it is a loan

15    to Exel Bobbins; is that correct?

16    A.    Yeah.

17    Q.    And what are the terms of that loan?

18    A.    Well, I'm -- I'm Exel Bobbins, so when I

19    can pay it back, I would.  There was no set terms.

20    Q.    All right.  So it's just a loan to a

21    shareholder?

22    A.    I don't know how you would classify that,

23    just that I, at one day, would take the money back

24    or use it as a deduction of some sort if -- I don't

133

1    think you can use it as a deduction, I don't know.

2         The accountants handle that.  I just --

3    you know, I know how to run plastic parts, mold

4    parts, make happy customers.

5         Q.   Do you know if there's any writing

6    documenting this loan from a shareholder?

7         A.   A writing document?

8         Q.   Yeah.

9         A.   A loan -- no loan.

10        Q.   Is there a demand note?

11        A.   A note?  No.

12        Q.   So there's no written document?

13        A.   No.

14        Q.   Now you say the amount is about seventy

15   thousand, could be plus or minus, but approximately

16   that amount.

17        How much of that consists of equipment?

18        A.   I don't know if that's equipment.  I don't

19   know the breakdown of it.  I think it could be

20   separate from equipment.

21        Q.   Okay.  So it's your understanding, then,

22   that the $70,000 loan is the approximate amount of

23   money that you have -- and by "you," I mean either

24   you or Exel Bobbins, Exel Plastics, rather, have

134

1    sent to Exel Bobbins?

2          A.    Yes, or paid for stuff for Exel Bobbins.

3          Q.    Okay.   When you say "or paid for," you

4    mean paid credit cards of Steve Becker's?

5                Would that be one of the payments?

6          A.    If it was, it would be small.   I paid the

7    deposit for the machine.

8          Q.    Anything else that you can recall

9    specifically?

10         A.    I would send -- I would wire some money to

11   the account, I mean, send -- because they're

12   starting a business, supplies, electrical supplies,

13   plumbing supplies, for things, would provide some

14   funds.

15         Q.    Did you have any --

16         A.    Relocation, cost money to move equipment.

17         Q.    Did you have any written document that you

18   looked at and said "Okay, November of 2000, I've

19   got to send fifteen thousand to Exel Bobbins, in

20   March of 2001 I have to send a certain amount of

21   money"?

22               Did you have any document like that?

23         A.    No.

24         Q.    So would it be accurate, then, that Steve

                                                          135

1    Becker would call you and say "Hey, John, I need

2    ten thousand," and then you would try to come up

3    with the money and send it to him?

4         A.    I guess you could say it that way, yeah.

5    I had money aside for the start-up.

6         Q.    How much money did you set aside for the

7    start-up?

8         A.    Well, just in one account there may have

9    been ninety thousand, I don't know, eighty

10   thousand.  That was just at one time, there was

11   money, cash flow.

12        Q.    This was cash flow of Exel Plastics?

13        A.    Exel Plastics, yeah.

14        Q.    Okay.  Now of the seventy thousand dollars

15   or so that Exel Bobbins owes to you, either you or

16   Exel Plastics, was that number ever greater than it

17   currently is?

18        A.    I don't think so.

19        Q.    Have you ever received any repayment in

20   monies loaned or sent to Exel Bobbins?

21        A.    I think so, yes.

22        Q.    How much?

23        A.    I don't recall what it was.  Could have

24   been twenty-some thousand.

136

1      Q.   All right.  Is that in the form of a loan

2  repayment, if you know?

3      A.   Reimbursement I call it, you know.

4      Q.   How does it show up in your tax return, if

5  you know?

6      A.   I don't know.

7      Q.   Okay.  When Exel Bobbins was unable to get

8  any further machines from JSW PMI, what if anything

9  did Exel Bobbins do to try to get alternate

10 machinery?

11     A.   Called other machinery companies.

12     Q.   Did you participate in that?

13     A.   Partial -- I contacted somebody that Steve

14 got into contact with.

15     Q.   Did you attempt to purchase equipment,

16 machinery from JSW PMI through Exel Plastics for

17 Exel Bobbins?

18     A.   Did I try to purchase it from Exel

19 Plastics, for Exel Bobbins?

20          It just would be the 385.

21     Q.   Okay.

22     A.   I mean --

23     Q.   Did you try to purchase any other

24 equipment?

137

1        A.    No, at that point, no, I guess not.

2        Q.    Did you call -- for example, did you call

3    Jerry Johnson and say "Look, I'll go ahead and

4    purchase the machines to be used down at Exel

5    Bobbins"?

6        A.    Wasn't I --

7        Q.    "I," meaning Exel Plastics.

8        A.    But wasn't I Exel Bobbins?  What's the

9    difference?  I mean --

10        Q.    All I'm doing is trying to find out if you

11    did that.

12        A.    If I made a specific phone call to that

13    effect, to that question, no, I did not.

14        Q.    Okay.  Did you consider that, taking that

15    form of an action to attempt to purchase a press

16    that Exel Bobbins claims it needed to operate

17    business?

18        A.    I already did that.

19              We already did that with the 385, and

20    there was the problem.  There was no problem until

21    that came up.  Everything was fine in my eyes, you

22    know, as far as my understanding.

23        Q.    We've agreed that the 385, for -- was not

24    paid for in a timely manner.

138

1          I guess it was the thrre-eighty-- yeah, it

2    was definitely the 385 that we were discussing.

3          Q.    Was this call made at a time when JSW PMI

4    had withdrawn its 1.5 million dollar line of

5    credit?

6          A.    No.

7          Q.    So was it before or after?

8          A.    Before.

9          Q.    Okay.  Now at some point in time you

10   became aware that JSW PMI withdrew its 1.5 million

11   dollar line of credit, correct?

12         A.    Yes.

13         Q.    All right.  Now at the time that JSW PMI

14   withdrew its 1.5 million dollar line of credit, did

15   you contact JSW PMI to attempt to purchase a

16   machine through Exel Plastics?

17         A.    No.

18         Q.    Did you consider it at that time?

19         A.    No.

20         Q.    Okay.  Now you mentioned that you became

21   aware that JSW PMI withdrew the 1.5 million dollar

22   line of credit, and that other manufacturers were

23   contacted, correct?

24         A.    Yes.

                                                  141

1    Q.   Did you personally contact any of the

2  manufacturers, or was that handled through Steve

3  Becker?

4    A.   I, personally, contacted a representative

5  of a manufacturer.

6    Q.   Who?

7    A.   I don't recall his name.  Battenfeld was

8  the company.

9    Q.   Okay.

10   A.   Steve talked with a lot of people.

11   Q.   Did you talk with Cincinnati Millitron --

12   A.   Yes.

13   Q.   -- to try to secure a press?

14   A.   Yes, I believe I did talk with someone

15  there.

16        I regularly talk with these people.  They

17  stop in in the office and call me regularly.

18   Q.   Now when you discussed with the potential

19  machine manufacturers the purchase of machines,

20  what did you say to them with regard to the

21  machines that were needed?

22   A.   What did I say to them?

23   Q.   Yeah.

24   A.   Asked them for a quote, I guess.

142

1      Q.    What else?

2      A.    I don't remember what else.

3            I mean, just --

4      Q.    What prevented you from going with another

5  machine manufacturer?

6      A.    The -- it just never came about that any

7  of them would supply machines, I guess.

8      Q.    So at this point you don't know why the

9  other machine manufacturers didn't supply Exel

10  Bobbins a machine, do you?

11     A.    No, I don't know why they didn't.

12     Q.    Well, wouldn't that be an important

13  question to -- to know?

14           Or is this something that Steve is just

15  handling?

16     A.    Well, we -- I mean, why, because we were a

17  start-up company.  There is the real answer, I

18  guess you could say.

19     Q.    All right.

20     A.    And we did not --

21     Q.    So you discussed the situation of Exel

22  Bobbins with Battenfeld and Cincinnati Millitron

23  and perhaps other machine manufacturers, and when

24  they learned that Exel Bobbins was a start-up

                                                    143

1    company, they said "We cannot finance a start-up

2    company"; is that correct?

3         A.    After some work with them, yes.

4         Q.    And why -- did they tell you why they

5    can't finance or provide financing for a start-up

6    company?

7         A.    No.

8         Q.    Well, you're in the custom molding

9    business, correct?

10        A.    Um-hum.

11        Q.    And that's a tough business, isn't it?

12              I mean, it's a business full of

13   competition?

14        A.    It wasn't tough.

15        Q.    Well, is it tough now?

16        A.    Tougher.

17        Q.    Okay.  Well, in your experience, have you

18   seen and observed any custom molders go out of

19   business?

20        A.    Yes.

21        Q.    Many, or one or two?

22        A.    Many.

23        Q.    Okay.  Now those custom molders that go

24   out of business, have you any opinion as to why

                                                      144

1    those custom molders go out of business?

2        A.    I mean, how can I make an opinion of

3    somebody else's company?

4        Q.    Well, you can -- you're in business in the

5    same field, you see competition.

6            When the custom molder folds up, do you

7    have an inquiry into some of the reasons why, you

8    know, it's a natural curiosity, why that business

9    went under?

10       A.    I guess if I was able to get inside their

11   building, see their facility, talk to their people,

12   but that's not how it works.

13       Q.    Okay.

14       A.    Just like I wouldn't allow them in my

15   building.

16       Q.    All right.  You're aware that several

17   custom molders have gone under, or are no longer in

18   business, correct?

19       A.    Yes.

20       Q.    Because there's a certain amount of risk

21   in custom molding, correct?

22       A.    Could be, yeah.  There's risk in

23   everything.

24       Q.    All right.  Well, let's talk about the

                                                    145

1    risks in custom molding.

2         There's a risk that you could lose the

3    customers?

4         A.    Yes.

5         Q.    There's a risk that your equipment, for

6    whatever reason, can't do the -- can't meet the

7    molding requirements of the customer?

8         A.    I don't know about that.  Why can't your

9    equipment meet the requirement?

10        Q.    Well, if you don't have -- for example, if

11   you have equipment that is -- such as Steve Becker

12   has at Exel Bobbins in Brownsville, Texas that's a

13   385, a 310, and you have a spindle mold, you can't

14   -- the equipment down in Brownsville, Texas can't

15   mold the spindle mold, correct?

16        So you've got some limitations with regard

17   to the products that can be molded on your

18   equipment?

19        A.    Well, I think that's like you coming in

20   here without your file.  If you didn't have that,

21   you wouldn't know what questions to ask me.

22        And I wouldn't open a business without the

23   commitment of a molding machine company, which I

24   had done my due diligence in doing that.

146

1        Q.    That there's -- let me re-ask the

2    question.

3        A.    Well, yeah.

4        Q.    Do you agree that the risks of a start-up

5    business, in being successful, are greater than a

6    business that has operated for five or six years?

7        A.    Depends on who's the start-up person.

8        Q.    Okay.  So you don't have an opinion one

9    way or the other as to whether a start-up business

10   is more risky than a business that's been going for

11   five or six years; is that accurate?

12       A.    Well, in general, people believe there's

13   more of a risk in a start-up business, yes.

14       Q.    Okay.  Now why did -- do you have an

15   understanding why those people believe there's a

16   greater risk in a start-up business?

17       A.    No.

18       Q.    You don't have any understanding?

19       A.    Well, I mean, you know, there's a --

20   that's a -- that's kind of vague and -- I mean, I

21   can think of a start-up business with someone that

22   has a hundred million dollars in the bank versus

23   someone who doesn't.

24       Q.    Sure.

                                                    152

1          So there's a risk in terms of the amount

2     of money that a person has when they start a

3     corporation?

4          A.    Correct.

5          Q.    Okay.  So if a company is started and they

6     don't have any capital, they would -- that would be

7     a bigger risk than one that has, as you say, a

8     hundred million dollars in the bank, correct?

9          A.    You could say that.

10         Q.    All right.  So what do you do, as a custom

11    molder, to try to reduce that risk of being

12    under-capitalized?

13         A.    Get a machine company to back you.

14         Q.    Okay.  Now you talked with Battenfeld,

15    Cincinnati Millitron, and some other companies, and

16    none of those companies would back you?

17         A.    They came into my facility many a times,

18    and I told them I'm a JSW customer, loyal, true,

19    and I will stay that way.  I have no reason to be

20    able to tell them anything else.

21         And they didn't -- maybe they didn't like

22    that, I don't know, you know.  I told all of them

23    that.

24         Q.    But the door opened in May or June of

                                                      153

A.    Well, I guess it was Exel, and Exel

Bobbins, Exel Plastics and Bobbins.

It was a combination, because it was all

happening at the same time, so --

Q.    Okay.

A.    I mean, that's why I say it was -- it's

kind of hard to pinpoint that.

Q.    Well, can you tell me everything that was

said in this conversation with Jerry Johnson

regarding a guarantee?

A.    Well, this -- this is when I'm planning to

put together the facility in Texas, really, and it

had to do with the line of credit for Exel Bobbins,

really, 'cause I already had the one with Exel

Plastics.

So I said "Listen, I -- you know, it's a

start-up company.  I need -- you know, I'm going to

-- when it comes time to finance this, you are --

you're giving me this letter of credit for

financing, and also, that -- the assistance with

the complete financing with the banks, or anybody,

if need be, would you take position and make sure

that this gets done and financed through --"

whether it be a bank or someone they had or -- or

100

A.    I believe Steve may have.

Q.    And how many presses?

A.    I don't know.

Q.    Was it more than one?

A.    I'm sure it was.

Q.    Less than ten?

A.    At that time it could have been.  It could have been for --

Q.    Is there any projection currently as to the number of presses that Exel Bobbins requires?

A.    You'd have to ask Steve.

Q.    Now from June of 2001, do you know of any purchase order from Sunbeam-Oster that Sunbeam-Oster has issued to Exel Bobbins that Exel Bobbins has been unable to perform to?

A.    You'd have to ask Steve, too.

Q.    Do you --

A.    I don't know.

Q.    Okay.  Same question for Magnitech?

A.    No problem.

Q.    Universal Lighting?

A.    No problem.  There's no problem there.

Q.    Okay.  Has Schumacher Electric issued a purchase order to Exel Bobbins from -- at any time

161

Q.    Okay.  Now are you aware of any customer or potential customer who has issued a purchase order to Exel Bobbins for which Exel Bobbins said "we do not have the machine capacity or capability to meet your purchase order requirements"?

A.    I know we have told customers we were at capacity and would not be able to, so --

Q.    What customers have you told that you're at capacity?

A.    I did not.  Steve did.

Q.    Okay.

A.    So --

Q.    So let's start with you first.

A.    Okay.

Q.    To your personal knowledge --

A.    No.

Q.    -- you have never told any customers of Exel Bobbins that Exel Bobbins is at capacity?

A.    No, I haven't.

Q.    Okay.  Now has Steve told you he has told other customers, or told customers that Exel Bobbins is at capacity?

A.    Yes.

Q.    Okay.  When did he tell that to you?

163

A.    Well, it was quite a while ago, when we

the LGs, and Sunbeam gave us thirty-something

olds, and we were at capacity.  They were our main

concern at that point in time.

Q.    Okay.  Any other time, other than when the

International machines came in, did Steve tell

you that he has told customers that Exel Bobbins is

at capacity?

A.    I know he's told more than one customer

that we were at capacity.

Q.    Who were the other customers he's told you

he said "We're at capacity"?

A.    I believe it was Black & Decker.

Q.    What were the names -- the first one?

A.    Black & Decker, I think.

Q.    Did Black & Decker issue a purchase order?

A.    And I say I'm thinking that he told them

that.

Q.    Well, I don't want you to guess.

A.    Yeah, I'm --

Q.    I want you to --

A.    I believe it was Black & Decker.

      Symbol Technology.

Q.    To your knowledge, did Exel Bobbins

164

```
 1    BY MR. REGAN:

 2        Q.    Do you know how much Steve Becker invested

 3    into Exel Bobbins, how much money?

 4        A.    It's more of a -- it was -- not much

 5    money.  It was more a time thing.

 6        Q.    Do you have an estimate of how much money

 7    Steve Becker invested into Exel Bobbins?

 8        A.    Maybe seven to ten thousand dollars.

 9        Q.    Okay.  Do you have any documents, or a

10    ledger card that shows how much Steve Becker

11    invested into Exel Bobbins?

12        A.    I would think the accountant would have

13    that.

14        Q.    Do you?

15        A.    I don't, no.

16        Q.    Okay.  Now the seven to ten thousand

17    dollars, is that an estimate by you?

18        A.    Yes.

19        Q.    Okay.  Has Exel Bobbins sought financing

20    at any time in the past year?

21        A.    No, I believe we had just the deal of the

22    -- buying those LGs, and we kind of -- that was

23    pretty much it.  We didn't -- I don't think so.

24        Q.    Now are -- the LGs are -- machines are
```

166

```
 1              What was done that -- in your eyes that
 2    was wrong?
 3        A.    Maybe -- maybe I didn't word it right,
 4    it's not a matter of my eyes and wrong, it's just
 5    they say one thing and didn't do it, didn't follow
 6    through with what they said.
 7        Q.    When you say they didn't -- they said
 8    something and they didn't follow through, you're
 9    talking about the line of credit?
10        A.    Yes.
11        Q.    Let me have you look at what was marked as
12    Exhibit L to Steve Becker's deposition, and ask if
13    you recognize that document?
14        A.    Yes.
15        Q.    Is that the document that you believe that
16    a line of credit was extended?
17        A.    That, along with the conversations.
18        Q.    The conversations at the time that that
19    was discussed?
20        A.    Well, yeah.  We asked for this so that we
21    would have financing.
22        MR. REGAN:    Okay.  Now we're looking at a
23    letter dated February 29, 2000, addressed To Whom
24    This May Concern, by Jerry Johnson, Vice President
```

                                                    183

1    of JSW Plastics Machinery.

2          We'll identify this as Exhibit B to this

3    deposition.

4                (Whereupon, Annoreno Deposition

5                Exhibit B was marked for

6                identification.)

7    BY MR. REGAN:

8      Q.    Now did either you or Steve Becker request

9    this document?

10     A.    Did we request the document?

11     Q.    Yes.

12          Did you ask Jerry Johnson to write this

13    document?

14     A.    We asked for financing.

15     Q.    Okay.  I'm going to, if I may --

16     A.    And support.

17     Q.    -- if you could -- did you -- I'd just

18    like to have --

19     A.    I guess, yes.  I mean, I don't -- we asked

20    for help for support and finance.

21          I mean, when you say "this document," this

22    is what came of it.  This is what he gave us.

23     Q.    Okay.  Do you know who wrote this

24    document?

184

```
 1    BY MR. REGAN:

 2        Q.   Go ahead.

 3        A.   Well, that's -- I don't know how to answer

 4    it, to be honest.

 5        Q.   Then when -- you carefully read this

 6    letter when you received it?

 7        A.   I read it.

 8        Q.   Did you call Jerry Johnson and say "Look,

 9    you told me in the telephone conversation that you

10    were guaranteeing payment, but I don't see it in

11    the letter.  Would you put it in the letter"?

12             Did you do that?

13        A.   I had no reason to distrust that he

14    wouldn't live up to what he said.

15        Q.   But did you call Jerry Johnson and ask him

16    that?

17        A.   No, I don't think so.

18        Q.   Okay.  To your knowledge, was this letter

19    written specifically for the Sunbeam-Oster

20    business?

21        A.   Well, it says on this letter, for

22    Sunbeam-Oster future project.

23        Q.   Right.

24             But, I mean, to your knowledge, was it
```

190