```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   R Nieto                          United States District Court
CSO                :   W Canent                         Southern District of Texas
Law Clerk          :   R Bryd                                    FILED
Interpreter        :   not needed
Date               :   April 15, 2003 at 1:40 p.m.            MAY 12 2003

                                                           Michael N. Milby
CIVIL CASE NO. B-01-148 (636(a))                            Clerk of Court

Exel Bobbins and Plastic Components Inc.    *      John R Griffin
                                                   Viola Garza
vs                                          *

JSW Plastics Macinery Inc                   *      David Garza
                                                   James Regan (telephonically)
```

## M O T I O N   H E A R I N G
### CORRECTED MINUTES
### (May 12, 2003)

John R Griffin and Viola Garza present for the Plaintiffs;
David Garza present and James Regan, telephonically, for Defendant;

The Court states there are several motions pending before the Court;

Ms Garza addresses the Doc #36, Motion to Compel and provides background of the case to the Court;
Ms Garza argues the request for productions 4,5,6,21,,44 and D Garza responds; James Regan states objection to the Motion to Compel arguing the motion was filed 20 days after discovery cut off time;

The Court denies the Motion to Compel (doc#36);

Ms Garza proceeds to address request for production 8, which is denied by the Court;]
Request for Production #19 is granted by the Court but limited to December 99 thru March 2000;
Request for Production #27 is Granted by the Court and ordered the production of such document by May 9;
Request for Production #28 is denied by the Court as is Request for Production #40 and #39;

**The Court Grants Doc #41 (Motion for Leave of Court to file Amended Petition);**

David Garza addresses the pending Motion for Summary Judgment;
The Court states that all Motions for Summary Judgment are denied;

David Garza states they are set for mediation in this case for May 2, with Leo Salzman as mediator;

Court adjourned.