700.0078/1794

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | § § | |
| Plaintiff | § | |
| | i. | CIVIL ACTION NO. B-01-148 |
| VS. | § | JURY |
| | § | |
| JSW PLASTICS MACHINERY, INC. | § | |
| Defendants | § | |

---

### ORDER GRANTING PLAINTIFF'S MOTION

---

BE IT REMEMBERED, that on the __15th__ day of ____April____, 2003, Plaintiff

EXEL BOBBINS AND PLASTIC COMPONENTS's Motion for Leave to File Second Amended

Petition came before the Court, and after considering the Motion presented by Plaintiff's counsel,

the Court is of the opinion, as so finds, that the Plaintiff's Motion for Leave to File Second Amended

Petition should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion

for Leave to File Second Amended Petition should be, and the same is **GRANTED.**

Judge Presiding
Date of Order:   April 15, 2003

cc:                                   Nunc Pro Tunc Date:  May 12, 2003
John R. Griffith, **GRIFFITH, HILL & OCHOA, L.L.P.**, One Park Place, 100 Savannah, Suite 500, McAllen,
Texas 78503

David C. Garza **Garza & Garza, L.L.P.**, 680 E. St. Charles, Suite 300, Brownsville, TX 78522-2025

James J. Regan, **Regan & Braun Law Offices**, 2522 Artesia Blvd, Suite 200, Redondo, CA 90278