```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division
Courtroom Clerk    :   M Garcia
Court Reporter     :   Dora Canizales
CSO                :   Harolson
Law Clerk          :   R Bryd
Interpreter        :   not needed
Date               :   May 19, 2003 at 09:30 a.m.
```
United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-01-148 (636(a))**

| | | |
|---|---|---|
| **Exel Bobbins and Plastic Components Inc.** | * | John R Griffin |
| | | Viola Garza |
| vs | * | Moises Salas |
| | | |
| **JSW Plastics Macinery Inc** | * | David Garza |
| | | James Regan |

---

## B E N C H   T R I A L

John R Griffin and Viola Garza and Moises Salas present with the Plaintiffs;
David Garza and James Regan present with the Defendants;

The Court has before it a Plaintiff's Motion to Strike which was filed this morning;

John Griffin states a brief was received Saturday evening which was filed by defendants alleging compliance of reasonable assurance;
John Griffin argues his Emergency Motion For Continuance stating if this is the positions the defendants are taking the plaintiffs have briefings and more discovery which need to be done;
Counsel informs the Court that mediation was not successful;

David Garza responds;
Counsel states they are not opposed to a continuance;

The Court will continue this bench trial for September 9, 2003 at 9:00 a.m., with a Pretrial Conference for September 4, 2003 at 1:30 p.m.;

The Court GRANTS the Motion to Bifurcate Trial;

Court adjourned.