700.0078/1794

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EXCEL BOBBINS AND PLASTIC COMPONENTS, INC.<br>Plaintiff<br><br>VS.<br><br>JSW PLASTICS MACHINERY, INC.<br>Defendant | §<br>§<br>§<br>§  CIVIL ACTION NO. B-01-148<br>§  JURY<br>§<br>§<br>§ |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S BRIEF AND ALTERNATIVE EMERGENCY MOTION FOR CONTINUANCE

To the Honorable Judge of said Court, comes now EXEL and files this their Motion to Strike Defendant's Brief and Alternative Emergency Motion for Continuance, and in support thereof would respectfully show onto the Court the following:

### GENERAL BACKGROUND

1. This case is set for a bench trial on May 19, 2003.

2. This is the first Motion for Continuance filed by the Plaintiff.

3. This lawsuit was filed by the Plaintiff alleging causes of action for breach of contract and conversion.

4. On May 17, 2003 at approximately 7:30 p.m., Plaintiff received Defendant JSW Plastics Machinery, Inc. RE Plaintiff's Claims of Breach of Contract and Conversion. This brief is unsupported by the Defendants plead defenses. Within this brief, Defendant for the first time alleges that their breach was excused in conformity with sections 2.511, 2.703 and 2.609 of the Texas Business and Commerce Code. Although couched in the form of a brief, the Defendant is attempting to assert and have the Court consider new defenses, never before plead and/or alleged.



5. A Defendant may not argue, assert and or attempt to prove a defense which they have not properly plead. Federal Rule of Civil Procedure 12(b) Defendant has not previously plead the defense of excuse citing sections 2.511, 2.703 and 2.609 of the Texas Business and Commerce Code, and Defendant is beyond the deadline to amend their answer. Allowing the Defendant to argue and attempt to prove an unplead defense as an excuse for their breach, will unduly prejudice the Plaintiff in this case.

6. Plaintiff has not had sufficient advance notice of the new claimed defenses alleged by the Defendant in their "Trial Brief".

7. The Plaintiff respectfully request that this Court strike the Trial Brief of Defendant JSW Plastics Machinery, Inc., re: Plaintiff's Claims of Breach of Contract and Conversion.

8. In the Alternative, if the Court will not strike the Brief referenced in the above paragraph, the Plaintiff would ask the Honorable Judge for additional time to conduct discovery on the new defenses raised by the Defendant in their Trial Brief.

9. Plaintiff would respectfully request that this Court allow them an additional ninety (90) days to conduct written and oral discovery related to the new defenses, and further allow the Plaintiff additional time once the discovery is complete, to file a responsive brief to address the new defenses and issues raised by the Defendant less that 48 hours prior to trial.

10. The Plaintiff will suffer actual and substantial prejudice if it is not permitted to obtain the discovery needed to respond to the new defenses raised by the Defendant. This motion is not just for delay but so that justice may be done. Further, the Defendant will not suffer prejudice as a result of the continuance.

## PRAYER

Wherefore premises considered, the Plaintiff prays that The Court strike the Defendant's

Trial Brief or in the alternative, grant the Plaintiff's motion for continuance and for such other and further relief to which they may be entitled to at law or in equity.

                                      Respectfully submitted,

                                      **GRIFFITH, HILL & OCHOA, L.L.P.**
                                      One Park Place
                                      100 Savannah, Suite 500
                                      McAllen, Texas 78503
                                      (956) 971-9446
                                      (956) 971-9451 / facsimile

                                      By:_____
                                      John R. Griffith
                                      Federal I.D. No. 12186
                                      State Bar No. 08480750
                                      Viola G. Garza
                                      State Bar No. 00787518

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above and foregoing instrument was forwarded to all counsel of record, to wit:

David C. Garza
**Garza & Garza, L.L.P.**
680 E. St. Charles, Suite 300
Brownsville, TX 78522-2025
(956) 541-4914
(956) 542-7403 (fax)
*Attorney-in-charge for JSW Plastics Machinery, Inc.*

James J. Regan
Lorne Lilienthal
**Regan & Braun Law Offices**
2533 Artesia Blvd, Suite 200
Redondo, CA 90278
(310) 372-1988
(310) 318-5894 (fax)
*Attorneys for JSW Plastics Machinery, Inc.*

On this 19th day of May, 2003

_____
John R. Griffith