UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. B-01-148 |
| JSW PLASTICS MACHINERY, INC., Defendant. | § § § | |

## ORDER

Before the Court is "Plaintiff's Motion to Strike Defendant's Brief and Alternative Emergency Motion for Continuance." After due consideration, said motion is DENIED in part and GRANTED in part.

## BACKGROUND

The Plaintiff and Defendant executed various contracts in the years 2000 and 2001, which were pursuant to purchase orders regarding the sale of various plastic molding machines. Relations between the parties eventually broke down. Plaintiff has brought this breach of contract suit against Defendant. Defendant has brought certain UCC defenses in its trial brief, which were not specifically pled earlier, and has done so less than 48 hours prior to trial.

## RULING

This Court finds that Defendant's Texas Business and Commerce Code defenses are implied by their earlier, more general defenses. Therefore, as to Plaintiff's Motion to Strike, said portion of the motion is DENIED. However, this Court finds that Plaintiff should be entitled to fair notice on these claims, and should be given the opportunity to do further discovery solely on the new material. Defendant is hereby ORDERED to file an amended pleading, setting forth all

of its claims and or defenses on or before June 20, 2003. Trial will commence on September 9, 2003, at 9:00 a.m. Additionally, a final pre-trial hearing will be held on September 4, 2003, at 1:30 p.m.

DONE at Brownsville, Texas, this 20th day of May, 2003.

Felix Recio
United States Magistrate Judge
600 E. Harrison Street, Suite 203
Brownsville, Texas 78520
(956) 548-2701