UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-01-148 |
| JSW PLASTICS MACHINERY, INC., Defendant. | § § § | |

## ORDER

Before the Court is Defendant's Motion for Bifurcation (Doc. # 56). After due consideration, said motion is GRANTED. This Court finds there is a reasonable basis to bifurcate the issues of liability and damages at trial. Therefore, the Court grants the motion and orders that trial first be held solely on the issue of liability. In the event Defendant JSW Plastics Machinery, Inc. is found liable to the Plaintiff, trial will proceed immediately on the issue of damages.

DONE at Brownsville, Texas, this 20th day of May, 2003.

Felix Recio
United States Magistrate Judge
600 E. Harrison Street, Suite 203
Brownsville, Texas 78520
(956) 548-2701