*70*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
# ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Souther: District of Texas
**FILED**

JUN 0 6 2003

Michael N. Milby
Clerk of Court

EXCEL BOBBINS, ET AL.
                    **Plaintiff(s)**
v.

JSW PLASTICS MACHINERY, INC.
                    **Defendant(s)**

Division McALLEN
Civil Action No. B-01-148

**ADR METHOD:**   Mediation   __X__     Arbitration   _____
                  Mini – trail _____    Summary Jury Trial _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled _____   or did not settle __X__.

2. My total fee and expenses were: $ 900.00 PER PARTY (FULL DAY).
   **(if you had no fee and expenses, please indicate if the case settled before
   ADR, OR if the ADR processing was conducted on a no-fee basis pursuant
   to order of the court or agreement of the parties.)**

   _____

   _____

3. Please list names, address and telephone numbers of all parties and all counsel
   of record:

Mr. John R. Griffith/Viola G. Garza
GRIFFITH HILL & OCHOA
One Park Place
100 Savannah, Ste. 500
McAllen, TX 78503
FACSIMILE: 956/971-9451
PHONE: 956/971-9446

Mr. Moises M. Salas, Jr.
LAW OFFICE OF MOISES M. SALAS, JR.
847 E. Harrison
Brownsville, TX 78520
FACSIMILE: 956/982-0601
PHONE: 956/982-0600

Mr. David C. Garza
GARZA & GARZA, L.L.P.
680 E. St. Charles, Ste. 300
Brownsville, TX 78522-2025
FACSIMILE: 956/542-7403
PHONE: 956/541-4914

Mr. James J. Regan
REGAN & BRAUN LAW OFFICES
2533 Artesia Blvd., Ste. 200
Redondo, CA 90278
FACSIMILE: 310/318-5894
PHONE: 310/372-1988

**Date: June 3, 2003**

**ADR PROVIDER**
**Name: Leo C. Salzman**

Signature