700.0078/1794

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXCEL BOBBINS AND PLASTIC COMPONENTS, INC.<br>Plaintiff | §<br>§<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION NO. B-01-148<br>JURY |
| JSW PLASTICS MACHINERY, INC.<br>Defendant | §<br>§ | |

## PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF TRIAL WITNESSES

To:   JSW Plastics Machinery, Inc., by and through its attorneys of record:

David C. Garza
**Garza & Garza, L.L.P.**
680 E. St. Charles, Suite 300
Brownsville, TX 78522-2025

James J. Regan
**Regan & Braun Law Offices**
2522 Artesia Blvd, Suite 200
Redondo, CA 90278

COMES NOW, Plaintiff, EXEL BOBBINS AND PLASTIC COMPONENTS, INC., in the above-styled and numbered cause, and files this its First Supplemental Responses pursuant to Rule 26 (a)(1)-(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**GRIFFITH, SULLIVAN,
OCHOA & GARZA, L.L.P.**
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503
(956) 971-9446
(956) 971-9451 facsimile

By: _____ /for/
John R. Griffith
Federal I.D. No. 12186
State Bar No. 08480750
Viola G. Garza
State Bar No. 00787518

Moises M. Salas, Jr.
**Law Office of Moises M. Salas, Jr.**
847 E. Harrison
Brownsville, TX 78520
State Bar No. 00786217
Federal I.D. No. 17506

**ATTORNEYS FOR PLAINTIFF
EXEL BOBBINS AND PLASTIC
COMPONENTS, INC.**

## CERTIFICATE OF SERVICE

      I do hereby certify that a true copy of the above and foregoing instrument was forwarded to all counsel of record, to wit:

David C. Garza
**Garza & Garza, L.L.P.**
680 E. St. Charles, Suite 300
Brownsville, TX 78522-2025
(956) 541-4914
(956) 542-7403 (fax)
*Attorney-in-charge for JSW Plastics Machinery, Inc.*

James J. Regan
**Regan & Braun Law Offices**
2522 Artesia Blvd, Suite 200
Redondo, CA 90278
(310) 372-1988
(310) 318-5894 (fax)
*Attorneys for JSW Plastics Machinery, Inc.*

via FACSIMILE and First Class Mail on this ___ day of August, 2003.

By: _____
      Viola G. Garza

## PLAINTIFF'S SUPPLEMENT TO TRIAL WITNESS LIST

**Robert Fahrenbach**
JSW-PMI Technical Center
1300 Landmeier Road
Elk Grove Village, IL 60007

**Arnie Arnez**
Sunbeam-Oster
549 South Vermillion
Brownsville, Texas 78521

**John R. Griffith**
Griffith, Sullivan, Ochoa & Garza, L.L.P,.
100 Savannah, Suite 500
McAllen, Texas 78503
(956) 971-9446

**Dennis Pochatek**
22500 Lake road, Suite 103
Rocky River, Ohio 44116