700.0078/1794

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. Plaintiff | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-148 JURY |
| JSW PLASTICS MACHINERY, INC. and JAPAN STEEL WORKS AMERICA, INC. Defendants | § § § § | |

---

### PLAINTIFF'S FIRST SUPPLEMENTAL DISCOVERY RESPONSES
### PURSUANT TO RULE 26(a)(1)-(2)

---

TO:  JSW PLASTICS MACHINERY, INC., by and through their attorneys of recrod:

David C. Garza
**Garza & Garza, L.L.P.**
680 E. St. Charles, Suite 300
Brownsville, TX 78522-2025
(956) 541-4914
(956) 542-7403 (fax)
*Attorney-in-charge for JSW Plastics Machinery, Inc.*

James J. Regan
**Regan & Braun Law Offices**
2522 Artesia Blvd, Suite 200
Redondo, CA 90278
(310) 372-1988
(310) 318-5894 (fax)
*Attorneys for JSW Plastics Machinery, Inc.*

COMES NOW, Plaintiff, EXEL BOBBINS AND PLASTIC COMPONENTS, INC., in the above styled and numbered causes, and file this their First Supplemental Discovery Responses pursuant to Rule 26 (a)(1)-(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**GRIFFITH, SULLIVAN,
OCHOA & GARZA, L.L.P.**
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503
(956) 971-9446
(956) 971-9461 – Facsimile

By: _____
John R. Griffith
Federal I.D. No. 12186
State Bar No. 08480750
Viola G. Garza
State Bar No. 00787518

Moises M. Salas, Jr.
**Law Office of Moises M. Salas, Jr.**
847 E. Harrison
Brownsville, TX 78520
State Bar No. 00786217
Federal I.D. No. 17506

**ATTORNEYS FOR PLAINTIFF
EXEL BOBBINS AND PLASTIC
COMPONENTS, INC.**

## CERTIFICATE OF SERVICE

      I do hereby certify that a true copy of the above and foregoing instrument is being forwarded to all counsel of record to wit:

David C. Garza
**Garza & Garza, L.L.P.**
680 E. St. Charles, Suite 300
Brownsville, TX 78522-2025
(956) 541-4914
(956) 542-7403 (fax)
*Attorney-in-charge for JSW Plastics Machinery, Inc.*

James J. Regan
**Regan & Braun Law Offices**
2522 Artesia Blvd, Suite 200
Redondo, CA 90278
(310) 372-1988
(310) 318-5894 (fax)
*Attorneys for JSW Plastics Machinery, Inc.*

via certified mail, return receipt requested, on this the \_\_\_17\_\_\_ day of August, 2003.

By:_____
           Viola G. Garza

*Plf's. 1st Supplemental Disclosures*
*Pursuant to Rule 26 (a)(1)-(2) --p. 3*

## PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSES
## PURSUANT TO RULE 26 (a)(1)-(2)

**(2) Disclosure of Expert Testimony**

A) In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Civil Evidence.

B) Except as otherwise stipulated or direct by the court, this disclosure shall, with respect to a witness who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**RESPONSE:**

**Wayne E. Wells, Ph.D.**
63 Avenida Pizarro
Rancho Viejo, Texas 78575
(956) 574-6664

Dr. Wayne E. Wells is a Professor at the University of Texas Brownsville/Texas Southmost College. Dr. Wells' will be testifying on matters related to the field of injection molding and the economics associated with the same. Further, Dr. Wells will provide testimony on the manufacturing of plastic components, including, but not limited to, the business, marketing and technology planning, product development, competitive analysis and economic modeling.

Dr. Wells' curriculum vitae is enclosed with this designation.

**William Abington, CPA**
PricewaterhouseCoopers L.L.P,.
1201 Louisiana, Suite 2900
Houston, Texas 77002-5678
(713) 356-4000

Mr. Abington is a CPA with the firm of PricewaterhouseCoopers. He is an expert in accounting, finance and valuation. He will be providing expert testimony regarding the Plaintiff's damages and to rebut any damages expert which the defendants might designate.

Mr. Abington's curriculum vitae is enclosed with this designation.

**Arnie Arnez**
Sunbeam-Oster
549 South Vermillion
Brownsville, Texas 78521

Mr. Arnez is the General Manager of Sunbeam-Oster in Matamoros, Mexico, and will testify about factual issues in this case and provide additional support for the Plaintiff's damages model.

**John R. Griffith**
Griffith, Sullivan, Ochoa & Garza, L.L.P,.
100 Savannah, Suite 500
McAllen, Texas 78503
(956) 971-9446

Mr. Griffith is a licensed attorney and partner with the law firm of Griffith, Sullivan, Ochoa & Garza, L.L.P. Mr. Griffith will be testifying as to attorney's fees in this case.

Plaintiff reserves the right to call and rely upon any expert designated by any other party to this suit.