75

IN THE UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

AUG 2 6 2003

Michael N. Milby
Clerk of Court

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

EXEL BOBBINS AND PLASTIC
COMPONENTS, INC.,

Plaintiff,

vs.

JSW PLASTICS MACHINERY, INC.,

Defendant.

§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. B-01-148

[Assigned to the Hon. Hilda G. Tagle
Stipulated to Magistrate Felix Recio]

Trial Date: September 9, 2003

## DEFENDANT'S NOTICE OF INTENTION TO USE DEPOSITION OF JOHN ANNORENO AT TRIAL

### TO PLAINTIFF AND TO ITS ATTORNEYS-OF-RECORD:

Pursuant to the provisions of FRCP 32(a)(3), Defendant JSW Plastics Machinery, Inc.

("Defendant") hereby give notice that it intends at the time of trial of this action to introduce into

evidence as part of its case-in-chief the below-listed excerpts from the deposition of John Annoreno

duly taken in this action on January 9, 2003 ("Annoreno Deposition"). The designated pages of the

Annoreno Deposition are attached hereto as Exhibit "A".

Defendant reserves the right to use any portions of the Annoreno Deposition for purposes of

impeachment or any other purpose consistent with the Federal Rules of Civil Procedure and Federal

Rules of Evidence.

Said deposition is admissible pursuant to Rule 32 in that Mr. Annoreno resides in Illinois and

trial of this action will take place in Brownsville, Texas and therefore the witness resides more than

100 miles from the place of trial. FRCP 32(a)(3)(B), *Starr v. J. Hacker Co.* (8th Cir. 1982) 688 F.2d

78, 81.

1

DEPOSITION OF JOHN ANNORENO TAKEN JANUARY 9, 2003 (by page/line):

4/1-5/9; 6/3-4; 9/14-12/3; 16/12-21/10; 20/12-21/10; 22/14-23/21; 25/20-28/5;31/21-23; 32/8-22;

36/1-12; 37/23-38/21; 40/23-41/3; 42/4 to 44/4; 48/2-18; 49/23-50/22; 51/1-52/4; 56/13-57/13; 60/1-

62/13; 71/22-72/24; 75/24-78/1; 78/10-17; 81/14-17; 83/9-85/5; 86/17-21; 87/2-7; 91/12-23; 92/3-5;

93/18-99/6; 100/8-103/17; 104/6-105/9; 105/13-106/1; 109/17-113/6; 114/2-116/15; 117/3-118/7;

130/11-138/1; 141/13-19; 142/18-144/3; 145/16-146/4; 152/8-153/9; 161/12-18; 163/20-165/15;

166/2-23; 171/12-17; 172/2-22; 173/20-174/19; 178/14-179/17; 183/22-184/6; 186/8-191/16.

Dated: August 25, 2003                                    Respectfully submitted,


By:     *David C Garza by James J. Regan (with permission)*
         DAVID C. GARZA
         SBN 07731400
         GARZA & GARZA, L.L.P.
         680 East St. Charles, Suite 300
         P.O. Box 2025
         Brownsville, Texas 78522-2025
         Tel: (956) 541-4914
         Fax: (956) 542-7403
         Attorney-in-Charge for JSW Plastics
         Machinery, Inc.

         JAMES J. REGAN
         CAL. SBN 80576
         REGAN ◆ BRAUN LAW OFFICES
         2522 Artesia Boulevard, Suite 200
         Redondo Beach, California 90278
         Tel: (310) 372-1988
         Fax: (310) 318-5894

**Page 1**

[1]      IN THE UNITED STATES DISTRICT COURT

[2]      SOUTHERN DISTRICT OF TEXAS

[3]      BROWNSVILLE DIVISION

[4]  EXEL BOBBINS and PLASTIC      )

[5]  COMPONENTS, INC.,      )

[6]      Plaintiffs,      ) Civil Action

[7]      -vs-      ) No. B-01-148

[8]  JSW PLASTICS MACHINERY, INC.,      )

[9]  et al.,      )

[10]      Defendants.      )

[11]      The deposition of JOHN ROBERT ANNORENO,

[12] called for examination pursuant to Notice and the

[13] Rules of Civil Procedure for the United States

[14] District Courts pertaining to the taking of

[15] depositions, taken before Janet M. Stanton, a

[16] notary public within and for the County of DuPage

[17] and State of Illinois, at Doubletree Club, 920 East

[18] Northwest Highway, Palatine, Illinois, on the 9th

[19] day of January, 2003, at the hour of 9:09 o'clock

[20] a.m.

[21]

[22] Reported by: Janet M. Stanton, CSR

[23] License No.: 084-001905

[24]

**Page 2**

[1] APPEARANCES:

[2]      GRIFFITH, HILL & OCHOA, L.L.P.

[3]      BY: MR. JOHN GRIFFITH

[4]      One Park Place

[5]      100 South Savannah, Suite 500

[6]      McAllen, TX 78503

[7]      (956) 971-9446

[8]      MR. MOISES M. SALAS, JR.

[9]      847 East Harrison

[10]      Brownsville, TX 78520

[11]      (956) 982-0600

[12]      Representing the Plaintiffs;

[13]      REGAN, BRAUN LAW OFFICES

[14]      BY: MR. JAMES J. REGAN

[15]      2522 Artesia Boulevard

[16]      Redondo Beach, CA 90278

[17]      (310) 372-1988

[18]      Representing the Defendants.

[19] ALSO PRESENT:

[20]      MR. DAVID M. FRANKLIN

[21]      Legal Video Specialist

[22]      McCorkle Court Reporters

[23]

[24]

**Page 3**

[1]      INDEX

[2] WITNESS      EXAMINATION

[3] JOHN ROBERT ANNORENO

[4]   By Mr. Regan      5

[5]

[6]

[7]

[8]

[9]

[10]      EXHIBITS

[11] NUMBER      MARKED FOR ID

[12] Annoreno Deposition Exhibit

[13] A.................................. 5

[14] B.................................. 184

[15] C.................................. 191

[16] D.................................. 194

[17] E.................................. 195

[18]

[19]

[20]

[21]

[22]

[23]

[24]

**Page 4**

[1]      THE VIDEO TECHNICIAN: My name is David

[2] Franklin, Certified Legal Video Specialist with

[3] McCorkle Court Reporters, Incorporated, located at

[4] 200 North LaSalle Street, Suite 300, Chicago,

[5] Illinois, 60601.

[6]      I'm the camera operator on January 9th,

[7] 2003 for the videotaping of the deposition of John

[8] Annoreno, being taken at 920 East Northwest

[9] Highway, Palatine, Illinois, at the time of 9:09 in

[10] the matter of Exel Bobbins and Plastic Components,

[11] Inc., Plaintiff, versus JSW Plastics Machinery,

[12] Inc., Defendant, filed in the United States

[13] District Court, Southern District of Texas,

[14] Brownsville Division, Case Number B-01-148.

[15]      This deposition is being taken on behalf

[16] of the defendant.

[17]      Will counsel please identify themselves

[18] for the record?

[19]      MR. GRIFFITH: John Griffith and Moises Salas

[20] for Plaintiff, Exel Bobbins.

[21]      MR. REGAN: James Regan for Defendant, JSW

[22] Plastics Machinery, Inc., and JSW American.

[23]

[24]

Case 1:01-cv-00148  Document 75  Filed in TXSD on 08/26/2003  Page 4 of 48

JOHN ROBERT ANNORENO  
January 9, 2003

Excel Boddie ... in Plastic Components, Inc. v.  
JSW Plastics Machinery, Inc.

---

**Page 5**

[1]    (Witness duly sworn.)

[2]    JOHN ROBERT ANNORENO,

[3] called as a witness herein, having been first duly

[4] sworn, was examined and testified as follows:

[5]                  **EXAMINATION**

[6]                  **BY MR. REGAN:**

[7]    Q: Please state your full name for the

[8] record.

[9]    A: John Robert Annoreno.

[10]    Q: Mr. Annoreno, you've had an opportunity to

[11] read the deposition instructions?

[12]    A: Yeah, briefly, yes.

[13]    Q: And is this signature yours on page 2?

[14]    A: Yes, it is.

[15]    MR. REGAN: We'll mark this as Exhibit A to the

[16] deposition transcript.

[17]    (Whereupon, Annoreno Deposition

[18] Exhibit A was marked for

[19] identification.)

[20]                  **BY MR. REGAN:**

[21]    Q: Have you ever had your deposition taken

[22] before?

[23]    A: No, I haven't.

[24]    Q: You understand that this — that you're to

---

**Page 6**

[1] tell the truth in this deposition?

[2]    A: Absolutely.

[3]    Q: Okay. What is your date of birth?

[4]    A: 2/5/62.

[5]    Q: Your highest level of education?

[6]    A: High school.

[7]    Q: Where?

[8]    A: Medina, Lake Park High School. Roselle,

[9] it might be. Medina, Roselle, I'm not really

[10] sure.

[11]    Q: Is that in the Chicago — greater Chicago

[12] area?

[13]    A: Yeah, suburbs.

[14]    Q: Okay. What year did you graduate?

[15]    A: I did not graduate.

[16]    Q: From high school?

[17]    A: Right.

[18]    Q: How far did you get in high school?

[19]    A: Third year.

[20]    Q: So you got to be a junior?

[21]    A: Um-hum.

[22]    Q: If you could answer audibly, "yes" —

[23]    A: Yes. Right.

[24]    Q: — or "no," without a shake of the head or

---

**Page 7**

[1] a nod, because the court reporter can't take down

[2] those.

[3]    A: Yes.

[4]    Q: Do you understand that?

[5]    A: Um-hum.

[6]    Q: Okay. Following high school, did you

[7] work?

[8]    A: Yes.

[9]    Q: And where did you work?

[10]    A: I worked for — as an employee for a Chevy

[11] dealer for about a year-and-a-half.

[12]    Q: Okay. And after that?

[13]    A: At that time I was also working for my

[14] father as carpenter.

[15]    Q: What year was that, or years were those?

[16]    A: '78, '79.

[17]    Q: Following those jobs, what did you

[18] do, workwise?

[19]    A: Well, I worked as a carpenter for my

[20] father, for my family. Then I moved to Florida in,

[21] probably, 1983.

[22]    Q: Okay.

[23]    A: Then I started my own business.

[24]    Q: What business did you start in Florida?

---

**Page 8**

[1]    A: I was a maintenance and repairs to homes.

[2]    Q: What was the name of your business?

[3]    A: Mr. A's Professional Home Care.

[4] And it was not a corporation at the time.

[5]    Q: What city in Florida were you operating

[6] in?

[7]    A: It was Delray Beach, Florida.

[8]    Q: How long did you operate Mr. A's business

[9] in Delray Beach, Florida?

[10]    A: About a year-and-a-half.

[11]    Q: And what did you do after that?

[12]    A: I was a builder.

[13]    Q: And when you say "a builder," were you

[14] working for yourself?

[15]    A: Yes.

[16]    Q: And what area were you working in?

[17]    A: In area, meaning area of Florida?

[18]    Q: Yes.

[19]    A: Okay. Delray, Boca Raton.

[20]    Q: Okay. And what did you build?

[21]    A: Single-family residence.

[22]    Q: How long did you work as a builder in

[23] Florida?

[24]    A: Oh, twelve years.

---

**Page 9**

[1] Q: Okay. Could you tell us from when to when
[2] you worked as a builder in Florida?
[3] A: Nineteen— well, 1983-ish to '94, so —
[4] but I was also working during that time that I was
[5] obtaining my builder's license, you know, as — as
[6] — too, 'cause you have to have a license. You
[7] have to be certified, Department of Professional
[8] Regulations.
[9] Q: You have to have a contractor's license?
[10] A: Yes.
[11] Q: And did you obtain a contractor's license
[12] in the State of Florida?
[13] A: Yes, I did.
[14] Q: In 1994, did you go to work for someone
[15] else?
[16] A: No, I moved from Florida to Illinois.
[17] Q: And why did you move from Florida to
[18] Illinois?
[19] A: Family, mainly, and opportunity in
[20] business.
[21] Q: Okay. What business opportunity?
[22] A: Exel Plastics.
[23] Q: Did you start Exel Plastics?
[24] A: I did not start Exel Plastic right from

**Page 10**

[1] the beginning, two months. It was already started
[2] before I moved here.
[3] Q: Who started it?
[4] A: John Hingyi and Tom Hingyi.
[5] Q: Are John and Tom Hingyi related to you?
[6] A: No.
[7] Q: Are they friends?
[8] A: Yes.
[9] Q: Okay. So they started the business
[10] sometime in 1994?
[11] A: May, I believe it was, or I — the date of
[12] incorporation, I believe.
[13] Q: When they started the business, what was
[14] the purpose of the business?
[15] A: For injection molding.
[16] Q: So sometime in 1994 did you go to work for
[17] Exel Plastics?
[18] A: Well, I became partner of Exel Plastics.
[19] Q: And that would be partners with John and
[20] Tom Hingyi?
[21] A: Yes, Hingyi.
[22] Q: Hingyi.
[23] How do you spell Hingyi?
[24] A: H-i-n-g-y-i.

**Page 11**

[1] Q: Okay. Prior to joining Exel Plastics, had
[2] you worked in the injection molding plastics
[3] business?
[4] A: No.
[5] Q: So this was your first experience that
[6] you'd ever had in 1994; is that correct?
[7] A: Yes.
[8] Q: When did you start working with Exel
[9] Plastics, the month or — and if you can remember
[10] the date, that would be helpful?
[11] A: October.
[12] Q: So in October of 1994 you started working
[13] with Exel Plastics as a partner?
[14] A: Yes.
[15] Q: What were your duties at that time?
[16] A: Basically, started off, since I was new to
[17] the business, besides doing paperwork, learning the
[18] machines, mold setups, operations on a daily basis,
[19] checking of parts.
[20] Of course, you know, new to the business,
[21] I had to learn all aspects of it.
[22] Q: Okay. How many machines did Exel Plastics
[23] have at that time?
[24] A: Two.

**Page 12**

[1] Q: And when you came in as a partner, was
[2] that a one-third partnership interest, or what —
[3] A: Yes, it was.
[4] Q: Okay. Was John and Tom Hingyi active in
[5] the business?
[6] A: Well, yes, they were active. As in
[7] workingwise?
[8] Q: Yes.
[9] Did they work daily in the business?
[10] A: Yes. We all did.
[11] Q: Okay. At some point have you — strike
[12] that.
[13] At some point have John and Tom Hingyi —
[14] are they not active in the business?
[15] A: No, they're not.
[16] Q: Okay. When did they not become active in
[17] the business?
[18] A: John Hingyi — and when you say "not
[19] active," can you, you know —
[20] A: Sure.
[21] A: — give me a little more of what you're
[22] looking for?
[23] Q: When did John Hingyi stop working full
[24] time in the business?

Page 13

[1] A: Probably late '95, early '96.

[2] Q: When John Hingyi stopped working actively

[3] in the business, did he retain his partnership

[4] interest?

[5] A: No.

[6] Q: So did you purchase it?

[7] A: Yes, me and Tom did.

[8] Q: Now at some point did Tom Hingyi stop

[9] working actively in the business?

[10] A: Yes.

[11] Q: And when did that occur?

[12] A: '98, '99. Don't know the exact dates.

[13] Q: All right. Approximate.

[14] A: I think it was towards the end of '98 and

[15] the beginning of '99. I think I bought him out at

[16] that time.

[17] Q: All right.

[18] A: Purchased his shares.

[19] Q: All right. So are you the sole owner of

[20] Exel Plastics?

[21] A: Yes.

[22] Q: And have you been the sole owner of Exel

[23] Plastics since late 1998 or early 1999 when you

[24] purchased Tom Hingyi's share?

Page 14

[1] A: Yes.

[2] Q: What is your title with Exel Plastics?

[3] A: President, vice president, secretary,

[4] treasurer. All the above. As being the only

[5] shareholder, you know.

[6] Q: All right. So you're each of the officers

[7] as well?

[8] A: Correct.

[9] Q: And you're the sole member of the Board of

[10] Directors?

[11] A: Correct.

[12] Q: Okay. What does Exel Plastics do?

[13] A: Injection molding.

[14] Q: And what products do they injection mold?

[15] A: Various different things.

[16] Specifically, I mean, parts for hour

[17] meters, telephone, part for telephone entanglers,

[18] magic tricks, just — just — it's a custom

[19] injection molding facility, so we do different

[20] things.

[21] Q: When you say you're a custom injection

[22] molding facility, what do you mean by that?

[23] A: Well, it means that we don't have our own

[24] product line.

Page 15

[1] Q: Okay. So you don't have your own — a

[2] proprietary product line?

[3] A: Right.

[4] Q: So you have to depend on other

[5] manufacturers' overflow in the injection molding

[6] business to satisfy, or to produce product for?

[7] A: Overflow would mean that they were — they

[8] molded theirself, I guess you would say.

[9] Q: Yes.

[10] A: No, my — most of my customers don't mold

[11] theirself.

[12] Q: Okay. What percentage of your customers

[13] mold their — don't have molding facilities and use

[14] your facility, versus the molders who have their

[15] own facilities but use you as an overflow?

[16] A: I don't have any customers that — at Exel

[17] Plastics that does their own molding.

[18] Q: Okay. What size machines do you have at

[19] Exel Plastics?

[20] A: Forty, 40-tons, two 310-tons, up to.

[21] Q: So your range is from 40 tons to 310 tons?

[22] A: Yes.

[23] Q: And how many machines?

[24] A: Nine.

Page 16

[1] Q: In 2000, January of 2000, how many

[2] machines did you have, if you can recall?

[3] A: Nine, I think it was.

[4] Q: Have you added any machines in the last

[5] three years?

[6] A: Yes.

[7] Q: Just upgraded machines and replaced old

[8] machines?

[9] A: No, new machines.

[10] Q: Okay.

[11] A: Added.

[12] Q: What new machines have you added?

[13] A: In the past three years?

[14] Q: Yes.

[15] A: All GSWs.

[16] Q: Can you tell me what size?

[17] A: Well, for the past three years, 245 and

[18] 310s.

[19] Q: Two 45-ton presses?

[20] A: Yeah.

[21] Q: And one 310 or —

[22] A: Two 310s, and there was, of course, the

[23] purchase of a 385.

[24] Q: Okay. Now can you tell me when you

**JSW Plastics Machinery, Inc.**

---

Page 17

[1] purchased the 45-ton press, those two from JSW?

[2]   A: The 245?

[3]   Q: I'm sorry, maybe I'm misstating.

[4] Did you buy two 45-ton presses, or a

[5] 245-ton press?

[6]   A: 245-ton.

[7]   Q: I'm sorry.

[8]   A: That's okay.

[9]   Q: All right. When did you purchase the

[10] 245-ton press from JSW?

[11]   A: I believe it was '99.

[12]   Q: And when did you purchase the first of the

[13] two 310-ton press?

[14]   A: Same year.

[15]   Q: The second 310-ton press?

[16]   A: I think that was 2000 or — yeah, 2000.

[17]   Q: And the 385-ton press, when did you

[18] purchase that?

[19]   A: That would have been in 2000.

[20]   Q: Okay.

[21]   A: So the 310 may have been, like, right at

[22] the end of the year of '99, or the beginning, I

[23] don't remember if it was January or December,

[24] exactly, so it could have been 2000, '99 or 2000,

---

Page 18

[1] so either one. I can verify that, you know.

[2]   Q: Okay. Have you purchased any presses from

[3] anyone after the year 2000?

[4]   A: No.

[5]   Q: Okay. Now when you purchased the 245-ton

[6] press in 1999, do you recall what the terms were?

[7]   A: 5 percent down, 180 days net.

[8]   Q: And did you pay off that press in 180

[9] days?

[10]   A: I think not. It took — took a little

[11] longer than that.

[12]   Q: Can you give me your best estimate of how

[13] long it took?

[14]   A: Maybe it was an extra four to eight weeks.

[15]   Q: Okay.

[16]   A: Same with the 310 and the 245, they were

[17] purchased within a month or so of each other.

[18]   Q: All right. And so the terms were the same

[19] for both?

[20]   A: Yes.

[21]   Q: So is it accurate that you put 5 percent

[22] down on the purchase of these, the 245-ton presses

[23] and the 310-ton press?

[24]   A: Yes.

---

Page 19

[1]   Q: And that you were able to pay off those

[2] presses within four to eight weeks after the

[3] 180-day term?

[4]   A: I find — I was — yeah. Yes, I did.

[5]   Q: And how did you pay them off?

[6]   A: By obtaining a loan, lease.

[7]   Q: And when you say "by obtaining a lease,"

[8] what do you mean?

[9]   A: Making an application with a — for the

[10] lease. I mean, it was pretty straight-forward. I

[11] mean, it's a lease.

[12]   Q: Did you make an application to someone

[13] other than JSW PMI for a loan, and then you leased

[14] back the equipment from that company?

[15]   A: Yeah, one of them. The other one was kind

[16] of with JSW.

[17]   Q: Okay. Which one was with another company?

[18]   A: 245.

[19]   Q: And who was that with?

[20]   A: McAndrew Enterprise, I think it was, which

[21] was First National Bank of Blue Island.

[22]   Q: I'm sorry, First National Bank of?

[23]   A: Blue Island.

[24]   Q: Of Blue Island?

---

Page 20

[1]   A: Yeah.

[2]   Q: Where was that located?

[3]   A: I would suspect Blue Island.

[4]   Q: Is there a — such a place?

[5]   A: I guess, yeah.

[6]   Q: Okay. And how did you find out about this

[7] First National Bank of Blue Island as a potential

[8] lender-lease party?

[9]   A: From previous purchase of JSW machines,

[10] which you only asked for three years, but in 1996,

[11] I first purchased, JSW.

[12]   Q: Okay. Now the 310-ton press that you

[13] purchased in 1999, did you —what was the terms of

[14] that?

[15]   A: The terms were 5 percent down, 180 days

[16] net, and then I took some extra time to obtain the

[17] final payment, payout.

[18]   Q: How do you obtain the final payout?

[19]   A: JSW had worked together with a company

[20] called Heller Financial. They had a financing

[21] program they had put together.

[22]   Q: Do you know what, if any, is the

[23] relationship between JSW PMI and Heller Financial?

[24]   A: I don't know their exact relationship,

---

January 9, 2003                                                    JSW Plastics Machinery, Inc.

---

Page 21

[1] just that they gave me information that came from
[2] JSW saying that they had special deals and programs
[3] in which they would buy down the rate.
[4]     There was $150,000 with no financial
[5] checking of any sort, just fill out the
[6] application, no money down, get your — and they
[7] give you a loan, as long as you got three years in
[8] business there.
[9]     Q: Did Heller Financial give you a loan?
[10]    A: Um-hum, yes.
[11]    Q: Did they require you to provide a personal
[12] guarantee?
[13]    A: No.
[14]    Q: Okay. Now you purchased another 310-ton
[15] press from JSW PMI in the year 2000; is that
[16] correct?
[17]    A: Yes.
[18]    Q: And what were the terms?
[19]    A: The terms were different on that machine.
[20] They were 10 percent down, and — and I believe
[21] net 30.
[22]     It was a special, very special deal that
[23] they pushed off, tried to, you know, push off, I
[24] say, and make me a special deal.

Page 22

[1]    Q: Okay. When you say "push off," you mean
[2] promote?
[3]    A: Yeah.
[4]    Q: Okay.
[5]    MR. GRIFFITH: Counsel, can we go off the
[6] record for a moment?
[7]    MR. REGAN: Sure.
[8]    THE VIDEO TECHNICIAN: We are now going off the
[9] record. The time is 9:29.
[10]    (Discussion off the record.)
[11]    THE VIDEO TECHNICIAN: We are now back on the
[12] record. The time is 9:30.
[13]        BY MR. REGAN:
[14]    Q: Did you obtain financing for the 310 press
[15] purchased from JSW in or about 2000?
[16]    A: No.
[17]    Q: Does that —
[18]    A: No.
[19]    Q: Okay. Did you purchase a 385-ton press
[20] from JSW in 2000?
[21]    A: Yes.
[22]    Q: And what were the terms there?
[23]    A: 5 percent down, net 180.
[24]    Q: And did you get financing for this

Page 23

[1] machine?
[2]    A: Yes.
[3]    Q: And what was the — just describe how you
[4] got the financing?
[5]    A: I, actually, did not, myself, personally.
[6] It was through JSW.
[7]    Q: Okay.
[8]    A: Directly.
[9]    Q: When you say it was through JSW directly,
[10] would you tell us what happened?
[11]    A: Well, they allowed payments to be made to
[12] them and financed it internally, I guess you would
[13] say.
[14]    Q: And is that machine paid off?
[15]    A: Not to my knowledge. Not — I don't think
[16] so.
[17]    Q: Okay.
[18]    A: Not in full.
[19]    Q: So there is still — there's a remaining
[20] balance on the 385-ton press to your knowledge?
[21]    A: To — yeah, to my knowledge.
[22]    Q: What is your best estimate?
[23]    A: That I couldn't tell you.
[24]    Q: Okay. Let me go back to the 310 press for

Page 24

[1] a minute. That — the terms of that with JSW PMI
[2] was 10 percent down, net 30.
[3]     Did you attempt to obtain financing for
[4] this 310-ton press?
[5]    A: No.
[6]    Q: All right. Now since 2000, you have not
[7] purchased any additional presses; is that correct?
[8]    A: Correct.
[9]    Q: Is there a reason why you have not
[10] purchased any additional machines?
[11]    A: Yes.
[12]    Q: And why is that?
[13]    A: I'm at capacity.
[14]    Q: When you say you're at capacity, are you
[15] running five days a week?
[16]    A: It's not the running, it's the size of my
[17] facility.
[18]    Q: So how many square feet?
[19]    A: 7600, I think.
[20]    Q: Okay. So 7600 square feet?
[21]    A: Yes, or less. It may be 6900, 6890,
[22] somewhere around there.
[23]    Q: Okay. Do you, for the size of your
[24] machines, allow a certain amount of square feet?

Page 25

[1] A: Can you explain a little more?

[2] Q: Sure.

[3] For each press, do you allot a certain

[4] amount of square foot for the operation of that

[5] particular press?

[6] A: No, not particularly specified. I mean,

[7] you place the machines according to a position and

[8] allow enough space, I guess, if that's what you

[9] mean, you know, to work around it.

[10] Q: Well, how did you determine that with

[11] eight machines, you're at capacity at approximately

[12] 6900 square feet or 7600 square feet?

[13] A: By placing the machines in position,

[14] looking at the space you have left, knowing the

[15] footprint of the machine, and size.

[16] Q: Okay. Have you attempted to look at other

[17] facilities to move your — or relocate your

[18] machines, or to expand?

[19] A: Not at this time, no.

[20] Q: Has the injection molding market

[21] increased, remained the same, or decreased for your

[22] business for the last three years?

[23] A: Well, there has been a decrease.

[24] Q: And would you —

Page 26

[1] A: In existing customers, and there has been

[2] quote — a lot of quoting activity.

[3] Q: When you say there's a lot of quoting

[4] activity, that would indicate that there may be a

[5] lot of quotes, but not a lot of sales. Would that

[6] be accurate?

[7] A: You have to quote first to get the sales,

[8] so —

[9] Q: Okay. Has there been a market slowdown in

[10] the injection molding field since September 11 of

[11] 2001?

[12] A: Yes. It's a known in the business, in

[13] general.

[14] Q: Okay. And what, specifically, we all know

[15] what happened September 11th, 2001, but how did

[16] that affect the injection molding business?

[17] A: It affected high technology, fiberoptics

[18] mostly, the — that line.

[19] Didn't affect medical, didn't affect toys,

[20] didn't affect most of the things that — didn't

[21] affect small appliances, as blenders and coffee

[22] makers and stuff like that. It was more to the

[23] high-tech, at least the way I see it.

[24] Q: All right. Do you belong to SPI?

Page 27

[1] A: No.

[2] Q: Have you ever?

[3] A: No.

[4] Q: Has Exel Plastics ever belonged?

[5] A: No.

[6] Q: Have you ever belonged — you know when I

[7] refer to SPI, you know who I'm talking about?

[8] A: Society of Plastic Engineers or —

[9] Q: No, that's SPE.

[10] A: Oh, okay, SPE. SPI is — I don't know.

[11] Q: Society of Plastics Industries.

[12] A: Industries, yeah.

[13] No, I —

[14] Q: Okay. And you already understand SPE

[15] means Society of Plastics Engineers. Do you belong

[16] to that —

[17] A: No.

[18] Q: — organization?

[19] A: No.

[20] Q: Have you ever?

[21] A: No.

[22] Q: Have you ever attended any meetings for

[23] SPI or SPE?

[24] A: No.

Page 28

[1] Q: Is there a reason why you have not?

[2] A: Don't feel the need to.

[3] Q: Have you ever written or published any

[4] articles?

[5] A: No.

[6] Q: At Exel Plastics, do you have standard

[7] operating procedures?

[8] A: Yes.

[9] Q: And what sort of subjects do those cover?

[10] A: Mold setup, processing.

[11] Q: When you say "processing," you're talking

[12] about the mold in conjunction with the machine; is

[13] that correct?

[14] A: Yes.

[15] Q: Okay. What else?

[16] A: Quantity of parts in a box, where the

[17] label's placed on the box.

[18] Q: So those are packaging instructions?

[19] A: Packaging instructions.

[20] Quality control.

[21] Q: What else?

[22] A: There — there's forms that you pull out

[23] of a binder and it will explain each detail.

[24] Q: So you have a binder that explains the

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 10 of 48

John Robert Annoreno
January 9, 2003

Excel Bobbins    1 Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

Page 29

[1] standard operating practices at Exel Plastics to
[2] cover these various procedures; is that correct?
[3]    **A:** Yes.
[4]    **Q:** And how thick is that binder?
[5]    **A:** Just a standard three-ring binder.
[6]    **Q:** How many pages are in it?
[7]    **A:** I don't know.
[8]    **Q:** Do you know if you have ever given this
[9] binder to Steve Becker in Exel Bobbins?
[10]    **A:** Given this binder to him?
[11]    **Q:** Or given him a copy of the contents of
[12] this binder?
[13]    **A:** Well, no. Not that particular binder.
[14]    **Q:** What particular binder have you given him?
[15]    **A:** None. Just that — and I think he was a
[16] part of the making-up of these forms in the
[17] beginning.
[18]    **Q:** Do you know if these forms are in use at
[19] Exel Bobbins?
[20]    **A:** Well —
[21]    **Q:** If you know.
[22]    **A:** Yes and no.
[23] There may have been changes made to them.
[24] There are similar forms there also.

Page 30

[1]    **Q:** Okay. You've seen them?
[2]    **A:** Yes.
[3]    **Q:** And what forms have you seen at Exel
[4] Bobbins?
[5]    **A:** The same type of forms, processings, mold
[6] setup, QC, packaging.
[7]    **Q:** Now in your three-ring binder, and I
[8] apologize if I asked this, how many pages,
[9] approximately, or the thickness of the pages are
[10] there?
[11]    **A:** It's a standard three-ring binder, and you
[12] can take pages in and out of it.
[13]     So — and you can copy it from the
[14] computer and add what you need when you need it.
[15] It's on the computer. You can go into the
[16] computer, make the changes, if there are changes,
[17] or pull a particular one out, make your copy, and
[18] put it in the binder.
[19]    **Q:** Okay.
[20]    **A:** Things change.
[21]    **Q:** Well, are there about a hundred pages or
[22] fifty pages in this?
[23]    **A:** About a hundred pages.
[24]    **Q:** Do you have any procedures for purchase of

Page 31

[1] equipment?
[2]    **A:** Written procedures?
[3]    **Q:** Yes.
[4]    **A:** No.
[5]    **Q:** Do you have any unwritten procedures for
[6] purchase of equipment, or informal procedures?
[7]    **A:** I do the purchasing, so there's no real
[8] procedure as far as that goes.
[9]     I mean, the changes depends on what I'm
[10] purchasing, depends on who — how I'm negotiating,
[11] if it's auxiliary equipment, what it is.
[12]     I mean, when you say "purchase," you
[13] purchase a lot of purchase.
[14]    **Q:** And what about for machines, injection
[15] molding machines; do you do the purchasing?
[16]    **A:** Yes.
[17]    **Q:** You don't delegate that to anyone at your
[18] office, do you?
[19]    **A:** No. I'm the only one who does that for
[20] that part.
[21]    **Q:** Do you recall when Exel Bobbins and
[22] Plastics Components, Inc. was started?
[23]    **A:** December of 1999, incorporated.
[24]    **Q:** If I refer to them as Exel Bobbins, you'll

Page 32

[1] understand who I'm referring to?
[2]    **A:** Yes.
[3] And that's spelled E-x-e-l Bobbins.
[4]    **Q:** Exel?
[5]    **A:** Yeah, same, E-x-e-l.
[6] Some people spell it E-x-c-e-l, but it's
[7] E-x-e-l.
[8]    **Q:** Okay. Do you know why this business was
[9] started?
[10]    **A:** Yes.
[11]    **Q:** And why was that?
[12]    **A:** To do injection molding.
[13]    **Q:** Where?
[14]    **A:** In Texas, Brownsville.
[15]    **Q:** Why Brownsville?
[16]    **A:** There were a lot of potential and a lot of
[17] customers that we were doing business with already
[18] there at Exel Plastics.
[19]    **Q:** And who were these customers?
[20]    **A:** They would be Schumacher Electric, was our
[21] main customer, Magnitech, which then became
[22] Universal Lighting, and/or I've heard Paralex.
[23]    **Q:** When you say you've heard Paralex, how did
[24] you hear it?

Exel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

---

Page 33

[1] A: I think it's a division of the Universal
[2] Lighting, and the Magnitech was bought out by
[3] Universal Lighting. Paralex, I think is what it
[4] is.
[5] Q: Okay. When did you first meet Steve
[6] Becker?
[7] A: 1978.
[8] Q: Is he related to you?
[9] A: Yes.
[10] Q: What are you, second cousins?
[11] A: Through marriage.
[12] Q: Would that be accurate, second cousins?
[13] A: I don't know.
[14] Q: How are you related through marriage?
[15] A: My wife's first cousin.
[16] Q: Where did you meet?
[17] A: Where?
[18] Q: Yes.
[19] A: At — at my wife's house, her — my wife's
[20] house when she was not my wife, I guess you would
[21] say, when she was my girlfriend.
[22] Q: All right. And did you at some point
[23] start to work together?
[24] A: Yes.

Page 34

[1] Q: And when did that first occur?
[2] A: In the plastics business?
[3] Q: When did that first occur was when — what
[4] year was that? Was ninety— I think it was '97,
[5] maybe '98. Probably '97, because that seems to be
[6] more in line with — with it.
[7] Q: Is there anything that you could refer to
[8] that would refresh your memory as to what year,
[9] specifically, you started working with Steve Becker
[10] and — at Exel Plastics?
[11] A: What year was it?
[12] Q: Yeah, or month.
[13] A: I believe it was '97.
[14] Q: Okay. And what leads you to believe 1997?
[15] A: Just that things that were going on with
[16] — with the business, and time frame.
[17] Q: Okay. Did Steve Becker come to work for
[18] you at Exel Plastics?
[19] A: Yes, he came to work with me.
[20] Q: Okay. When did that occur?
[21] A: I think it was —
[22] Q: I'm sorry, strike that.
[23] When he came to work with you, what did he
[24] do for you?

Page 35

[1] A: Well, he was new to the business, just as
[2] I was in '94. I mean new to the business
[3] actively.
[4] His family has been doing things in the
[5] molding business, as far as that goes, so he was
[6] familiar with it, but hands-on, he was — at Exel,
[7] I can't speak for anything before that, but at Exel
[8] he did like I did, he came in and did everything
[9] from handling the parts to processing to
[10] documentation to sales.
[11] Q: Is it accurate that when Steve Becker
[12] joined Exel Plastics with you that he had to learn
[13] the business from the ground up, so to speak?
[14] A: My business.
[15] Q: Okay. So he did basically the same things
[16] that you did when you first became acquainted with
[17] the business; is that correct?
[18] A: As in any business, you have to learn
[19] what's going on there. Even at — even if you went
[20] to another injection molder, you would have to
[21] learn the way they do things or what they're
[22] doing. You know, people do things differently
[23] so —

Page 36

[1] Q: Did Steve Becker have any interest,
[2] financial interest in Exel Plastics, any ownership
[3] interest?
[4] A: It was planned to be.
[5] Q: And what happened?
[6] A: It spun off into Exel Bobbins instead. We
[7] became partners in that venture instead.
[8] Q: Okay. What is your partnership
[9] relationship in Exel Bobbins?
[10] A: 50 percent.
[11] Q: Each of you own 50 percent?
[12] A: Yes.
[13] Q: Now is it accurate that Steve Becker does
[14] not own any portion of Exel Plastics?
[15] A: Yes.
[16] Q: Do you know who incorporated Exel Bobbins?
[17] A: Who incorporated it, meaning —
[18] Q: Did you or Steve —
[19] A: I signed for the incorporation of the
[20] initial, but the filing of the papers to start the
[21] corporation was through the Accounting —
[22] Q: Was through —
[23] A: — Department.
[24] Q: — the Accounting Department?

---

John Robert Annoreno
January 9, 2003

Excel Bobbins ~ l Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

---

Page 37

[1] A: Along with, you know, my accountant and
[2] my, you know, CPA and stuff.
[3]    I signed as incorporator, I believe, if
[4] that's what you're asking.
[5] Q: Yes, that's what I'm asking.
[6] A: Yeah. Yeah, I signed as incorporator.
[7] Q: Was this incorporated in Texas, Exel
[8] Bobbins?
[9] A: Yes.
[10] Q: And it was done through your accountant?
[11] A: Well, with — he helped me with it.
[12] Q: Okay. And who is your accountant?
[13] A: Colbert and Yonker.
[14] Q: Okay. Is there a minute book for Exel
[15] Bobbins?
[16] A: No, not that I know of. The accountant
[17] may have some of that.
[18] Q: Okay. Do you know if the corporation,
[19] Exel Bobbins, conducts any Board of Director
[20] meetings?
[21] A: Well, if me and Steve meet together, we
[22] are, technically, the Board of Directors.
[23] Q: Who is on the — who are the board — who
[24] are on the Board of Directors?

---

Page 38

[1] A: Well, usually — well, I don't know. I
[2] can't say usually for other companies, but for my
[3] company it would be Exel Plastics, just me. So
[4] then for Exel Bobbins, it would be me and Steve.
[5] We're the owners.
[6] Q: Do you know if shares have been issued in
[7] Exel Bobbins?
[8] A: Yes.
[9] Q: And how many shares have been issued?
[10] A: Well, I believe two.
[11] Q: One share to you and one share to Steve?
[12] A: I think. It could be — yeah, I believe
[13] it was two, one for each.
[14] Q: Do you know the number of outstanding
[15] shares authorized?
[16] A: No. Not offhand.
[17] Q: When did — strike that.
[18] Did you receive a share certificate?
[19] A: The accountant would have that.
[20] Q: Well, my question is, did you receive it?
[21] A: No.
[22] Q: That you know.
[23] A: Just in the fact that it was put down as,
[24] you know, when you're — when you're filing your

---

Page 39

[1] incorporation papers, you put number of shares, and
[2] it would be two.
[3]    So, yeah, I mean, when you say
[4] "certificate," is that what — like an actual
[5] separate piece of paper?
[6] Q: Yes.
[7] A: No, I don't believe so, unless it's at the
[8] accountant's office.
[9] Q: Have you ever seen it, the — a separate
[10] share certificate of writing?
[11] A: No. No.
[12] Q: Do you — you've mentioned that Steve and
[13] you are on the Board of Directors.
[14]    Is there anyone else?
[15] A: No.
[16] Q: And who are the officers of Exel Bobbins?
[17] A: Me and Steve.
[18] Q: Who is the president?
[19] A: Steve.
[20] Q: Any other positions that Steve holds
[21] besides president of Exel Bobbins, as an officer of
[22] it?
[23] A: Well, I don't have that information in
[24] front of me to say if we designated anything more

---

Page 40

[1] than that, as far as, like, usually one person is
[2] secretary and one's — the other is the treasurer,
[3] is the normal.
[4] Q: Well —
[5] A: So I don't know if we — and I believe
[6] somewhere we did, you know, say that, and I think
[7] he has — I don't know if it was the bank or what,
[8] you know how they ask you to — resolution or
[9] something, and you designate yourself as who you
[10] are.
[11] Q: Who are you designated as?
[12] A: Vice president.
[13] Q: Who is designated as the secretary?
[14] A: Don't recall offhand.
[15] Q: Who is designated as the treasurer?
[16] A: I don't recall.
[17] It would be the other of — the secretary
[18] would be one, and the treasurer, then, would be the
[19] other.
[20] Q: Now you mentioned that whenever you and
[21] Steve get together, you believe that that is a —
[22] or strike that.
[23]    When Steve and you get together, do you
[24] believe that that constitutes a Board of Director

---

Excel Bobbins and Plastic Components, Inc. v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 41

[1] meeting?

[2] **A:** You can call it that. It's a meeting in

[3] regards to the business.

[4] **Q:** Okay.

[5] **A:** And you — so I —

[6] **Q:** How often do you and Steve get together?

[7] **A:** Quite often.

[8] Whether it be me going to there or him

[9] coming here.

[10] **Q:** Okay. I don't know what quite often is,

[11] but could you give me — is it monthly?

[12] **A:** There's no set — there's no set time.

[13] **Q:** All right. For the year 2000, the last

[14] half of 2000, how frequently did Steve and you get

[15] together?

[16] **A:** 2000?

[17] **Q:** Yeah.

[18] From — the last half, from July —

[19] **A:** Two or three.

[20] **Q:** — 1st of —

[21] **A:** Two or three.

[22] Well, in 2000 we set up the operation of

[23] — down in Texas, so we were here, of course,

[24] we've had many a meetings.

Page 42

[1] Steve went there, then I went there, he

[2] came back, so it — there was a number of times in

[3] the — in that year, and at that time.

[4] **Q:** In 2001, how many meetings did you and

[5] Steve have together?

[6] **A:** Three, four, at least, minimum.

[7] **Q:** Okay. Did you keep minutes of those

[8] meetings?

[9] **A:** No.

[10] **Q:** Did you make any writings at all of those

[11] meetings?

[12] **A:** No.

[13] **Q:** Okay. And 2002, for the whole year, how

[14] many times did you and Steve personally meet?

[15] **A:** Four or five, six times.

[16] **Q:** When Steve and you would meet in 2002,

[17] would you prepare any agendas for the meeting?

[18] **A:** Prepare, as far as what?

[19] **Q:** A written agenda as to what you would be

[20] covering in the meeting?

[21] **A:** Written? No. We discussed it as to what

[22] our plans were as to meetings and so forth.

[23] **Q:** Okay. Did you keep any minutes for the

[24] meetings —

Page 43

[1] **A:** No.

[2] **Q:** — in 2002?

[3] **A:** No.

[4] **Q:** To your knowledge, have you had any

[5] shareholder meetings at Exel Bobbins?

[6] **A:** Well, again, I guess that would — you'd

[7] have to determine, I mean, if we are the

[8] shareholders and we are having meetings, I guess

[9] you could call that a shareholder meeting. I mean,

[10] we're the principals, the only ones.

[11] **Q:** Do you know when last you had a

[12] shareholder meeting?

[13] **A:** As in us getting together and talking

[14] about the business? In —

[15] **Q:** Well, let me — do you know of any meeting

[16] that you have had as shareholders, wherein one or

[17] the other of you issued an agenda and said "We are

[18] going to have a shareholders' meeting"?

[19] **A:** Well, we didn't issue an agenda, so the

[20] meeting would be the two shareholders getting

[21] together and discussing the business, which was in

[22] December 2002.

[23] **Q:** And where was that at?

[24] **A:** That was here in Chicago.

Page 44

[1] **Q:** With regard to Exel Bobbins, do you

[2] participate in the day-to-day operations of that

[3] business?

[4] **A:** No.

[5] **Q:** You've mentioned that you go down — or

[6] strike that.

[7] How — how often do you go down to Exel

[8] Bobbins on a yearly basis?

[9] **A:** There's no set, how often I go down.

[10] **Q:** How many times in 2002 did you go to Exel

[11] Bobbins?

[12] **A:** Down in Texas, 2002, once.

[13] **Q:** When was that?

[14] **A:** August, September.

[15] **Q:** How long were you there?

[16] **A:** About a week.

[17] **Q:** And what was the purpose of the visit?

[18] **A:** To — well, it's a — there's a business

[19] down there, and since it was a while since I had

[20] been there, it was to go there and just go over the

[21] things that were going on.

[22] And I've been really busy with things, so

[23] it was limited to that one trip down, and we went

[24] over business.

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 14 of 48

Exel Bobbins & Plastic Components, Inc.    v.
JSW Plastics Machinery, Inc.

January 9, 2003

Page 45

[1] **Q:** So you spent the entire week going over
[2] business?

[3] **A:** Well, of course not. Not the entire week,
[4] no.

[5] **Q:** What else did you do?

[6] **A:** Well, when you say "the entire week," I
[7] was there and we did go over business, but not
[8] every second of the day, I guess.

[9] I mean, we didn't sit there and go over
[10] business the whole time I was there, you know. I
[11] did other things —

[12] **Q:** Did you —

[13] **A:** — also.

[14] **Q:** What other things?

[15] **A:** Just met with other people that I know
[16] down there and — you know.

[17] **Q:** So would it be fair to say that it was
[18] part business and part social?

[19] **A:** Yeah, I — I guess you could add social
[20] into any type of trip that you have, or any time
[21] you go somewhere.

[22] **Q:** All right. In 2001, how many times did
[23] you visit Exel Bobbins in Texas?

[24] **A:** Two or three. Two, three times.

Page 46

[1] **Q:** Do you recall when?

[2] **A:** No.

[3] It was a very hectic year, a lot of things
[4] going on. As a matter of fact, we even met out in
[5] — we met together in another state on business.

[6] **Q:** What other state?

[7] **A:** Mississippi.

[8] **Q:** Okay. Do you recall how many days in 2001
[9] you spent at the plant, Exel Bobbins?

[10] **A:** No. No, I don't.

[11] **Q:** What is your best estimate?

[12] **A:** Four, five. Four.

[13] **Q:** So your best estimate is you spent about
[14] four days at Exel Bobbins during the calendar year
[15] of 2001?

[16] **A:** Yeah, I think so. Like I say, it was a
[17] very hectic year.

[18] **Q:** When you say "hectic," you're referring to
[19] the Exel Plastics business?

[20] **A:** Life.

[21] Exel Plastics, Exel Bobbins, things that
[22] are just, you know, going on, things I was doing.
[23] Just in general, a very hectic year.

[24] **Q:** Was there anything specific that made it

Page 47

[1] hectic?

[2] **A:** Yes. I was building a house.

[3] **Q:** Okay. Whereabouts?

[4] **A:** DuPage County.

[5] Building a home, moving out of a home,
[6] selling a home, and you can figure the rest, that I
[7] was a general contractor of it. I also did work on
[8] it.

[9] **Q:** Okay. Is it accurate that most of the
[10] information that you receive regarding Exel Bobbins
[11] is through Steve Becker?

[12] **A:** Yes.

[13] **Q:** Okay. He would be the person active in
[14] the Exel Bobbins, correct?

[15] **A:** Primarily, yes.

[16] He's there, and he's in — handles the
[17] day-to-day operation.

[18] **Q:** Is it accurate that basically you manage
[19] the day-to-day operations of Exel Plastics and
[20] Steve Becker manages the day-to-day operations of
[21] Exel Bobbins?

[22] **A:** Yes.

[23] **Q:** Now Exel Bobbins and Exel Plastics are two
[24] separate corporations, correct?

Page 48

[1] **A:** Yes.

[2] **Q:** When Steve Becker and you went to Texas,
[3] you went sometime in late '99, correct?

[4] **A:** Yes.

[5] **Q:** And was it your purpose to open up a new
[6] business in Brownsville, Texas?

[7] **A:** It was that we were looking at the
[8] opportunity and the possibilities of that.

[9] **Q:** Okay.

[10] **A:** The potential and so forth.

[11] **Q:** When both of you went to Brownsville,
[12] Texas, was it with the thought of this business
[13] would be Steve's business to operate?

[14] **A:** What do you mean by Steve's business?

[15] **Q:** Steve's business to actively manage.

[16] **A:** Well, he would go down there, move down
[17] there and manage it on a day-to-day basis.

[18] But it's half his business and half mine.

[19] **Q:** I understand that.

[20] But it was primarily for him to go down
[21] and — and manage the business?

[22] **A:** Yes. He moved down there.

[23] **Q:** Did he want to move down to Brownsville,
[24] Texas?

Exel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

**Page 49**

[1]  A: It was his decision.
[2]  Q: Okay. Did he object to that move?
[3]  A: He — I don't know. I mean, he's there.
[4]  Q: Well, you had —
[5]  A: Why would he object? I mean —
[6]  Q: You had conversations with him regarding
[7] the possibility of he moving down to Brownsville,
[8] Texas, correct?
[9]  A: Well, yeah.
[10]  Q: Okay. And did he tell you that he was
[11] really looking forward to moving down to
[12] Brownsville, Texas or —
[13]  A: And —
[14]  Q: Or did he have objections to it?
[15]  A: No, no, I guess not, he didn't have
[16] objections. He wanted to move there.
[17]      There was a lot of business opportunities
[18] that we had going. That's why he went down there.
[19] We had a humongous quote package from Sunbeam,
[20] after our visit we had just — there was a lot of
[21] prospect and good things happening there, so he
[22] would have wanted to move down there.
[23]  Q: Okay. Now when you say that there were
[24] business prospects down in the Brownsville, Texas

**Page 50**

[1] area, what business prospects are you talking about
[2] that you're personally aware of?
[3]  A: Injection molding.
[4]  Q: What injection molding prospects?
[5]  A: Well, we already had some existing
[6] customers here that we were molding for, and we
[7] were able to receive quotes here for molding there,
[8] and the biggest one being, at that time,
[9] Sunbeam-Oster.
[10]  Q: Was the purpose of opening the Exel
[11] Bobbins business in Brownsville, Texas, was it to
[12] service the Sunbeam-Oster account?
[13]  A: Well, yes, it was to service them, yeah,
[14] sure.
[15]  Q: Okay. When —
[16]  A: And anybody else that would want us to,
[17] and the existing customers, and so forth and so on.
[18]  Q: Does Exel Plastics provide any custom
[19] molded product for Sunbeam-Oster out of your plant?
[20]  A: No.
[21]  Q: Have you ever?
[22]  A: No.
[23] Not directly. I — it was the plan,
[24] but —

**Page 51**

[1]  Q: With regard to Exel Bobbins and Exel
[2] Plastics, do you ever shift molds between
[3] facilities in order to meet customer needs?
[4]  A: We did —
[5]  Q: When?
[6]  A: — have molds in my facility here, and
[7] then they were sent down to Brownsville.
[8]  Q: Okay. What molds were at your facility
[9] that were sent down to Exel Bobbins?
[10]  A: Most of that contained to Schumacher,
[11] Magnitech, a couple of other small customers, look
[12] jobs, that were really not anything big and
[13] significant. Mainly Schumacher and Magnitech, I
[14] think it was.
[15]  Q: What was the value of that work, if you
[16] know, with regard to these molds that were sent
[17] from Exel Plastics to Exel Bobbins?
[18]  A: Well, probably $600,000, minimum, plus the
[19] new mold that was going into production in the 385.
[20]  Q: Who was the new mold from?
[21]  A: Schumacher.
[22]  Q: Was that a new mold from Schumacher that
[23] was placed directly with Exel Bobbins?
[24]  A: Exel Plastics handled that here first,

**Page 52**

[1] then to Exel Bobbins.
[2]  Q: Is that still mold — strike that.
[3] Is that mold still being run, if you know?
[4]  A: Yes.
[5]  Q: As a result of that new mold being
[6] forwarded from Exel Plastics to Exel Bobbins, do
[7] you know of any lost business that has been
[8] occasioned?
[9]      Has there been any business lost that
[10] you're aware of?
[11]  A: From where?
[12]  Q: With the use of the new mold from
[13] Schumacher, do you know of any business that Exel
[14] Bobbins has not been able to service as a result of
[15] any machinery limitations?
[16]  A: Well, I mean, that's a broad, big, open
[17] area that I can just go into in a lot of different
[18] ways. So I would ask for more, specifically, 𝄪 .
[19] question on — more direct, I guess.
[20]  Q: Well, let me try to do that.
[21]  A: You know, I mean, I'm trying to go by what
[22] I read and try to — you know, and that's —
[23]  Q: When you say you're going by what you —
[24]  A: I don't understand the question, in other

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 16 of 48

John Robert Andreno

January 9, 2003

Exel Bobbins and Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

Page 53

[1] words.

[2] **Q:** Okay.

[3] **A:** You know, exactly.

[4] **Q:** When you say you're going by what you

[5] read, did you read anything in preparation for your

[6] deposition?

[7] **A:** No, not really read anything. Just

[8] examined some of the depositions that were —

[9] briefly. Didn't have much time to but —

[10] **Q:** What depositions did you review?

[11] **A:** The ones that were taken from Steve, from

[12] — whatever, from Jerry.

[13] They were quite — there was quite a lot

[14] there, so I really didn't — wasn't able to, you

[15] know, understand it, I guess. I really — it's

[16] kind of hard to understand.

[17] **Q:** Any other depositions between — besides

[18] Steve Becker and Jerry Johnson that you looked at?

[19] **A:** Bob Fahrenbach, Dennis. I think they were

[20] all there.

[21] **Q:** Okay.

[22] **MR. GRIFFITH:** Whenever you want to take a

[23] break. You can go as long as you need. It's just

[24] — it's been about an hour so —

Page 54

[1] **MR. REGAN:** We'll go off the record.

[2] **THE VIDEO TECHNICIAN:** We're now going off the

[3] record. The time is 10:10.

[4] (Discussion off the record.)

[5] **THE VIDEO TECHNICIAN:** We're now back on the

[6] record. The time is 10:29.

[7] **BY MR. REGAN:**

[8] **Q:** When we went off the record, we were

[9] talking about the new mold from Schumacher, I

[10] believe. Do you recall that?

[11] **A:** Yes.

[12] **Q:** All right. Now this was a new mold that

[13] Exel Plastics had and that was sent down to Exel

[14] Bobbins; is that correct?

[15] **A:** Yes.

[16] **Q:** Okay. Now did Exel Plastics do any

[17] molding off the new mold from Schumacher?

[18] **A:** Exel Plastics, not directly.

[19] It was — it was done on another machine

[20] at another molder that first — for — it was a new

[21] mold, and it was sampling and approval and

[22] pre-production, like, run.

[23] **Q:** Okay. Was it, the new mold, run at

[24] another molder because Exel Plastics did not have

Page 55

[1] the machine capacity to run this mold?

[2] **A:** Yes.

[3] **Q:** All right. So this mold was sent down to

[4] Exel Bobbins because Exel Bobbins had the mold

[5] capacity, is that — the machine capacity; is that

[6] correct?

[7] **A:** Well, it was going to be the 385 to mold

[8] this part at — at Exel Plastics, but then it

[9] changed.

[10] **Q:** Why did it change?

[11] **A:** Customer request.

[12] **Q:** So the customer requested?

[13] **A:** Ability, you know.

[14] **Q:** I'm sorry?

[15] **A:** Customer requested, you know, so we did

[16] what the customer wanted. I mean, it's based —

[17] **Q:** Well, what was the customer's request?

[18] **A:** Well, since the 385 was going to mold

[19] this, we had — JSW provided us a place to try the

[20] mold out in a like machine, and instead of

[21] delivering, you know, moving the machine from here

[22] to there and all, we just went directly there, so

[23] it could be molded there.

[24] **Q:** When you say "there" —

Page 56

[1] **A:** Brownsville, Texas.

[2] **Q:** Okay. Now any work done for a custom

[3] molder at Exel Plastics is billed by Exel Plastics

[4] to that molder, correct?

[5] **A:** Molder?

[6] **Q:** To that customer, I'm sorry.

[7] **A:** Oh, yes.

[8] **Q:** And if Exel Bobbins produces molded parts,

[9] Exel Bobbins invoices —

[10] **A:** Yes.

[11] **Q:** — the customer, correct?

[12] **A:** Yes.

[13] **Q:** Now the new mold that went down to Exel

[14] Bobbins, that was a product produced at Exel

[15] Bobbins for — the new mold for Schumacher was

[16] billed by Exel Bobbins; is that correct?

[17] **A:** Was it billed by Exel Bobbins, the

[18] initial, the initial part? I'm not positive. I

[19] may have billed them from Exel Plastics on the

[20] initial run.

[21] **Q:** Okay.

[22] **A:** Or part of the sampling charges.

[23] **Q:** All right.

[24] **A:** I think I did, I think Exel Plastics.

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 17 of 48

Exel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 57

[1] **Q:** All right. Exel Plastics billed for the
[2] work that Exel Plastics was involved in; is that
[3] correct?
[4] **A:** Right.
[5] **Q:** Now once the new mold went down to Exel
[6] Bobbins, then Exel Bobbins billed for the work that
[7] was done down in Brownsville, correct?
[8] **A:** Correct.
[9] **Q:** Okay. So Exel Plastics is a separate and
[10] distinct business from Exel Bobbins, correct?
[11] **A:** Separate corporations.
[12] **Q:** The businesses are separate, too; is that
[13] correct?
[14] **A:** I guess, yes.
[15] **Q:** Well —
[16] **A:** I mean, they would have to be if they're
[17] different corporations.
[18] **Q:** Well, do employees work at Exel Plastics
[19] — strike that.
[20]    The employees that work at Exel Plastics
[21] are paid by Exel Plastics, correct?
[22] **A:** Correct.
[23] **Q:** And the employees that work at Exel
[24] Bobbins are paid by Exel Bobbins?

Page 58

[1] **A:** Correct.
[2] **Q:** Okay. Are there any employees that shift
[3] between the two locations?
[4] **A:** No.
[5] **Q:** Okay.
[6] **A:** At the beginning.
[7] **Q:** When you say "at the beginning," there was
[8] one or two individuals who moved from Exel Plastics
[9] down to Exel Bobbins; is that correct?
[10] **A:** Correct.
[11] **Q:** And that was, what, Noah Gonzalez?
[12] **A:** John Hingyi.
[13] **Q:** Anybody else?
[14] I'm sorry, I probably didn't ask a good
[15] question.
[16]    Was Noah Gonzalez one of the people?
[17] **A:** Not directly one of the people.
[18] **Q:** All right. Who were the people that
[19] worked for Exel Plastics that moved when Exel
[20] Bobbins opened —
[21] **A:** What it was was that Noah was here, I
[22] believe that was the gentleman's name, it was
[23] briefly, for Ex— and then went back with John. So
[24] it was brief, but —

Page 59

[1] **Q:** He was only briefly with Exel Plastics?
[2] **A:** Yes, but here from Texas with John.
[3] **Q:** I'm sorry, I'm not following you.
[4] Did he leave Exel Plastics and later join
[5] Exel Bobbins?
[6] **A:** Well, no, he wasn't — he wasn't employed
[7] from — he was from Texas. He came with John to do
[8] a little work here with John. He was with — and
[9] they went back.
[10] **Q:** Okay. And when you say "John," are you
[11] talking about —
[12] **A:** Hingyi.
[13] **Q:** John Hingyi?
[14] **A:** Yes.
[15] **Q:** So is John Hingyi the only individual who
[16] was with Exel Plastics that eventually went down to
[17] Exel Bobbins?
[18] **A:** Yes, him and Steve.
[19] **Q:** Okay. Were the machines that Exel Bobbins
[20] was to purchase from Sunbeam for — strike that.
[21]    Were the machines that Exel Bobbins was to
[22] purchase from JSW PMI, were those for use of the
[23] Sunbeam-Oster work?
[24] **A:** Can you ask that again? I'm sorry.

Page 60

[1] **Q:** Okay. Was it Exel Bobbins' intent to
[2] purchase machines from JSW PMI to use for the
[3] Sunbeam-Oster work?
[4] **A:** Yes, absolutely.
[5] **Q:** Okay. No other work; just the
[6] Sunbeam-Oster work. Is that correct?
[7] **A:** No.
[8] What do you mean by "just"?
[9] **Q:** Well, was the — were the machines that
[10] Exel Bobbins was to purchase, were those for — to
[11] be used exclusively for Sunbeam-Oster work?
[12] **A:** There — there was machines to be
[13] purchased specifically for Sunbeam-Oster work, yes,
[14] but there was — we only bought machines from JSW.
[15]    We had started a — working with them in
[16] '96, and that was the only — besides one other
[17] machine, that was the only machines they ever
[18] bought, was JSW.
[19] **Q:** Okay. Do you — basically, in looking at
[20] the custom molding injection business, do you
[21] basically get the business and then go ahead, once
[22] you have the business, go ahead and purchase the
[23] machines?
[24] **A:** Once you have the business, purchase the

JOHN ROBERT RUROCHO                                    Excel Bobbin ...nd Plastic Components, Inc.   v.
**January 9, 2003**                                                            **JSW Plastics Machinery, Inc.**

Page 61

[1] machines?

[2] **Q:** Right.

[3] **A:** You'd like to do it that way. I mean —

[4] **A:** I mean, that —

[5] **A:** If it's a specific machine, yes.

[6] **Q:** Okay.

[7] **A:** I mean, there's, in custom injection

[8] molding, many variations.

[9] **Q:** Okay. But you don't go out and buy a new

[10] machine if you don't have the business for it; is

[11] that correct?

[12] **A:** If you wanted to.

[13] **Q:** Okay. Did Exel Bobbins want to buy a

[14] machine without the business, if you know?

[15] **A:** No, not that I would — no.

[16] **Q:** So, to the best of your knowledge, when —

[17] Exel Bobbins was looking at getting the business

[18] from Sunbeam before it would purchase the machine

[19] from JSW PMI; is that correct?

[20] **A:** Yeah, it was all kind of together with

[21] getting the work and having the machines

[22] available. That was the key things, having the

[23] machines available.

[24]     Without the machines, there's no molding.

Page 62

[1] I mean, basically, you have to have those machines

[2] to mold the parts, 'cause they go hand-in-hand with

[3] one another.

[4] **Q:** Okay. If you don't have the business, you

[5] don't need the machines, Exel Bobbins didn't; is

[6] that correct?

[7] **A:** Exel Bobbins didn't what?

[8] **Q:** If Exel Bobbins didn't have the business

[9] from Sunbeam-Oster, it would not have a need to get

[10] the machines from it —

[11] **A:** Correct.

[12] **Q:** — JSW PMI. Is that correct?

[13] **A:** Correct.

[14] **Q:** Okay. Now you and Steve have worked

[15] together for probably about three years on the Exel

[16] Bobbins, correct?

[17] **A:** Um-hum.

[18] **Q:** And you meet — I'm sorry, I need a —

[19] **A:** Yes. I'm sorry.

[20] **Q:** And you meet fairly regularly, as you've

[21] mentioned, so a few times during the year.

[22]     At the times that you meet, Steve and you

[23] discuss various problems in the business at Exel

[24] Bobbins, correct?

Page 63

[1] **A:** Yes.

[2] **Q:** Okay.

[3] **A:** Somewhat.

[4] **Q:** In 2000, when the business was just

[5] getting going, what kind of problems did Steve

[6] mention to you were occurring in the business?

[7]     And let's focus just on the start-up in

[8] 2000.

[9] **A:** There was just some problems on them

[10] getting that 385 running when it was sent to

[11] Bobbins.

[12] **Q:** What — the JSW 385?

[13] **A:** Yeah.

[14] **Q:** What problems were encountered in getting

[15] that going?

[16] **A:** Pieces were missing, parts were missing.

[17] **Q:** What parts were missing?

[18] **A:** It has to do with manifold and stuff on —

[19] for hydraulics. I think manifold for cores and

[20] things, cores, pulls.

[21] **Q:** Core pulls?

[22] **A:** Yeah, hydraulics.

[23] ·It's a hydraulic machine with core pulls,

[24] and there's, you know, valves and — and manifolds

Page 64

[1] and stuff like that.

[2] **Q:** Okay. Did those problems get resolved?

[3] **A:** Yes.

[4] **Q:** Okay. What other problems were

[5] encountered in 2000 with the Exel Bobbins

[6] operation?

[7] **A:** I don't recall anything that was brought

[8] to my attention.

[9]     Steve handled the problems there. He was

[10] on site. You know, if there was a problem, it

[11] doesn't mean he called and told me every problem or

[12] we talked about every problem.

[13] **Q:** Okay. All right. Let's go to 2001.

[14] What kind of problems did Exel Bobbins

[15] encounter in the year 2001?

[16] **A:** In 2001?

[17] **Q:** Yes.

[18] **A:** What kind of problems?

[19] **Q:** Yeah, what kind of operational problems?

[20] **A:** Can you be more specific?

[21] I don't know what — there's lots of

[22] problems in 2001.

[23] **Q:** Well, let's — let's go through all the

[24] problems that you can remember that interfered or

Excel Bobbin and Plastic Components, Inc. v.
JSW Plastics Machinery, Inc.

January 9, 2003

Page 69

[1] from JSW PMI by Exel Bobbins after September of
[2] 2000?
[3]   A: Somewhat. A little bit.
[4]   Q: What — what was your involvement?
[5]   A: Well, I — I went to JSW in
[6] Elk Grove and dropped off a check for the deposit
[7] of the machines that were supposed to be shipped.
[8]   Q: And when did you do that?
[9]   A: That I don't — the date of the check. It
[10] was done that day I did the check and brought it
[11] directly to them.
[12]   Q: Would that be sometime in 2001?
[13]   A: Yeah, I'm — and I'm sure you would have
[14] it. You should have something on that, I would
[15] think.
[16]   Q: Do you remember the approximate amount of
[17] the check?
[18]   A: Four thousand-something dollars.
[19]   Q: Okay. Now can you think of any other
[20] problems that Exel Bobbins experienced during the
[21] calendar year of 2001 with regard to the operation?
[22]   A: The operation, meaning the day-to-day
[23] operations?
[24]   Q: Yes.

Page 70

[1]   A: That wasn't — that has nothing to do with
[2] us not being able to obtain those machines?
[3]   Q: Right.
[4]   A: No, not with the stuff that was going on
[5] there already, no.
[6]   I don't know. I wasn't there.
[7]   Q: Now in June of 2000, Exel Bobbins had two
[8] presses; is that correct?
[9]   A: In June of 2000?
[10]   Q: Strike that.
[11] In November of 2000.
[12]   A: Yes.
[13]   Q: They had two presses.
[14] What sizes were those?
[15]   A: 310, 385.
[16]   Q: Okay. And those were JSW presses?
[17]   A: Yes.
[18]   Q: In November of 2000, Exel Bobbins had
[19] Schumacher and Magnitech as the primary clients?
[20]   A: Primarily, already doing business with.
[21]   Q: Okay. In November of 2000, Exel Bobbins
[22] was not doing business with Sunbeam-Oster, correct?
[23]   A: Working with, doing business for, I
[24] mean —

Page 71

[1]   Q: Well, attempting to obtain an order?
[2]   A: Well, yeah. I mean, they had already told
[3] us that we would be doing it, we would be a
[4] supplier for them.
[5]   Q: Okay.
[6]   A: That was the whole purpose of Exel
[7] Bobbins.
[8]   Q: Did Sunbeam-Oster express any concern to
[9] either you or Steve Becker that Exel Bobbins was a
[10] new or a start-up company?
[11]   A: Well, they just were more or less — I
[12] don't know if they expressed that concern and — I
[13] don't think so, because they were giving us quotes
[14] before we were even there, you know, in operation.
[15]   I mean, we quoted a lot of money for them,
[16] and they had, at that time, pretty much committed
[17] that they would give it to us.
[18]   Q: Well, when you say you quoted a lot of
[19] money, you've been in the business now for a while,
[20] correct?
[21]   A: Yes.
[22]   Q: When you issue a quote, do you — does
[23] every quote turn into a purchase order?
[24]   A: No.

Page 72

[1]   Q: So there's no guarantee that a quote will
[2] turn into a purchase order, is there?
[3]   A: No guarantee.
[4]   Q: No guarantee.
[5] Of the quotes that — for example, right
[6] now you're quoting business.
[7]   Of the quotes that you're issuing,
[8] approximately what percentage of those quotes turn
[9] into a purchase order or business?
[10]   A: Well, when? Then or now?
[11]   Q: Now.
[12]   A: Now.
[13] It's a much smaller number now. As far as
[14] my situation that I'm quoting.
[15]   Q: Yeah, right.
[16]   A: Because I'm here in the Midwest, where
[17] there's a lot of competition and there's a lot of
[18] molders, and since things slowed up up here, it
[19] would be less.
[20]   Q: What is that percentage, approximately?
[21]   A: I don't — I don't know.
[22]   Q: Your best estimate, if you have one?
[23] 10 percent?
[24]   A: 20 percent.

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 20 of 48

Exel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 73

[1] **Q:** Okay. And in the good times, going
[2] pre-September 11th, 2001, better times, let's put
[3] it that way, of the jobs that you quoted, about
[4] what percent would lead to a purchase order?
[5] **A:** I — Exel Plastics?
[6] **Q:** At Exel Plastics.
[7] **A:** 80-plus percent, 85 percent. We didn't
[8] lose jobs.
[9] **Q:** Okay. Well, did you have a special niche
[10] in the market, so to speak, with your clients at
[11] Exel Plastics?
[12] **A:** Me? Well, I don't know about niche. Just
[13] — you give them quality, on-time delivery, and
[14] good pricing, and that's what they're looking for,
[15] so —
[16] **Q:** Did Exel Plastics tend to run small parts
[17] and small runs?
[18] **A:** No, not necessarily.
[19] Small parts, yes. I had one part I ran
[20] six, seven million a year of that one part. So —
[21] then I had small runs, too. It's custom molding.
[22] **Q:** Now those small parts, those would be run
[23] on the smaller presses, correct?
[24] **A:** Yes.

Page 74

[1] **Q:** And what size presses were those?
[2] **A:** 55-ton, 40-ton, 85-ton.
[3] **Q:** You mentioned you had nine presses?
[4] **A:** Yes.
[5] **Q:** Go ahead and just give me the press by
[6] tonnage.
[7] **A:** What, each one?
[8] **Q:** Yeah.
[9] **A:** 40, 55, 55, 75, 85, 180, 200, 245, 310.
[10] **Q:** Okay. Now is it accurate that the larger
[11] press tonnages could run smaller molds, but it
[12] would be inefficient because the press was a bigger
[13] press?
[14] **A:** Well, you could put — when you say
[15] "smaller molds," there's — depends how many
[16] cavities. I mean, it is a vague question to
[17] where —
[18] **Q:** Well, let's take a part that you run on
[19] the 55-ton press, that one that you talked about
[20] that you did seven, eight million.
[21] **A:** Um-hum.
[22] **Q:** What part is that?
[23] **A:** It's called a spindle.
[24] **Q:** A spindle?

Page 75

[1] **A:** Um-hum. Yes.
[2] **Q:** And how many cavities?
[3] **A:** Twelve.
[4] **Q:** Cycle time?
[5] **A:** Twenty-one seconds.
[6] **Q:** Now can you run the spindle mold on a 310?
[7] **A:** No.
[8] **Q:** Why?
[9] **A:** It's too small.
[10] **Q:** Okay. So the spindle mold would not be a
[11] mold that could be run down in Texas at Exel
[12] Bobbins, correct?
[13] **A:** No, it's not.
[14] I mean, it could be if we had the machine
[15] for it.
[16] **Q:** All right. But you don't have the machine
[17] for it?
[18] **A:** No.
[19] **Q:** Is that correct?
[20] **A:** No, we don't have a machine for that
[21] there.
[22] **Q:** And at Exel Bobbins, in November of 2000,
[23] you had a 385 and a 310.
[24]       In June of 2001, you purchased a — well,

Page 76

[1] Exel Bobbins purchased additional — or leased
[2] additional presses, correct?
[3] **A:** Was that the date of the LG?
[4] **Q:** Approximately.
[5] **A:** Approximately, 'cause I don't know the
[6] exact date. I wasn't there.
[7] **Q:** Well, let me just ask you.
[8] Do you know when the LG presses were
[9] installed?
[10] **A:** No.
[11] **Q:** Do you know whether the LG presses were
[12] obtained via purchase or lease?
[13] **A:** To my understanding, lease.
[14] **Q:** And who financed the lease?
[15] **A:** LG.
[16] **Q:** And did you have to personally guarantee?
[17] **A:** No, I didn't.
[18] **Q:** Do you know if Steve Becker did?
[19] **A:** No, I didn't sign any papers on that.
[20] **Q:** Do you know if Steve Becker did?
[21] **A:** No, not for sure. I don't know that.
[22] **Q:** Okay.
[23] **A:** He may have.
[24] **Q:** All right. What size presses were

Case 1:01-cv-00148     Document 75     Filed in TXSD on 08/26/2003     Page 21 of 48

John Robert Armoreno
January 9, 2003

Excel Bobbins ... d Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

Page 77

[1] obtained from LG?

[2] A: 110, 385, 500.

[3] Q: And what business did this service?

[4] A: Sunbeam.

[5] Q: Exclusively Sunbeam?

[6] A: To the best of my knowledge. I wasn't
[7] there.

[8] Q: Okay. Has Exel Bobbins purchased any
[9] additional presses, or leased additional presses?

[10] A: Not at this time.

[11] Q: So they have a total of five presses,
[12] correct?

[13] A: Currently.

[14] Q: Currently.
[15] And how frequently are those — strike
[16] that.
[17] Do those presses operate twenty-four hours
[18] a day?

[19] A: I believe so.

[20] Q: And do they run five or seven days a week?

[21] A: Definitely five, as far as I know, and I
[22] — I know that Steve is there on Saturday and
[23] Sunday a lot of times, so I don't know who is there
[24] working with him, so I — it's possible that they

Page 78

[1] run more than — you know.

[2] Q: Okay. Who are the current customers of
[3] Exel Bobbins, if you know?

[4] A: I can only tell you what I know, and what
[5] I know is, there's Sunbeam, there's Magnitech,
[6] there's Schumacher, but Schumacher, you know, does
[7] different things for Exide and Diehard and stuff
[8] like that, so — when I say "Magnitech," that's
[9] Universal Lighting, and there was Midwesco.

[10] Q: The Sunbeam business, does that run
[11] exclusively on the LG International presses?

[12] A: As far as I know.

[13] Q: And the Magnitech and Schumacher continue
[14] to run on the JSW presses?

[15] A: As far as I know.
[16] I mean, I'm not there. Steve handles
[17] that, but I assume — I think.

[18] Q: Do you know what type of plastics Exel
[19] Bobbins is using to service these customers?

[20] A: Nylon, polypropylene, polycarbonate.

[21] Q: Okay. Do you know how many molds are
[22] currently at Exel Bobbins for Sunbeam?

[23] A: For Sunbeam? Hm. I'd be guessing. I'd
[24] be guessing.

Page 79

[1] Q: Okay. Do you know how many employees Exel
[2] Bobbins currently has?

[3] A: No.

[4] Q: Do you have an estimate?

[5] A: Twenty. Would be a guess.

[6] Q: Does Exel Bobbins have an Engineering
[7] Department, if you know?

[8] A: Steve handles the engineering with the
[9] customers.

[10] Engineering of the molds, you mean, or
[11] parts and stuff?

[12] Q: Yeah.

[13] A: Yeah, Steve handles that.

[14] Q: Okay. Do you know if there's been any
[15] significant change in the operation of Exel Bobbins
[16] from — well, during the year of 2002?

[17] A: Any — I'm sorry.

[18] Q: Change in the management?

[19] A: Change in the management?

[20] Q: Right.

[21] A: No.

[22] Q: Have there been any employees added to
[23] management in the last year?

[24] A: I — I don't know. Steve handles a lot of

Page 80

[1] the management, I mean, basically, just like I do
[2] here.

[3] Q: Right.

[4] A: There's no real management, but me, at my
[5] place. I — I try — we try to cover as much as
[6] possible, keeping down the overheads.

[7] Q: It's accurate to state that you're a
[8] hands-on owner of your Exel Plastics business,
[9] correct?

[10] A: Correct.

[11] Q: I mean, you handle all the problems from
[12] employee complaints to customer complaints?

[13] A: Correct.

[14] Q: And would that be similar for Steve Becker
[15] at Exel Bobbins, to your understanding?

[16] A: Yes.

[17] Q: Okay. So if there's an engineering
[18] problem with a mold, Steve Becker has to try to
[19] handle that difficulty, correct?

[20] A: Yes.

[21] Q: Okay.

[22] A: And that's really common for custom
[23] molders.

[24] Q: Now do you know of any contract that

Exel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

**Page 81**

[1] Sunbeam-Oster has given to Exel Bobbins that Exel
[2] Bobbins has not been able to fulfill?
[3]     A: That'd be a legal question that I don't
[4] know if I would call it a contract or — I mean,
[5] you know the — we have a letter from Sunbeam
[6] committing to giving to — the work for Exel
[7] Bobbins. Now is that a contract? I would be —
[8]     Q: Okay. Do you know of any —
[9]     A: I consider it commitment, total, 100
[10] percent commitment, my — so I don't know.
[11]     Q: All right. Let me ask it a different
[12] question.
[13]     A: Okay.
[14]     Q: Do you know of any purchase order that
[15] Sunbeam-Oster has given to Exel Bobbins for which
[16] Exel Bobbins has not been able to perform to?
[17]     A: I don't know.
[18]     Q: Do you know of any purchase order that
[19] Schumacher has given to Exel Bobbins for which Exel
[20] Bobbins has not been able to perform to?
[21]     A: No, I think we're able to perform
[22] everything for Schumacher.
[23]     Q: Okay. Do you know of any purchase order
[24] that Magnitech or Universal Lighting has given to

**Page 82**

[1] Exel Bobbins for which Exel Bobbins has not been
[2] able to perform to?
[3]     A: I think they have been able to perform for
[4] — for them, too.
[5]     Q: Okay.
[6]     A: No problem.
[7]     Q: Is it your understanding that the
[8] Schumacher work and the Magnitech or Universal
[9] Lighting work fully occupies the 310 and the 385
[10] JSW machines at Exel Bobbins?
[11]     A: We don't have a 310 JSW.
[12]     Q: I'm sorry, what was the other size?
[13]     A: I believe — oh, I'm sorry, did you say
[14] 310?
[15]     Q: Yes.
[16]     A: Oh, yes, we do have 310. I thought you
[17] said 110 for some reason.
[18]     Yeah, we have a 310 and a 385 for, mainly,
[19] you know, the Schumacher, Magnitech, and Universal
[20] Lighting and all that stuff.
[21]     Q: Right, okay. My question is:
[22] Does the Schumacher and the Magnitech or
[23] Universal Lighting business occupy fully the JSW
[24] 310-ton press and 385-ton press?

**Page 83**

[1]     A: Fully?
[2]     Q: Yes.
[3]     A: I couldn't give you that exact answer.
[4]     Q: Okay. Do you have an understanding?
[5]     A: I think that mainly they do full — close
[6] — I don't know — I don't know if they're at a
[7] hundred — if that's 100 percent capacity, but I'm
[8] — I think it is, so —
[9]     Q: Do you currently have open capacity on
[10] your machines at Exel Plastics?
[11]     A: Yes.
[12]     Q: Does Exel Bobbins currently have open
[13] capacity on any of their five presses?
[14]     A: I don't know. I don't think so.
[15]     Q: Okay. Now what presses do you at Exel
[16] Plastics have open capacity on?
[17]     A: Well, we have — depending on the mold,
[18] you can sometimes use, you know, more than one
[19] press.
[20]     I have two 55-tons, I have an 85, and
[21] there's a 180 and a 200, so I can switch things
[22] around quite easily with the range I have.
[23]     Q: Okay. Are you operating five days a week,
[24] twenty-four hour a day?

**Page 84**

[1]     A: No.
[2]     Q: What is your operation?
[3]     A: Currently, it was — it's two shifts.
[4]     Q: Five days a week?
[5]     A: Yeah. Yes.
[6]     Q: So is that 7:00 to midnight?
[7]     A: Thereabouts, yeah.
[8]     Q: Okay. Pre-September 11, 2001, were you
[9] operating three shifts a day?
[10]     A: Yes.
[11]     Q: When did you change to two shifts a day?
[12]     A: Well, there's highs and lows, I guess you
[13] could say, so sometimes we're running three shifts,
[14] sometimes two shifts.
[15]     This year we were running three shifts at
[16] some time during the year, and it just depends on
[17] the need. So it varies.
[18]     Q: Okay. Do you have open capacity on your
[19] 310 press?
[20]     A: Yes.
[21]     Q: Okay. When you have open capacity on your
[22] 310 press, do you talk with Steve Becker and say
[23] "Look, I've got some open capacity, if you're
[24] over-booked, let me know and I can help you out"?

JOHN ROBERT AMBROENO
January 9, 2003

Excel Bobbin and Plastic Components, Inc.    v.
JSW Plastics Machinery, Inc.

Page 85

[1]    A: Well, not at this time, no.

[2]    Q: No, my question is:

[3] Have you ever had that conversation with

[4] Steve Becker?

[5]    A: No.

[6] It's a big — you're getting into big

[7] parts. So — big parts, we're best there.

[8]    Q: What do you mean, big parts?

[9]    A: Well, like you said before, bigger parts,

[10] bigger machine tonnagewise, shipping costs.

[11]    Q: So the bigger parts are molded by Exel

[12] Bobbins in Brownsville, Texas, as opposed to Exel

[13] Plastics here?

[14]    A: Yes.

[15]    Q: And you also have a 310-ton press similar

[16] to the 310 that the Brownsville operation has,

[17] correct?

[18]    A: Correct.

[19]    Q: And you have open capacity on your 310-ton

[20] press.

[21]    When you have open capacity on your 310,

[22] do you talk to Steve to try to coordinate movement

[23] of molds?

[24]    A: No, because, you know, there's a problem

Page 86

[1] with the 310, and that's another issue legally, and

[2] so forth and so on, that I don't plan to — I don't

[3] know what's going to happen with it, so I wouldn't

[4] commit to that.

[5]    Q: Okay.

[6]    A: Do you know what I mean?

[7]    Q: All right. Are you saying that the 310

[8] right now is not able to function?

[9]    A: No.

[10]    Q: Okay. Are you saying that the 310 now,

[11] that you have, is not able to do — or run any of

[12] the molds that Steve runs on the 310 down in

[13] Brownsville?

[14]    A: No.

[15]    Q: That's not what you're saying?

[16]    A: No.

[17]    Q: So, conceivably, the 310 press that you

[18] have here, the JSW 310, could operate a mold or two

[19] that Steve Becker is running at Exel Bobbins,

[20] correct?

[21]    A: Well, it could if the shot size was right.

[22]    Q: Is there a problem with shot size?

[23]    A: I have a smaller shot size on this 310.

[24]    Q: Well, would it still be sufficient?

Page 87

[1]    A: I don't know.

[2]    Q: Okay. So is it accurate that you have not

[3] had any conversations with Steve Becker regarding

[4] times when you have open capacity on your 310 JSW

[5] press that Steve Becker may be over-committed or

[6] have too much work on his 310 press?

[7]    Is that correct?

[8]    A: I guess it's correct, yeah.

[9]    Q: Okay.

[10]    A: But I thought the issues that are there

[11] kind of would explain why, with the 310.

[12]    Q: What do you mean, the issues there?

[13]    A: That's like a whole 'nother subject or —

[14] you know.

[15]    Q: Oh, the issues with the 310 at your

[16] location?

[17]    A: Yeah.

[18]    Q: Okay. Well, what I'm trying to do is to

[19] find out how much communications there are between

[20] you and Steve Becker with regard to presses that

[21] you have in common.

[22]    If one facility gets overworked and the

[23] other facility has open capacity, is there

[24] communications between the two of you to try to

Page 88

[1] offset those, the capacity?

[2]    A: Well —

[3]    Q: So my question —

[4]    A: I'm trying to be — go ahead, I'm sorry.

[5]    Q: My first question is:

[6] Do you have those kinds of communications?

[7]    A: It's a hard question to answer because of

[8] the facts that are at hand with the 310, that if I

[9] was to commit to Steve to run a mold here and we

[10] went — or two, like you said, and we went through

[11] the process of shipping that here and putting it —

[12] and committing the time, and then for some reason,

[13] with this legal matter, that I wasn't able to do it

[14] and meet my commitment is, I think, my concern.

[15]    Q: All right. Well, let me go back and just

[16] try to ask this question:

[17]    Have Steve Becker and you ever had a

[18] conversation with regard to one facility having

[19] open capacity on a machine and the other facility

[20] having too much work, wherein you tried to move

[21] work between each other so that you could meet the

[22] respective customer's needs?

[23]    A: That was the initial plan, was especially

[24] for that.

Excel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 89

[1] That's where we're a little bit unique,
[2] especially with Sunbeam, because Sunbeam has
[3] tooling billed here, and most of all their tooling
[4] is done here, and we're here, therefore, I can go
[5] look at the tool being built, I can handle an issue
[6] or a problem, I can see that this tool gets sampled
[7] either at my facility or somewhere else, I can make
[8] sure that the parts are sent for pre-production
[9] approval, then the tooling can then be moved to our
[10] facility in Texas, being able to then run full
[11] production.
[12]     If there's a tool that needs to be
[13] repaired or revision change, it could be sent here
[14] and I can oversee that here, where most of the
[15] tools that Sunbeam makes are here in the
[16] Chicagoland area.
[17]     **Q:** Okay.
[18]     **A:** So that's a kind of unique part about our
[19] ultimate plan.
[20]     **Q:** Did that ever come to fruition?
[21]     **A:** No.
[22]     **Q:** Why not?
[23]     **A:** Well, because JSW did not ship us the
[24] machines that they committed to ship us.

Page 90

[1]     **Q:** Does Sunbeam still build their molds
[2] locally?
[3]     **A:** I would assume.
[4]     **Q:** Okay. Has there been a change in the
[5] business environment with regard to Sunbeam moving
[6] their custom molding requirements overseas?
[7]     **A:** I don't — I know that there was problems,
[8] and I know what the original plan was, and I know
[9] it got interrupted in 2001.
[10]     **Q:** When you say it got interrupted, what are
[11] you talking about, it got interrupted?
[12]     **A:** Well, we were supposed to be bringing in a
[13] bunch of machines to do molding for them, and
[14] eventually, to my understanding, they were going to
[15] close down their facility.
[16]     You know, we were unique there. We had
[17] what nobody else had.
[18]     Nobody else had the ability to have
[19] fifteen or twenty machines available for them, plus
[20] forty, fifty thousand square foot of warehousing.
[21] In — in setting up our operation, that was the
[22] plan.
[23]     We — and that's why we were unique to
[24] them.

Page 91

[1]     We were both here, plus we were there, and
[2] we were — we were going to be there and we were
[3] going to be able to — we negotiate in our lease to
[4] take a whole building, 100,000-plus square foot for
[5] them if need be, and we were going to be their
[6] primary molder, and that was the core plan of the
[7] whole Exel Bobbins.
[8]     And, of course, once — as we're there,
[9] we're adding on more customers also that we were
[10] talking with, a lot of different people and stuff.
[11] So —
[12]     **Q:** At some point in time did you become aware
[13] that Sunbeam-Oster was in bankruptcy?
[14]     **A:** Yes.
[15]     **Q:** And when did you become aware of that?
[16]     **A:** I don't know when, but — I don't know if
[17] it was Jerry Johnson that may have brought that up
[18] on a phone call, or if it was —
[19]     **Q:** With you?
[20]     **A:** You know, I'd be speculating on that. I'd
[21] be just guessing exactly if I knew when.
[22]     So I just know that at one time they were,
[23] or if they are, I don't know, you know.
[24]     **Q:** Okay. Do you know what type of

Page 92

[1] bankruptcy?
[2]     **A:** No.
[3]     **Q:** Are you aware that JSW PMI requested a
[4] letter of commitment from Sunbeam-Oster?
[5]     **A:** I am aware that after the — to my — yes.
[6]     **Q:** Okay.
[7]     **A:** After the fact, I'd call it.
[8]     **Q:** So would it be accurate that you became
[9] aware that JSW PMI requested a letter of commitment
[10] from Sunbeam-Oster, but it was after the fact?
[11]     **A:** Yes.
[12]     **Q:** When did you become aware of it?
[13]     **A:** I don't know when.
[14]     **Q:** How did you become aware of it?
[15]     **A:** How did I become aware of it?
[16] It may have been during a conversation
[17] with Steve.
[18]     **Q:** Do you know —
[19]     **A:** But the thing is, is that, you know, we —
[20] gosh, it's — I don't know when.
[21]     **Q:** Do you have any notes or records that
[22] would refresh your memory as to when it occurred?
[23]     **A:** No, I don't.
[24]     **Q:** Are there any plans presently for Exel

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 25 of 48

John Robert Amoreno
January 9, 2003

Exel Bobbins and Plastic Components, Inc.    v.
JSW Plastics Machinery, Inc.

Page 93

[1] Bobbins to purchase additional machines or lease
[2] additional machines?
[3]    A: If we were able to, we would be — we
[4] tried to.
[5]    I mean, can I — I don't know, maybe —
[6] maybe someone can help me if I'm wrong here, but,
[7] you know, I established with JSW a relationship, a
[8] business relationship, a commitment from them to
[9] support us.
[10]    Q: When you say "to support us," are you
[11] talking about Exel Plastics?
[12]    A: To supply — well, first it was Exel
[13] Plastics.
[14]    Q: Okay.
[15]    A: Of course —
[16]    Q: All right. Let's talk about that
[17] commitment, then.
[18]    What commitment did you obtain from JSW
[19] PMI?
[20]    A: What commitment?
[21]    Q: Yeah, for Exel Plastics.
[22]    A: For Exel Plastics? To supply us with
[23] machines.
[24]    Q: And what does that commitment entail?

Page 94

[1]    A: A down payment of 5 percent, net 180 days.
[2]    Q: Okay. When did you secure that
[3] commitment?
[4]    A: '96.
[5]    Q: From whom?
[6]    A: JSW.
[7]    Q: I mean — let me be a little bit more —
[8]    A: I —
[9]    Q: Who at JSW PMI?
[10]    A: Well, I don't know who.
[11] And I worked with Bob Fahrenbach, I worked
[12] with — you know, I went to Japan, I went to Tokyo,
[13] I went to Hiroshima with them.
[14]    They sent me there, they paid for that,
[15] they — I worked with a — there was a Hariama,
[16] there's Harato, I think, back then was his name.
[17] Different people.
[18]    But they committed to — you know, they
[19] committed to try and work with, you know, a smaller
[20] molder at that time I was, and, you know, support
[21] me in the growth of my business to sell machines,
[22] and for me to one day be a bigger molder, you
[23] know.
[24]    If you got a guy that's already

Page 95

[1] established and he's got all his machines in place,
[2] well, he might replace a machine here and there,
[3] but me, if I can grow, they have an opportunity to
[4] supply more machines to me, so they had a
[5] commitment with me.
[6]    Q: Okay. So this commitment was sometime in
[7] or about 1996. Was the —
[8]    A: The initial purchase of my first machine.
[9]    Q: Was the commitment in writing?
[10]    A: Later on it was.
[11]    Q: And what was that — when, approximately,
[12] was the writing?
[13]    A: Well, for Exel Plastics?
[14]    Q: Yes.
[15]    A: It was probably '97 or '98.
[16]    Q: Do you still have that writing?
[17]    A: It's possible to have that somewhere, yes.
[18]    Q: Is it a written — a written agreement
[19] signed by JSW PMI and yourself?
[20]    A: No, just them. Just JSW.
[21]    Q: Well, what does it say?
[22]    A: They would support the growth of Exel
[23] Plastics, and they would like a line of credit
[24] letter and —

Page 96

[1]    Q: When you say "support the growth," what do
[2] you — what do you mean by that, or what did the
[3] letter say?
[4]    A: That they would support the growth of Exel
[5] Plastics for any new machines up to a million
[6] dollars.
[7]    Q: Okay. So what did that mean to you?
[8]    A: That they would supply me up to a million
[9] dollars' worth of machines and support me in my
[10] growth.
[11]    Q: Okay. When you say they would supply you
[12] up to a million dollars in machines, do you mean
[13] they were just going to give you a million dollars'
[14] worth of machines?
[15]    A: Well, not just — there was terms of —
[16]    Q: Well, what are the terms?
[17]    A: 5 percent down, net 180 days.
[18]    Q: Okay. So you understood that JSW PMI
[19] would support the growth of Exel Plastics up to a
[20] million dollars if Exel Plastics abided by the
[21] terms of 5 percent down, net 180, net 180 days,
[22] correct?
[23]    A: Along with a discussion that they would
[24] take position in financing if need be and help me

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 26 of 48

Excel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 97

[1] in the financing, and which they did with Heller
[2] Financial being a program that they had together.
[3] So there was a lot of things they had.
[4]    Q: Okay.
[5]    A: A prime minus-one program they had out,
[6] where you — nothing down also, so if I wanted to
[7] not put 5 percent down.
[8]    Q: All right. Let me just see if I can get
[9] this clear.
[10]    You understood that JSW PMI would support
[11] the growth of Exel Plastics with a line of credit
[12] up to one million dollars, and if Exel Plastics
[13] complied with the terms of 5 percent down, net 180
[14] days, and JSW PMI would help with the financing; is
[15] that correct?
[16]    A: Yeah. Yes.
[17]    Q: Okay. When — your understanding was that
[18] JSW would help with the financing.
[19]    Did you understand that to mean that JSW
[20] would guarantee financing, or would provide
[21] assistance with no guarantee that financing would
[22] be obtained?
[23]    A: Well, there's —
[24]    Q: What was your understanding?

Page 98

[1]    A: There's two understandings, and not just
[2] understandings, I guess.
[3]    I asked a specific question to Jerry
[4] Johnson when he — but, again, you know, we're
[5] going, I think to the Ex— more towards the fact of
[6] during the time that we went to the other line of
[7] credit also.
[8]    But what I asked is, is that, you know,
[9] for Exel — now — can you — I don't know, maybe
[10] can you just re-ask me the question? I kind of got
[11] off, and my mind is, you know — went off in
[12] another direction maybe a little bit.
[13]    Q: Okay. Did you have an understanding with
[14] regard to JSW's help with financing of the press,
[15] that JSW would guarantee the financing to be
[16] complete, or that JSW PMI would assist, but could
[17] not provide a guarantee with regard to the
[18] financing?
[19]    A: For Exel Plastics?
[20]    Q: Yes.
[21]    A: They sent a number of things that led me
[22] to believe that, or was promoting the financing
[23] with — with, you know, Heller Financial, and the
[24] prime minus-one programs and stuff, and I had — so

Page 99

[1] in — I've had discussions, I said, with — they —
[2] but, see, I — kind of more goes to, it's —
[3] encompasses going into Exel Bobbins, I guess I
[4] would say, too.
[5]    Q: Well, let's just talk about Exel Plastics
[6] for the moment.
[7]    You said that JSW PMI forwarded to you
[8] prime minus-one and Heller Financial information?
[9]    A: Right.
[10]    Q: Now did JSW PMI ever say to you "We will
[11] guarantee the financing"?
[12]    A: To me, yes.
[13]    Q: They would guarantee it?
[14]    A: Yes.
[15]    Q: Who said that?
[16]    A: Jerry Johnson.
[17]    Q: When?
[18]    A: On a phone conversation.
[19]    Q: When?
[20]    A: I asked him if we had trouble with fin—
[21] well, again, it's going into a scope— I'm sorry,
[22] it's going into the — a discussion I had, me with
[23] Jerry Johnson, so —
[24]    Q: Regarding Exel Plastics?

Page 100

[1]    A: Well, I guess it was Exel, and Exel
[2] Bobbins, Exel Plastics and Bobbins.
[3]    It was a combination, because it was all
[4] happening at the same time, so —
[5]    Q: Okay.
[6]    A: I mean, that's why I say it was — it's
[7] kind of hard to pinpoint that.
[8]    Q: Well, can you tell me everything that was
[9] said in this conversation with Jerry Johnson
[10] regarding a guarantee?
[11]    A: Well, this — this is when I'm planning to
[12] put together the facility in Texas, really, and it
[13] had to do with the line of credit for Exel Bobbins,
[14] really, 'cause I already had the one with Exel
[15] Plastics.
[16]    So I said "Listen, I — you know, it's a
[17] start-up company. I need — you know, I'm going to
[18] — when it comes time to finance this, you are —
[19] you're giving me this letter of credit for
[20] financing, and also, that — the assistance with
[21] the complete financing with the banks, or anybody,
[22] if need be, would you take position and make sure
[23] that this gets done and financed through —"
[24] whether it be a bank or someone they had or — or

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 27 of 48

John Robert Annoreno
January 9, 2003

Excel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

Page 101

[1] whatever.

[2] **Q:** Okay. And what did he say?

[3] **A:** And "Yes, we'll support you in any way

[4] possible. Everything, anything, we'll — we'll

[5] take positions, we'll do whatever it takes to — to

[6] get —" they wanted to sell machines. They wanted

[7] us to grow.

[8] **Q:** So is it accurate that Jerry Johnson

[9] promised to help you secure the financing from a

[10] bank or a financing institution?

[11] **A:** Yes. I asked him specifically.

[12] **Q:** Okay. But Jerry Johnson did not tell you

[13] that JSW PMI would finance the press, did he?

[14] **A:** He — well, what do you mean JSW financed

[15] the press? They gave me —

[16] **Q:** I think in the —

[17] **A:** — financing.

[18] **Q:** Good — good point.

[19] Other than the terms of 5 percent down,

[20] net 180 days, beyond the 180 days, Jerry Johnson

[21] did not tell you that JSW PMI would be doing the

[22] financing for the press beyond 180 days, correct?

[23] **A:** He didn't tell me he — they weren't going

[24] to — just — I asked him specifically, "We are a

Page 102

[1] start-up company and I need support, and I need to

[2] know before I open the doors that when I need

[3] machines, I was guaranteed to be able to obtain

[4] machines and the financing."

[5] And that's where he said he would support,

[6] would do whatever it takes so that we can get these

[7] machines and the financing.

[8] And he put the — gave me — you know,

[9] you've got — he gave paperwork.

[10] I mean, I don't know, you know what, I had

[11] — when he tells me that, I was led to believe,

[12] based on prior stuff, that — that, yes, he was

[13] going to support me with financing, he would

[14] finance it, JSW would finance it.

[15] They would guarantee it to the bank if it

[16] need be, is what I kind of asked, if we were going

[17] for finance, guarantee it for a period of time, if

[18] that was a situation, any — I brought up multiple

[19] situations.

[20] **Q:** Did Jerry Johnson tell you that beyond 180

[21] days, that JSW PMI would guarantee financing?

[22] **A:** Guarantee financing?

[23] **Q:** For the press.

[24] **A:** I asked him.

Page 103

[1] **Q:** Did he or didn't he?

[2] **A:** See, I have to say yes, to my knowledge,

[3] because that's what question I was asking it for.

[4] So I was asking for that, yes.

[5] I mean, that's the question I was asking

[6] him, for that support.

[7] So I — when he said "Yes," to me, that's

[8] yes.

[9] I — I didn't — previous business with

[10] him, I didn't think I needed — I mean, the guy

[11] tells me that, and so far they were behind me in

[12] helping in every way they could, so, I believe, led

[13] — was led to believe, yes, he would support me,

[14] he would finance me, JSW would finance me, he'd

[15] sign in position on — with a bank.

[16] It's, yes, my understanding that I was led

[17] to believe that.

[18] **MR. REGAN:** Okay. We're going to go off the

[19] record.

[20] **THE VIDEO TECHNICIAN:** We are now going off the

[21] record to change videotapes. This is the end of

[22] videotape number one. The time is 11:30.

[23] **MR. REGAN:** We'll take a few minutes' break.

[24] (Discussion off the record.)

Page 104

[1] **THE VIDEO TECHNICIAN:** We are now back on the

[2] record. This is the continuation of the deposition

[3] of John Annoreno. This is the beginning of

[4] videotape number two. The time is 11:42.

[5] **BY MR. REGAN:**

[6] **Q:** Mr. Annoreno, do you know of any writing

[7] wherein JSW PMI said to you at Exel Plastics that

[8] JSW PMI would guarantee your purchase of a press

[9] after the passage of 180 days?

[10] **A:** No.

[11] **Q:** Okay. Was it your understanding that if

[12] you paid a 5 percent down on a press and did not

[13] make payment to JSW PMI within 180 days, that you

[14] would be in breach of the contract for purchase of

[15] that machine?

[16] **A:** Yes.

[17] **Q:** So you knew if you did not comply with

[18] those terms you would have breached the contract,

[19] correct?

[20] **A:** Yes.

[21] **Q:** Okay. So when JSW PMI said they were

[22] willing to help, and I'm using your word, help with

[23] financing, you understood that that help was that

[24] JSW PMI would give their best assistance on the

Page 105

[1] matter, but that they were not guaranteeing the
[2] financing after 180 days; is that correct?
[3] A: For Exel Plastics, yes.
[4] Q: Okay. And you understood that when you
[5] purchased a machine from JSW PMI at Exel Plastics,
[6] that you were responsible for obtaining financing
[7] for the purchase of the machine so that you could
[8] pay JSW within the 180 days; is that correct?
[9] A: Yes.
[10] Q: All right. Now we have specifically been
[11] talking about Exel Plastics. Now let's talk about
[12] Exel Bobbins.
[13] Exel Bobbins purchased a press with 5
[14] percent down, payment in 180 days; is that correct?
[15] A: Yes.
[16] Q: And which press is that?
[17] A: 385.
[18] Q: Okay. Did Exel Bobbins pay the 5 percent
[19] down on the purchase of the 385-ton press from JSW
[20] PMI?
[21] A: No.
[22] Q: Did Exel Bobbins make payment on the
[23] 385-ton press purchased from JSW PMI by paying the
[24] balance due in 180 days?

Page 106

[1] A: No.
[2] Q: So is it accurate that Exel Bobbins was in
[3] breach of the agreement with JSW PMI to purchase
[4] the — JSW's 385-ton press?
[5] A: No.
[6] Q: Okay. Why do you say "no"?
[7] A: Because I asked for their financial
[8] backing on it.
[9] Q: Okay. You asked for JSW PMI's financial
[10] backing?
[11] A: Yes.
[12] Q: Okay. And who did you ask?
[13] A: Jerry Johnson.
[14] Q: And this was in a conversation that you
[15] had with Jerry that you were earlier talking about?
[16] A: Yes.
[17] Q: Okay.
[18] A: That's all.
[19] Q: That's the only basis that you have to say
[20] that Exel Bobbins was not in breach of the
[21] agreement?
[22] A: No.
[23] Q: Okay. Now with regard to this phone
[24] conversation with Jerry Johnson, you don't recall

Page 107

[1] the specific date, correct?
[2] A: No.
[3] Q: Can you give us an approximate time in
[4] which this conversation took place?
[5] A: 2000, early 2000.
[6] Q: Okay. Early 2000.
[7] Now did you consider this to be an
[8] important telephone conversation?
[9] A: No.
[10] Q: Okay. Did you write Jerry Johnson to
[11] confirm this telephone conversation?
[12] A: No.
[13] Q: Did you make any notes with regard to this
[14] telephone conversation?
[15] A: No.
[16] Q: Did you ever have any further discussions
[17] with Jerry Johnson regarding this telephone
[18] conversation?
[19] A: I don't remember.
[20] Q: All right. So is it accurate that the
[21] only thing you can recall JSW PMI ever making a
[22] guarantee on the purchase of the Exel Bobbins press
[23] was in this telephone conversation with Jerry
[24] Johnson in early 2000?

Page 108

[1] Is that correct?
[2] A: Yes.
[3] Q: Did you ever speak with Steve Becker
[4] regarding this guarantee?
[5] A: Yes.
[6] Q: When?
[7] A: He was there.
[8] Q: He was — what, was this a conference
[9] call?
[10] A: Yes.
[11] Q: Okay. And where was it made from?
[12] A: Exel Plastics.
[13] Q: Did you have any other conversations with
[14] Steve Becker regarding this conversation after the
[15] conversation took place?
[16] A: I don't know if it was specifically.
[17] There was conversations. I don't know.
[18] Q: All right. Maybe my question —
[19] A: You know, I mean — go ahead.
[20] Q: Maybe my question wasn't too clear. Let
[21] me ask it again.
[22] Following the conversation that Steve
[23] Becker and you had with Jerry Johnson wherein you
[24] contend that Jerry Johnson said that JSW PMI was

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 29 of 48

JOHN ROBERT AMMORENO                    Exel Bobbins and Plastic Components, Inc.  v.
January 9, 2003                                              JSW Plastics Machinery, Inc.

**Page 109**

[1] guaranteeing the machine's financing, did you,
[2] after that conversation, ever have conversations
[3] with Steve Becker regarding financing?
[4]   **A:** Yes.
[5]   **Q:** When?
[6]   **A:** When it came up about financing and paying
[7] for the 385.
[8]   **Q:** Okay. And what did you discuss?
[9]   **A:** We just didn't — we were — we were — we
[10] just don't understand what was going on. They were
[11] going to support us in — in the financing of the
[12] machines.
[13]   **Q:** So was it your understanding that Exel
[14] Bobbins did not have to pay any monies for the
[15] purchase of the 385-ton press?
[16]   **A:** No.
[17]   **Q:** So you — you understood Exel Bobbins was
[18] responsible to make payment on the 385-ton press,
[19] correct?
[20]   **A:** Yes.
[21]   **Q:** Okay. And you understand that Exel
[22] Bobbins did not make payment on the 385-ton press,
[23] correct?
[24]   **A:** In full?

**Page 110**

[1]   **Q:** Yes.
[2]   **A:** Correct.
[3]   **Q:** Okay. Yet you believe that this telephone
[4] conversation with Jerry Johnson in early 2000
[5] somehow relieves Exel Bobbins of the obligation to
[6] make payment in full; is that correct?
[7]   **A:** Well, I believe we need to pay for the
[8] machine, obviously, that we bought it.
[9]   **Q:** Okay. When?
[10]   **A:** When what?
[11]   **Q:** When do you believe that the payment
[12] should be made on the machine?
[13]   **A:** Well, try to make it at that 180-day mark.
[14]   **Q:** Okay. So do you believe that Exel
[15] Bobbins' only requirement was to attempt to make a
[16] payment at the 180-day mark after purchase of the
[17] 385-ton press?
[18]   **A:** To obtain financing.
[19]   **Q:** Okay. Now what did Exel Bobbins do to
[20] obtain financing for the purchase of the JSW
[21] 385-ton press?
[22]   **A:** That was with Steve, and some of the guys
[23] at JSW were working on that.
[24]   **Q:** Okay. Is this something that basically

**Page 111**

[1] Steve handled?
[2]   **A:** At that time, yeah.
[3]   **Q:** Yeah, and you were —
[4]   **A:** I mean, it went to that.
[5]   **Q:** All right. Now this is after the machine
[6] is shipped by JSW PMI to Exel Bobbins, correct?
[7]   **A:** Correct.
[8]   **Q:** And it's your understanding that Steve
[9] Becker is working on the financing to pay off the
[10] 385-ton press, correct?
[11]   **A:** Correct.
[12]   **Q:** And Steve Becker is handling the
[13] negotiations and doing all the work to try to raise
[14] the money for the financing, correct?
[15]   **A:** Yeah.
[16]   **Q:** Is it accurate that you are basically out
[17] of the loop; that this is something that Steve
[18] Becker is handling?
[19]   **A:** At the time he was handling it, yes.
[20]   **Q:** Okay. Now at some point in time did Steve
[21] Becker come to you and say "Look, I cannot get the
[22] financing for the 385-ton press"?
[23]   **A:** Yes. He said they were having — he was
[24] having a problem.

**Page 112**

[1]   **Q:** Okay. Did he tell you what he had done to
[2] try to get the financing?
[3]   **A:** Yes. He spoke with various number of
[4] financial institutions.
[5]   **Q:** Well, was Wells Fargo one?
[6]   **A:** That sounds like — yeah, Wells Fargo,
[7] U.S. Bank Corp., if I recall.
[8]   **Q:** Heller Financial?
[9]   **A:** I don't think so.
[10]   **Q:** Okay. Now did Steve Becker tell you why
[11] Wells Fargo and U.S. Bank Corp. did not want to
[12] lend money?
[13]   **A:** We were a start-up company.
[14]   **Q:** In other words, Exel Bobbins did not have
[15] a proven track record?
[16]   **A:** Correct.
[17]   **Q:** Did Wells Fargo and U.S. Bank ask for
[18] personal financial statements?
[19]   **A:** I don't know. They may have.
[20]   **Q:** Did you provide any personal financial
[21] statement to either Wells Fargo or U.S. Bank
[22] Corp.?
[23]   **A:** I don't think so.
[24]   **Q:** What else, if anything, did Steve Becker

Exet Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 113

[1] tell you he did to attempt to locate financing for
[2] purchase of the JSW PMI 385-ton press?
[3]    A: Made a lot of phone calls to people
[4] around, to the bank, I think Texas State Bank that
[5] we work with. They don't handle that, they don't
[6] do that.
[7]    From — just tried to find someone.
[8]    Q: Okay. Do you — or can you give us your
[9] best estimate of the number of banking
[10] institutions, leasing agencies, different entities
[11] that Steve Becker contacted in order to secure
[12] financing for the 385-ton press?
[13]    A: I guess — no, I couldn't. I just know
[14] that he talked with a couple, few, maybe more, I
[15] don't know.
[16]    Q: Well, more than ten?
[17]    A: No, I don't think so.
[18]    Q: More than five?
[19]    A: I know he spoke with Wells Fargo, I know
[20] he spoke with U.S. Bank Corp., I know he spoke with
[21] Texas State Bank.
[22]    This is things that I know that I can
[23] answer to.
[24]    Q: Okay. And he told you that — strike

Page 114

[1] that.
[2]    Steve Becker told you that Wells Fargo
[3] Bank and U.S. Bank refused to make a loan because
[4] Exel Bobbins was a start-up company and they did
[5] not have a proven track record?
[6]    A: To the best of my knowledge, yes.
[7]    Q: Did they state any other reason?
[8]    A: No, not that I know of.
[9]    Q: Okay. Did Steve Becker ask you to assist
[10] in securing financing for the purchase of the JSW
[11] PMI 385-ton press?
[12]    A: I think I talked with — with them, one of
[13] the guys there, if I'm not mistaken.
[14]    Q: With one of what guys?
[15]    A: I think one of the guys from one of the
[16] finance places, you know. I'm not sure. I don't
[17] remember. It was a while ago.
[18]    Q: Okay.
[19]    A: But I think I did.
[20]    Q: All right. Did you take any other action
[21] to secure financing?
[22]    A: I don't remember if I took any other
[23] action.
[24]    I mean, they said no, they would — they

Page 115

[1] turned us down. I don't know what my action would
[2] do.
[3]    Q: Okay. So what — strike that.
[4]    When it became evident that Steve Becker
[5] could not obtain the financing and you could not
[6] obtain the financing for the purchase of the
[7] 385-ton press, what is it that you expected JSW PMI
[8] to do?
[9]    A: Well, they could have done — let us pay
[10] them.
[11]    Q: Okay. But now this is after the 180 days?
[12]    A: Right. We can make payments to them.
[13]    Q: So you wanted JSW PMI to provide the
[14] financing?
[15]    A: Or they could have called the people they
[16] recommended and said just — as long — as long as
[17] they're making the payments, that's good.
[18]    I mean, they could step in and play a part
[19] on it. It's their —
[20]    Q: Okay.
[21]    A: You know.
[22]    Q: To your knowledge, was that written into
[23] the agreement for the purchase of the 385-ton
[24] press, that if you were not able to get financing,

Page 116

[1] that it was okay with JSW PMI?
[2]    A: Written, no.
[3]    Q: Okay. So you understood, and Exel Bobbins
[4] understood that in purchasing the 385-ton press,
[5] the terms were to pay 5 percent down and the
[6] principal due in 180 days, correct?
[7]    A: Yes.
[8]    Q: Okay. Now when it became evident to you
[9] that Steve Becker couldn't raise the financing and
[10] you couldn't raise the financing, what did you do
[11] at that point with regard to purchase of the
[12] 385-ton press?
[13]    A: I didn't do anything.
[14]    Q: Okay.
[15]    A: Personally.
[16]    Q: All right. To your knowledge, did Steve
[17] Becker do anything?
[18]    A: He had conver— many conversations with
[19] all the people at JSW, yes, trying to work it out.
[20]    Q: Okay. And that didn't work out?
[21]    A: I thought something worked out. I thought
[22] there was an agreement made by JSW to let him pay
[23] payments to them.
[24]    Q: Okay.

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 31 of 48

JOHN ROBERT AMBROSINO    Exel Bobbins & Plastic Components, Inc.    v.
January 9, 2003    JSW Plastics Machinery, Inc.

Page 117

[1] A: Not I thought, I know there was, but I
[2] haven't — I wasn't part of it.
[3] Q: Okay. After you realized that you could
[4] not do anything regarding the financing, did you
[5] call Jerry Johnson and say to him "Look, Jerry, you
[6] promised me in early 2000 that JSW PMI would
[7] guarantee financing"?
[8]    Did you do that?
[9] A: No. Steve was handling it with them.
[10] Q: Did you do that?
[11] A: No, I did not.
[12] Q: Now you originally started working with
[13] JSW back in 1996, if I recall; is that correct?
[14] A: Yes.
[15] Q: And in 1996, would you characterize your
[16] relationship with JSW as good?
[17] A: Yes.
[18] Q: And did your relationship with JSW — and
[19] by "you," I mean Exel Plastics — did that remain
[20] on a good, friendly basis to some point in time?
[21] A: Yes.
[22] Q: And when did that point come up?
[23] A: What point?
[24] Q: A point where you were no longer on a

Page 118

[1] good, friendly basis with JSW PMI?
[2] A: When — when they, I guess, didn't ship us
[3] those machines we needed.
[4] Q: You mean when JSW PMI did not ship the
[5] machines for Sunbeam-Oster?
[6]    Would that be accurate?
[7] A: Yes.
[8] Q: Okay. And I just want to make it real —
[9] A: Did you ask it for me, or for Exel
[10] Plastics? I'm sorry, was there —
[11] Q: For — well, I don't want there to be any
[12] confusion.
[13] A: Okay.
[14] Q: Let me go back.
[15] A: Yes.
[16] Q: As between Exel Plastics and JSW PMI, did
[17] you ever reach a point where the relationship
[18] between the two companies was not good?
[19] A: Yes.
[20] Q: When did that occur?
[21] A: When they misrepresented the 310 to me.
[22] Q: And when did that occur?
[23] A: 2001. All around the same time. It all
[24] happened at the same time, is what happened.

Page 119

[1] Q: Can you give me a month in 2001?
[2] A: Whenever — whenever the — the financing
[3] came due on the 385.
[4] Q: Okay.
[5] A: It all happened then.
[6] Q: So you had a problem with JSW PMI
[7] regarding the 310-ton press you purchased from JSW
[8] PMI, correct?
[9]    And by "you," I mean Exel Plastics.
[10] A: Yes.
[11] Q: Now you, in your capacity as a 50 percent
[12] owner with Exel Bobbins, had a problem with JSW PMI
[13] when you say JSW PMI did not deliver the machines
[14] for the Sunbeam-Oster order, correct?
[15] A: I guess, yeah.
[16] Q: Well —
[17] A: I mean, it started then, yeah.
[18] Q: Tell me if it's different.
[19] A: I mean, I don't know. I mean, it just —
[20] that's when things happened, when they didn't —
[21] when they didn't deliver the machines, yes.
[22] Q: Okay. Now what purchase order was issued
[23] by Exel Bobbins that JSW PMI did not comply with?
[24] A: Purchase order?

Page 120

[1] Q: Yes.
[2] A: It was — I think there was a number of
[3] them for — ranging from 110 to 720-ton, but 110,
[4] 500-ton. 110 and 500-ton, I think, specifically.
[5] Q: Did Exel Bobbins issue a purchase order to
[6] purchase any machines from JSW PMI for
[7] Sunbeam-Oster?
[8] A: Did Exel Bobbins issue purchase orders?
[9] For Sunbeam-Oster?
[10] Q: Yes.
[11] A: To do work for them to JSW?
[12] Yes.
[13] Q: What purchase orders?
[14] A: Exel Bobbins purchase orders. I don't
[15] know the numbers.
[16]    I didn't do it, Steve did.
[17] Q: So you don't have any personal knowledge
[18] of any purchase orders being issued by Exel Bobbins
[19] to JSW PMI for the purchase of injection molding
[20] machines that JSW PMI did not send to Exel Bobbins;
[21] is that correct?
[22] A: Well, I know that there was a purchase
[23] order issued for that. I seen them on — there was
[24] numbers, I just don't remember the numbers. I

Case 1:01-cv-00148    Document 75    Filed in TXSD on 08/26/2003    Page 32 of 48

Excel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 129

[1] purchase order to JSW PMI, correct?

[2]   A: Correct.

[3]   Q: JSW PMI then ships a machine, correct?

[4]   A: Correct.

[5]   Q: That would be an acknowledgement in one

[6] form or another, that they've accepted the purchase

[7] order, correct?

[8]   A: Correct.

[9]   Q: Okay. So the quotation is less important

[10] than the purchase order that is issued.

[11]     Can we agree on that?

[12]   A: I don't — I mean, I don't know, I'm —

[13] your thinking, what you're thinking about that. I

[14] can't answer — I mean, I don't know what you mean

[15] by that.

[16]   Q: Okay. When you purchase and issue a price

[17] in the purchase order, that price may or may not be

[18] what is quoted. Correct?

[19]   A: The price may not be what is quoted? You

[20] mean it could change?

[21]   Q: Sure.

[22]   A: Could.

[23]   Q: Okay. The price in which JSW PMI quoted

[24] the 385 would not necessarily be the same price

Page 130

[1] that Exel Bobbins put in its purchase order,

[2] correct?

[3]   A: I'm sorry, what was that again?

[4] Was not the price they put in — I believe

[5] it was. I believe it was the price.

[6]   Q: I don't know whether it was or not, okay.

[7] But the reason it would be — if it were

[8] the same, would be because you discussed that price

[9] and it came to an agreement, correct?

[10]   A: It was agreed upon and PO issued.

[11]   Q: Okay. Now at the time that you formulated

[12] the business in Exel Bobbins, did you prepare an

[13] anticipated Profit and Loss Statement?

[14]   A: Anticipated Profit and Loss Statement.

[15] No.

[16]   Q: What forecasting methods, if any, did you

[17] use in anticipating what the business would do when

[18] you started up Exel Bobbins?

[19]   A: Just the current business that we had,

[20] plus the commitments that we had with, mainly, that

[21] being — I mean, not mainly, but Sunbeam had

[22] committed to us for a lot of business.

[23]   Q: Is it accurate the reason you went to

[24] Brownsville, Texas was because of the anticipated

Page 131

[1] Sunbeam-Oster business?

[2]   A: Along with others.

[3]   Q: But primarily Sunbeam-Oster, correct?

[4]   A: Primarily, yes, that with the customers we

[5] already had.

[6]   Q: Now my question is:

[7] Did you do any analysis, what we might

[8] call a business analysis, in terms of projecting

[9] profit and loss, actually prepare a projected

[10] Profit and Loss Statement for Exel Bobbins?

[11]   A: No.

[12]   Q: All right. At the time of start-up, did

[13] you prepare a cash flow analysis for monies needed

[14] for Exel Bobbins' operation?

[15]   A: Prepare, no.

[16]   Q: Well, how much money did you think was

[17] needed to start up Exel Bobbins?

[18]   A: How much was needed to start.

[19] I don't have those figures of —

[20]   Q: Well, how much money did you put into Exel

[21] Bobbins; you, personally?

[22]   A: Well, not me, personally, but —

[23]   Q: Did you put any money in personally?

[24]   A: I mean, yeah, Exel Plastics did.

Page 132

[1]   Q: All right. How much money did Exel

[2] Plastics put into Exel Bobbins to start up?

[3]   A: I don't — it's on the tax return as to

[4] what I think it was.

[5]   Q: Well, what is your best estimate?

[6]   A: It may have been seventy thousand.

[7]   Q: I recall, and I — Steve Becker testifying

[8] that each of you put in $500 to start the

[9] corporation?

[10]   A: Well, that's different. That's just to

[11] establish the corporation.

[12]   Q: That was to establish the corporation; is

[13] that accurate?

[14]   A: Yeah.

[15]   Q: Now following the five hundred dollars

[16] from each, did you put, specifically, dollars into

[17] — in other words, money, and then we'll get to

[18] equipment.

[19]     Did you put any money into Exel Bobbins?

[20]   A: Yes.

[21]   Q: How much?

[22]   A: I don't know offhand.

[23]   Q: Do you keep a ledger card on how much

[24] money you put into Exel Bobbins?

JOHN ROBERT AMMORENO
January 9, 2003

Exel Bobbins a    Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

Page 133

[1] A: The accountant had something for that.

[2] Q: All right. Now is this money that you put
[3] into Exel Bobbins, is that on the basis that those
[4] monies are a loan?

[5] A: Yes.

[6] Q: And is it your understanding that you have
[7] loaned — by "you," I mean either you or Exel
[8] Plastics, have loaned Exel Bobbins seventy thousand
[9] dollars?

[10] A: I believe that to be the number, around
[11] about.

[12] Q: Okay. But that number —

[13] A: Yes.

[14] Q: — whatever that number is, it is a loan
[15] to Exel Bobbins; is that correct?

[16] A: Yeah.

[17] Q: And what are the terms of that loan?

[18] A: Well, I'm — I'm Exel Bobbins, so when I
[19] can pay it back, I would. There was no set terms.

[20] Q: All right. So it's just a loan to a
[21] shareholder?

[22] A: I don't know how you would classify that,
[23] just that I, at one day, would take the money back
[24] or use it as a deduction of some sort if — I don't

Page 134

[1] think you can use it as a deduction, I don't know.

[2] The accountants handle that. I just —
[3] you know, I know how to run plastic parts, mold
[4] parts, make happy customers.

[5] Q: Do you know if there's any writing
[6] documenting this loan from a shareholder?

[7] A: A writing document?

[8] Q: Yeah.

[9] A: A loan — no loan.

[10] Q: Is there a demand note?

[11] A: A note? No.

[12] Q: So there's no written document?

[13] A: No.

[14] Q: Now you say the amount is about seventy
[15] thousand, could be plus or minus, but approximately
[16] that amount.

[17] How much of that consists of equipment?

[18] A: I don't know if that's equipment. I don't
[19] know the breakdown of it. I think it could be
[20] separate from equipment.

[21] Q: Okay. So it's your understanding, then,
[22] that the $70,000 loan is the approximate amount of
[23] money that you have — and by "you," I mean either
[24] you or Exel Bobbins, Exel Plastics, rather, have

Page 135

[1] sent to Exel Bobbins?

[2] A: Yes, or paid for stuff for Exel Bobbins.

[3] Q: Okay. When you say "or paid for," you
[4] mean paid credit cards of Steve Becker's?

[5] Would that be one of the payments?

[6] A: If it was, it would be small. I paid the
[7] deposit for the machine.

[8] Q: Anything else that you can recall
[9] specifically?

[10] A: I would send — I would wire some money to
[11] the account, I mean, send — because they're
[12] starting a business, supplies, electrical supplies,
[13] plumbing supplies, for things, would provide some
[14] funds.

[15] Q: Did you have any —

[16] A: Relocation, cost money to move equipment.

[17] Q: Did you have any written document that you
[18] looked at and said "Okay, November of 2000, I've
[19] got to send fifteen thousand to Exel Bobbins, in
[20] March of 2001 I have to send a certain amount of
[21] money"?

[22] Did you have any document like that?

[23] A: No.

[24] Q: So would it be accurate, then, that Steve

Page 136

[1] Becker would call you and say "Hey, John, I need
[2] ten thousand," and then you would try to come up
[3] with the money and send it to him?

[4] A: I guess you could say it that way, yeah.
[5] I had money aside for the start-up.

[6] Q: How much money did you set aside for the
[7] start-up?

[8] A: Well, just in one account there may have
[9] been ninety thousand, I don't know, eighty
[10] thousand. That was just at one time, there was
[11] money, cash flow.

[12] Q: This was cash flow of Exel Plastics?

[13] A: Exel Plastics, yeah.

[14] Q: Okay. Now of the seventy thousand dollars
[15] or so that Exel Bobbins owes to you, either you or
[16] Exel Plastics, was that number ever greater than it
[17] currently is?

[18] A: I don't think so.

[19] Q: Have you ever received any repayment in
[20] monies loaned or sent to Exel Bobbins?

[21] A: I think so, yes.

[22] Q: How much?

[23] A: I don't recall what it was. Could have
[24] been twenty-some thousand.

Excel Bobbins and Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

---

Page 137

[1] **Q:** All right. Is that in the form of a loan
[2] repayment, if you know?
[3] **A:** Reimbursement I call it, you know.
[4] **Q:** How does it show up in your tax return, if
[5] you know?
[6] **A:** I don't know.
[7] **Q:** Okay. When Exel Bobbins was unable to get
[8] any further machines from JSW PMI, what if anything
[9] did Exel Bobbins do to try to get alternate
[10] machinery?
[11] **A:** Called other machinery companies.
[12] **Q:** Did you participate in that?
[13] **A:** Partial — I contacted somebody that Steve
[14] got into contact with.
[15] **Q:** Did you attempt to purchase equipment,
[16] machinery from JSW PMI through Exel Plastics for
[17] Exel Bobbins?
[18] **A:** Did I try to purchase it from Exel
[19] Plastics, for Exel Bobbins?
[20] It just would be the 385.
[21] **Q:** Okay.
[22] **A:** I mean —
[23] **Q:** Did you try to purchase any other
[24] equipment?

Page 138

[1] **A:** No, at that point, no, I guess not.
[2] **Q:** Did you call — for example, did you call
[3] Jerry Johnson and say "Look, I'll go ahead and
[4] purchase the machines to be used down at Exel
[5] Bobbins"?
[6] **A:** Wasn't I —
[7] **Q:** "I," meaning Exel Plastics.
[8] **A:** But wasn't I Exel Bobbins? What's the
[9] difference? I mean —
[10] **Q:** All I'm doing is trying to find out if you
[11] did that.
[12] **A:** If I made a specific phone call to that
[13] effect, to that question, no, I did not.
[14] **Q:** Okay. Did you consider that, taking that
[15] form of an action to attempt to purchase a press
[16] that Exel Bobbins claims it needed to operate
[17] business?
[18] **A:** I already did that.
[19] We already did that with the 385, and
[20] there was the problem. There was no problem until
[21] that came up. Everything was fine in my eyes, you
[22] know, as far as my understanding.
[23] **Q:** We've agreed that the 385, for — was not
[24] paid for in a timely manner.

Page 139

[1] Now did you consider purchasing a press
[2] from JSW PMI through Exel Plastics?
[3] **A:** I don't believe it was an option.
[4] **Q:** Well, did you consider it at the time?
[5] **A:** I would not have, because it was not —
[6] **Q:** I'm just asking if you considered it.
[7] **A:** Okay. No. It was not an option. I
[8] mean —
[9] **Q:** Okay. Let me go back and just — we'll
[10] take it a step at a time if we may.
[11] Did you consider purchasing from JSW PMI,
[12] through Exel Plastics, a JSW PMI press to meet Exel
[13] Bobbins' needs?
[14] **A:** Yes.
[15] **Q:** Did you contact Jerry Johnson or Dennis
[16] Pochotek or anyone at JSW PMI to discuss the
[17] purchase of the machine?
[18] **A:** Yes.
[19] **Q:** And who did you talk with?
[20] **A:** Bob, Dennis, Jerry, all of them.
[21] **Q:** This was — when was — this was in 2000,
[22] right?
[23] **A:** It was in '99, 2000, 2001.
[24] **Q:** Okay.

Page 140

[1] **A:** All of —
[2] **Q:** I'm talking about April of 2001, May of
[3] 2001, that time period when JSW PMI said "We're not
[4] going to sell you any more presses."
[5] Didn't they at some point say that "We're
[6] not going to sell you any more presses"?
[7] **A:** There was a point where they were asking
[8] for payment on the 385 and we had a conference.
[9] There was a call and — to work that out, to send
[10] it to me.
[11] **Q:** Was that a telephone conference?
[12] **A:** Yeah.
[13] **Q:** And who was at the telephone conference?
[14] **A:** I don't recall.
[15] Either Jerry, maybe some people in
[16] California.
[17] **Q:** Where were you at on the conference call?
[18] **A:** I was here in Illinois.
[19] **Q:** Where — was Steve Becker on the call?
[20] **A:** In Texas.
[21] **Q:** And this was a call to try to work out the
[22] financing on the 385-ton press?
[23] **A:** Was it the call on the 385 — together
[24] with the — yeah, I guess, yeah.

---

John Robert Annoreno
January 9, 2003

Excel Bobbins & Plastic Components, Inc. v.
JSW Plastics Machinery, Inc.

Page 141

[1] I guess it was the thrre-eighty— yeah, it
[2] was definitely the 385 that we were discussing.
[3] Q: Was this call made at a time when JSW PMI
[4] had withdrawn its 1.5 million dollar line of
[5] credit?
[6] A: No.
[7] Q: So was it before or after?
[8] A: Before.
[9] Q: Okay. Now at some point in time you
[10] became aware that JSW PMI withdrew its 1.5 million
[11] dollar line of credit, correct?
[12] A: Yes.
[13] Q: All right. Now at the time that JSW PMI
[14] withdrew its 1.5 million dollar line of credit, did
[15] you contact JSW PMI to attempt to purchase a
[16] machine through Exel Plastics?
[17] A: No.
[18] Q: Did you consider it at that time?
[19] A: No.
[20] Q: Okay. Now you mentioned that you became
[21] aware that JSW PMI withdrew the 1.5 million dollar
[22] line of credit, and that other manufacturers were
[23] contacted, correct?
[24] A: Yes.

Page 142

[1] Q: Did you personally contact any of the
[2] manufacturers, or was that handled through Steve
[3] Becker?
[4] A: I, personally, contacted a representative
[5] of a manufacturer.
[6] Q: Who?
[7] A: I don't recall his name. Battenfeld was
[8] the company.
[9] Q: Okay.
[10] A: Steve talked with a lot of people.
[11] Q: Did you talk with Cincinnati Millitron —
[12] A: Yes.
[13] Q: — to try to secure a press?
[14] A: Yes, I believe I did talk with someone
[15] there.
[16] I regularly talk with these people. They
[17] stop in in the office and call me regularly.
[18] Q: Now when you discussed with the potential
[19] machine manufacturers the purchase of machines,
[20] what did you say to them with regard to the
[21] machines that were needed?
[22] A: What did I say to them?
[23] Q: Yeah.
[24] A: Asked them for a quote, I guess.

Page 143

[1] Q: What else?
[2] A: I don't remember what else.
[3] I mean, just —
[4] Q: What prevented you from going with another
[5] machine manufacturer?
[6] A: The — it just never came about that any
[7] of them would supply machines, I guess.
[8] Q: So at this point you don't know why the
[9] other machine manufacturers didn't supply Exel
[10] Bobbins a machine, do you?
[11] A: No, I don't know why they didn't.
[12] Q: Well, wouldn't that be an important
[13] question to — to know?
[14] Or is this something that Steve is just
[15] handling?
[16] A: Well, we — I mean, why, because we were a
[17] start-up company. There is the real answer, I
[18] guess you could say.
[19] Q: All right.
[20] A: And we did not —
[21] Q: So you discussed the situation of Exel
[22] Bobbins with Battenfeld and Cincinnati Millitron
[23] and perhaps other machine manufacturers, and when
[24] they learned that Exel Bobbins was a start-up

Page 144

[1] company, they said "We cannot finance a start-up
[2] company"; is that correct?
[3] A: After some work with them, yes.
[4] Q: And why — did they tell you why they
[5] can't finance or provide financing for a start-up
[6] company?
[7] A: No.
[8] Q: Well, you're in the custom molding
[9] business, correct?
[10] A: Um-hum.
[11] Q: And that's a tough business, isn't it?
[12] I mean, it's a business full of
[13] competition?
[14] A: It wasn't tough.
[15] Q: Well, is it tough now?
[16] A: Tougher.
[17] Q: Okay. Well, in your experience, have you
[18] seen and observed any custom molders go out of
[19] business?
[20] A: Yes.
[21] Q: Many, or one or two?
[22] A: Many.
[23] Q: Okay. Now those custom molders that go
[24] out of business, have you any opinion as to why

Exel Bobbins and Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 145

[1] those custom molders go out of business?
[2]     A: I mean, how can I make an opinion of
[3] somebody else's company?
[4]     Q: Well, you can — you're in business in the
[5] same field, you see competition.
[6]       When the custom molder folds up, do you
[7] have an inquiry into some of the reasons why, you
[8] know, it's a natural curiosity, why that business
[9] went under?
[10]    A: I guess if I was able to get inside their
[11] building, see their facility, talk to their people,
[12] but that's not how it works.
[13]    Q: Okay.
[14]    A: Just like I wouldn't allow them in my
[15] building.
[16]    Q: All right. You're aware that several
[17] custom molders have gone under, or are no longer in
[18] business, correct?
[19]    A: Yes.
[20]    Q: Because there's a certain amount of risk
[21] in custom molding, correct?
[22]    A: Could be, yeah. There's risk in
[23] everything.
[24]    Q: All right. Well, let's talk about the

Page 146

[1] risks in custom molding.
[2]       There's a risk that you could lose the
[3] customers?
[4]    A: Yes.
[5]    Q: There's a risk that your equipment, for
[6] whatever reason, can't do the — can't meet the
[7] molding requirements of the customer?
[8]    A: I don't know about that. Why can't your
[9] equipment meet the requirement?
[10]    Q: Well, if you don't have — for example, if
[11] you have equipment that is — such as Steve Becker
[12] has at Exel Bobbins in Brownsville, Texas that's a
[13] 385, a 310, and you have a spindle mold, you can't
[14] — the equipment down in Brownsville, Texas can't
[15] mold the spindle mold, correct?
[16]       So you've got some limitations with regard
[17] to the products that can be molded on your
[18] equipment?
[19]    A: Well, I think that's like you coming in
[20] here without your file. If you didn't have that,
[21] you wouldn't know what questions to ask me.
[22]       And I wouldn't open a business without the
[23] commitment of a molding machine company, which I
[24] had done my due diligence in doing that.

Page 147

[1]    Q: When you opened Exel Plastics —
[2]    A: Well, no.
[3]    Q: Well, let's go back to Exel Plastics.
[4] When you came to work at Exel Plastics —
[5] I realize that John and Tom Hingyi had already
[6] started Exel Plastics.
[7]       Did they, to your knowledge, have a
[8] commitment from a machine manufacturer to provide
[9] them machines?
[10]    A: We had used machines.
[11]    Q: Okay. So they didn't have a commitment
[12] from a machine manufacturer when they started, did
[13] they?
[14]    A: When they started, no.
[15]    Q: All right. Now at some point you worked
[16] hard to secure a commitment out of JSW PMI; is that
[17] correct?
[18]    A: Yes.
[19]    Q: Okay. Now we've talked about that
[20] commitment?
[21]    A: Yes.
[22]    Q: Okay. We also talked about something that
[23] I think is equally important, and that is that you
[24] maintained your commitment to JSW PMI by timely, to

Page 148

[1] the best of your ability, paying off the monies
[2] that were due, correct?
[3]    A: Yeah.
[4]    Q: I mean, you mentioned the 180 days where
[5] you might have been four to eight weeks late, but
[6] JSW lived with that?
[7]    A: Yes, they did.
[8]    Q: But other than that, you timely made, and
[9] made the payments that were required of you,
[10] correct?
[11]    A: Yes.
[12]    Q: Okay. Now we're talking about risk in the
[13] business, and you've seen other molders go out of
[14] business, but you — you don't have an
[15] understanding why they go out of business?
[16]    A: You want me to guess why people go out of
[17] business?
[18]    Q: No, I don't want you to guess.
[19] In the custom molding business, there are
[20] a lot of variables to an operation of a custom
[21] molding business, correct?
[22]    A: I mean — yes.
[23]    Q: Okay. I mean, the ability to get plastic
[24] would be a variable, correct?

John Robert Annoreno
January 9, 2003

Excel Bobbins &amp; Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

---

Page 149

[1]  **A:** Yes.

[2]  **Q:** The ability of your machines to be

[3]  compatible with a mold is a variable, isn't it?

[4]  **A:** To be compatible with a mold? Well, I

[5]  mean —

[6]  **Q:** Yeah, to have a mold that runs on a

[7]  machine?

[8]  **A:** They usually do run on a machine.

[9]  **Q:** Any mold runs on any machine?

[10]  **A:** No.

[11]  **Q:** There's certain limitations, correct?

[12]  **A:** I — I don't know what you mean by that.

[13]  There's limitations, I mean, yes. If you

[14]  have a mold that needs to have a 300-ton press, you

[15]  need to have a 300-ton press.

[16]  **Q:** Okay. I'm more talking about size

[17]  differences between a small mold and a large press,

[18]  is what I'm — you have to have a certain amount of

[19]  compatibility between the mold and the press to

[20]  make it economically —

[21]  **A:** There is a range.

[22]  **Q:** — to make it economically beneficial?

[23]  **A:** Well, there's a range.

[24]  You can ton — ton-down a press.

Page 150

[1]  **Q:** Okay. Now another factor is the employees

[2]  that you have, their ability to perform, correct?

[3]  **A:** Sure.

[4]  **Q:** And there is the educational level of your

[5]  key employees, isn't it?

[6]  **A:** Education in what?

[7]  **Q:** In the field of injection molding,

[8]  experience.

[9]  **A:** If you don't have — if you're not able to

[10]  do it?

[11]  I mean, of course you need to have a

[12]  skilled person. I mean, you're not going to hire

[13]  him if he's not.

[14]  **Q:** Right.

[15]  **A:** If he can't do the job.

[16]  **Q:** So if you have a skilled person and you

[17]  lose that skilled person, that could affect your

[18]  ability to be able to service a customer, correct?

[19]  **A:** If you can't do it yourself, I guess.

[20]  **Q:** The maintenance people that you have, the

[21]  ability to maintain the equipment is a key

[22]  ingredient, isn't it?

[23]  **A:** Well, yeah, we maintain the equipment, and

[24]  we could bring somebody from outside and pay them,

Page 151

[1]  an outside service person to maintain the

[2]  equipment, fix it.

[3]  **Q:** Okay. Now you're a key employee in your

[4]  operation, Exel Plastics, correct?

[5]  **A:** Yeah, I'd like to think so.

[6]  **Q:** If, healthwise, something affected you and

[7]  you were unable to work there, would your business,

[8]  in your opinion, continue to function, to operate?

[9]  **A:** If I couldn't work there at all?

[10]  Obviously there would be some problems.

[11]  **Q:** Is there anybody there that could take

[12]  over for you?

[13]  **A:** I guess, yeah, to a point.

[14]  **Q:** Okay.

[15]  **A:** Depends how — what happened to me.

[16]  I mean, we're speculating on things now.

[17]  **Q:** No, we're just looking at risks in

[18]  business.

[19]  Now in a start-up business, why is there

[20]  — or can we agree that in a start-up business

[21]  that the risk is greater than in a business that's

[22]  operated for a while?

[23]  Do you agree with that premise?

[24]  **A:** That there's a risk —

Page 152

[1]  **Q:** That there's — let me re-ask the

[2]  question.

[3]  **A:** Well, yeah.

[4]  **Q:** Do you agree that the risks of a start-up

[5]  business, in being successful, are greater than a

[6]  business that has operated for five or six years?

[7]  **A:** Depends on who's the start-up person.

[8]  **Q:** Okay. So you don't have an opinion one

[9]  way or the other as to whether a start-up business

[10]  is more risky than a business that's been going for

[11]  five or six years; is that accurate?

[12]  **A:** Well, in general, people believe there's

[13]  more of a risk in a start-up business, yes.

[14]  **Q:** Okay. Now why did — do you have an

[15]  understanding why those people believe there's a

[16]  greater risk in a start-up business?

[17]  **A:** No.

[18]  **Q:** You don't have any understanding?

[19]  **A:** Well, I mean, you know, there's a —

[20]  that's a — that's kind of vague and — I mean, I

[21]  can think of a start-up business with someone that

[22]  has a hundred million dollars in the bank versus

[23]  someone who doesn't.

[24]  **Q:** Sure.

---

**Min-U-Script®**

Excel Bobbins and Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

---

Page 153

[1] So there's a risk in terms of the amount
[2] of money that a person has when they start a
[3] corporation?
[4]    A: Correct.
[5]    Q: Okay. So if a company is started and they
[6] don't have any capital, they would — that would be
[7] a bigger risk than one that has, as you say, a
[8] hundred million dollars in the bank, correct?
[9]    A: You could say that.
[10]    Q: All right. So what do you do, as a custom
[11] molder, to try to reduce that risk of being
[12] under-capitalized?
[13]    A: Get a machine company to back you.
[14]    Q: Okay. Now you talked with Battenfeld,
[15] Cincinnati Millitron, and some other companies, and
[16] none of those companies would back you?
[17]    A: They came into my facility many a times,
[18] and I told them I'm a JSW customer, loyal, true,
[19] and I will stay that way. I have no reason to be
[20] able to tell them anything else.
[21]    And they didn't — maybe they didn't like
[22] that, I don't know, you know. I told all of them
[23] that.
[24]    Q: But the door opened in May or June of

---

Page 154

[1] 2001, and these companies could come in, correct?
[2]    They had an opportunity to work with Exel
[3] Plastics and Exel Bobbins?
[4]    A: Not Exel Plastics. I wasn't in the need
[5] of anything.
[6]    Q: All right. But they had an opportunity to
[7] work with Exel Plastics — Exel Bobbins, correct?
[8]    A: They had an opportunity if — if they were
[9] willing, I guess, yes.
[10]    Q: Okay. So other than being a start-up
[11] company, did these companies voice any other
[12] objections to selling equipment to Exel Bobbins?
[13]    A: Not that I know of. I don't — I don't
[14] know.
[15]    They didn't supply us with machines. It's
[16] their opinion, their choice, their prerogative.
[17] They can do what they want.
[18]    Q: Did they provide any quotations?
[19]    A: Yeah, we had some quotations, sure.
[20] Definitely.
[21]    Q: Who did you get the quotations from?
[22]    A: Well, Battenfeld. Steve even went and
[23] looked at some in the area.
[24]    Q: Okay. Was Battenfeld primarily handed

---

Page 155

[1] through Steve?
[2]    A: I started it, and then he took over, I
[3] guess you could say.
[4]    Q: Okay. How long of a period of time did
[5] you contact the machine suppliers after JSW PMI
[6] withdrew the line of credit?
[7]    A: I —
[8]    Q: I mean, was it a few weeks, a month?
[9]    A: It wasn't long, I'm sure.
[10]    Q: 'Cause you were able to get LG
[11] International in, correct?
[12]    A: Which I had nothing to do with that, as
[13] far as contacting them.
[14]    That was one of the — we were both making
[15] efforts to try and — you know.
[16]    Q: After LG International's machines came in
[17] to Exel Bobbins, did you continue to look for
[18] machine suppliers?
[19]    A: Yes.
[20]    Q: First of all, did you — did you continue?
[21]    A: Yes, we did.
[22]    Q: Okay. Let me — let me break it down to
[23] you.
[24]    Did you continue to look for machine

---

Page 156

[1] suppliers?
[2]    A: Did I continue? Well, when you say "I,"
[3] yes, I did.
[4]    Q: Okay. For how long did you work on other
[5] machine suppliers after LG International brought in
[6] three machines?
[7]    A: Well, I don't know how long.
[8] I met with — we went and looked at
[9] machines, me and Steve, so —
[10]    Q: Where did you go look?
[11]    A: Mitsubishi.
[12]    Q: Where else?
[13]    A: That was where we were working with,
[14] looking at.
[15]    Q: Okay.
[16]    A: We already discussed with the other people
[17] already so —
[18]    Q: Well, did Mitsubishi give you a quote?
[19]    A: Yes, they gave us quotes.
[20]    Q: Okay. Did you save the quote?
[21] Or did Steve have the quote?
[22]    A: We maybe both had, or at least I had some
[23] of. I don't know about all.
[24]    Q: Do you still have it?

Excel Bobbins and Plastic Co. ponents, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

---

Page 161

[1]  **A:** I believe Steve may have.

[2]  **Q:** And how many presses?

[3]  **A:** I don't know.

[4]  **Q:** Was it more than one?

[5]  **A:** I'm sure it was.

[6]  **Q:** Less than ten?

[7]  **A:** At that time it could have been. It could

[8]  have been for —

[9]  **Q:** Is there any projection currently as to

[10]  the number of presses that Exel Bobbins requires?

[11]  **A:** You'd have to ask Steve.

[12]  **Q:** Now from June of 2001, do you know of any

[13]  purchase order from Sunbeam-Oster that

[14]  Sunbeam-Oster has issued to Exel Bobbins that Exel

[15]  Bobbins has been unable to perform to?

[16]  **A:** You'd have to ask Steve, too.

[17]  **Q:** Do you —

[18]  **A:** I don't know.

[19]  **Q:** Okay. Same question for Magnitech?

[20]  **A:** No problem.

[21]  **Q:** Universal Lighting?

[22]  **A:** No problem. There's no problem there.

[23]  **Q:** Okay. Has Schumacher Electric issued a

[24]  purchase order to Exel Bobbins from — at any time

---

Page 162

[1]  from June of 2001 to the present for which Exel

[2]  Bobbins has not been able to perform to?

[3]  **A:** I'm sure there hasn't been that.

[4]  **Q:** Okay. As we sit here today, are you aware

[5]  of any purchase order from any company issued to

[6]  Exel Bobbins for which Exel Bobbins has been unable

[7]  to perform to?

[8]  **A:** Sunbeam was planning to issue purchase

[9]  orders.

[10]  **Q:** Okay.

[11]  **A:** I don't know if they actually did. We'd

[12]  have to find out from Steve if they actually issued

[13]  the purchase orders, and we weren't able to fulfill

[14]  them when we weren't able to bring in the machines.

[15]  **Q:** Okay. My question is to you if you know,

[16]  personally, whether any customer or potential

[17]  customer has ever issued a purchase order to Exel

[18]  Bobbins for which Exel Bobbins was unable to

[19]  perform to?

[20]  **A:** I would have to —

[21]  **Q:** It's just a matter of whether you're

[22]  personally aware or not.

[23]  **A:** 100 percent, if I have to be 100 percent,

[24]  I can't say that I do.

---

Page 163

[1]  **Q:** Okay. Now are you aware of any customer

[2]  or potential customer who has issued a purchase

[3]  order to Exel Bobbins for which Exel Bobbins said

[4]  "We do not have the machine capacity or capability

[5]  to meet your purchase order requirements"?

[6]  **A:** I know we have told customers we were at

[7]  capacity and would not be able to, so —

[8]  **Q:** What customers have you told that you're

[9]  at capacity?

[10]  **A:** I did not. Steve did.

[11]  **Q:** Okay.

[12]  **A:** So —

[13]  **Q:** So let's start with you first.

[14]  **A:** Okay.

[15]  **Q:** To your personal knowledge —

[16]  **A:** No.

[17]  **Q:** — you have never told any customers of

[18]  Exel Bobbins that Exel Bobbins is at capacity?

[19]  **A:** No, I haven't.

[20]  **Q:** Okay. Now has Steve told you he has told

[21]  other customers, or told customers that Exel

[22]  Bobbins is at capacity?

[23]  **A:** Yes.

[24]  **Q:** Okay. When did he tell that to you?

---

Page 164

[1]  **A:** Well, it was quite a while ago, when we

[2]  got the LGs, and Sunbeam gave us thirty-something

[3]  molds, and we were at capacity. They were our main

[4]  concern at that point in time.

[5]  **Q:** Okay. Any other time, other than when the

[6]  LG International machines came in, did Steve tell

[7]  you that he has told customers that Exel Bobbins is

[8]  at capacity?

[9]  **A:** I know he's told more than one customer

[10]  that we were at capacity.

[11]  **Q:** Who were the other customers he's told you

[12]  he said "We're at capacity"?

[13]  **A:** I believe it was Black & Decker.

[14]  **Q:** What were the names — the first one?

[15]  **A:** Black & Decker, I think.

[16]  **Q:** Did Black & Decker issue a purchase order?

[17]  **A:** And I say I'm thinking that he told them

[18]  that.

[19]  **Q:** Well, I don't want you to guess.

[20]  **A:** Yeah, I'm —

[21]  **Q:** I want you to —

[22]  **A:** I believe it was Black & Decker.

[23]  Symbol Technology.

[24]  **Q:** To your knowledge, did Exel Bobbins

---

John Robert Annoreno
January 9, 2003

Excel Bobbins a    Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

---

Page 165

[1] receive a purchase order from Black & Decker?

[2] **A:** No.

[3] **Q:** No, they didn't, or no, you don't have any

[4] knowledge?

[5] **A:** No, I don't have any knowledge. I — no,

[6] I don't think they did.

[7] **Q:** Okay. To your knowledge, did Symbol

[8] Technology issue a purchase order to Exel Bobbins?

[9] **A:** No.

[10] **Q:** All right. Any other times, or customers

[11] that Steve Becker has told you that he has had to

[12] tell customers, or potential customers, that Exel

[13] Bobbins is at capacity?

[14] **A:** I don't know — besides Sunbeam? I don't

[15] know.

[16]     Sunbeam was aware of what our capacity was

[17] at that time.

[18] **MR. REGAN:** Why don't we take a break.

[19] **THE VIDEO TECHNICIAN:** We are now going off the

[20] record. The time is 12:58.

[21]     (Recess taken.)

[22] **THE VIDEO TECHNICIAN:** We're now back on the

[23] record. The time is 1:12.

[24]

---

Page 166

[1]                 **BY MR. REGAN:**

[2] **Q:** Do you know how much Steve Becker invested

[3] into Exel Bobbins, how much money?

[4] **A:** It's more of a — it was — not much

[5] money. It was more a time thing.

[6] **Q:** Do you have an estimate of how much money

[7] Steve Becker invested into Exel Bobbins?

[8] **A:** Maybe seven to ten thousand dollars.

[9] **Q:** Okay. Do you have any documents, or a

[10] ledger card that shows how much Steve Becker

[11] invested into Exel Bobbins?

[12] **A:** I would think the accountant would have

[13] that.

[14] **Q:** Do you?

[15] **A:** I don't, no.

[16] **Q:** Okay. Now the seven to ten thousand

[17] dollars, is that an estimate by you?

[18] **A:** Yes.

[19] **Q:** Okay. Has Exel Bobbins sought financing

[20] at any time in the past year?

[21] **A:** No, I believe we had just the deal of the

[22] — buying those LGs, and we kind of — that was

[23] pretty much it. We didn't — I don't think so.

[24] **Q:** Now are — the LGs are — machines are

---

Page 167

[1] being purchased — strike that.

[2]     They're being leased, aren't they?

[3] **A:** I believe so.

[4] **Q:** Is Exel Bobbins current in the lease

[5] payments to LG International?

[6] **A:** As far as I would know, yes.

[7] **Q:** To your knowledge, has LG International

[8] issued any default notices or late payment notices

[9] with regard to these machines?

[10] **A:** Not to my knowledge.

[11] **Q:** Do you know who the sales rep is for LG

[12] International?

[13] **A:** I believe it was a guy, his name was

[14] Andy. I don't know his last name.

[15] **Q:** Do you know what "LG" stands for?

[16] **A:** Lucky Goldstar.

[17] **Q:** Has Exel Bobbins attempted to lease and/or

[18] purchase additional machines from LG International?

[19] **A:** I don't think — I believe there was a

[20] time period that we had to deal with.

[21] **Q:** What do you mean?

[22] **A:** I'm not sure.

[23] There was just a — we got those machines

[24] and we established a history with them.

---

Page 168

[1] **Q:** So —

[2] **A:** We had — go ahead.

[3] **Q:** In order for Exel Bobbins to purchase any

[4] — or lease any additional machines with Lucky

[5] Goldstar, because Exel Bobbins is a start-up

[6] company, Lucky Goldstar requires a certain time

[7] period to go by before there can be additional

[8] machines to put into it?

[9] **A:** It's possible.

[10] We met with them.

[11] **Q:** When?

[12] **A:** June, when we went with Mitsubishi, same

[13] time frame.

[14] **Q:** Did they give you a quote?

[15] **A:** You know, it was more of the problem —

[16] there was problems with the machines.

[17] **Q:** What kind of problems have you had with

[18] the machines?

[19] **A:** I — that you definitely would have to ask

[20] Steve about.

[21]     I mean, there was various problems that —

[22] and issues with the machines. The machines came

[23] with, like, no guards and stuff.

[24]     Now there was program, like, faults and

---

Excel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 169

[1] different things like that.

[2]    Q: To your knowledge, have those problems

[3] been solved?

[4]    A: I think most of them were worked on, yeah.

[5]    Q: Okay. So, to your knowledge, Exel Bobbins

[6] would continue to use LG International as their

[7] machine supplier?

[8]    A: Not if another alternative comes up.

[9]    Q: Well —

[10]    A: It wouldn't be our first choice.

[11]    Q: Is there a reason they wouldn't be your

[12] first choice?

[13]    A: The problems.

[14]    Q: So the problems continue, then, with the

[15] use of the machines?

[16]    A: Yeah, there's ongoing problems.

[17]    Q: Okay. When you and Steve originally

[18] started Exel Bobbins, did you go to any other

[19] injection molding manufacturers for machines?

[20]    A: When we started it?

[21]    Q: Right.

[22]    A: No.

[23]    Q: So you exclusively dealt with JSW PMI?

[24]    A: Since '96, I've only bought one other new

Page 170

[1] machine, and that was an Arbor, at Exel Plastics.

[2]    Q: What about the Mitsubishi?

[3]    A: Well, that I — was in '94, I think, or

[4] '95; since '96, when we started buying the JSWs.

[5]    Q: I thought you came to Exel Plastics in —

[6]    A: '94.

[7]    Q: Yeah, it was October of '94?

[8]    A: Right.

[9]    Q: So the Mitsubishi was bought prior to the

[10] JSW relationship?

[11]    A: It was around — it was around that time.

[12]    Q: Okay.

[13]    A: And, by the way, I did not buy it brand

[14] new.

[15]    Q: It was bought in the used equipment

[16] market?

[17]    A: Um-hum. Remember, I said we started off,

[18] used.

[19]    Q: All right. Who did you primarily deal

[20] with at JSW when you first started working with

[21] JSW?

[22]    A: Bob Fahrenbach.

[23]    Q: Has he always been your primary contact

[24] when he was at, or representing JSW?

Page 171

[1]    A: He was until he — I guess Jerry then came

[2] into the picture.

[3]    Q: Okay. And that would be Jerry Johnson?

[4]    A: Yes.

[5]    Q: Do you know or recall when Jerry Johnson

[6] came into the picture?

[7]    A: Ninety— end of '97, possibly.

[8]    Q: Did that in any way affect your

[9] relationship with Bob Fahrenbach?

[10]    A: Not to my knowledge. I mean — I don't

[11] know. I don't think so.

[12]    Q: Okay. As you look back, did Bob

[13] Fahrenbach do anything that you would consider to

[14] be harmful to either Exel Plastics or Exel Bobbins?

[15]    A: Bob Fahrenbach?

[16]    Q: Right.

[17]    A: No.

[18]    Q: And I'm talking about Bob Fahrenbach in

[19] his role as a representative of JSW PMI.

[20]    A: No, just — no, I — Bob, no, no. He

[21] would just come over and talk and see us, go to

[22] lunch. I mean, if I needed a quote, I would call

[23] him.

[24]    Q: You're familiar with Dennis Pochotek?

Page 172

[1]    A: A little bit.

[2]    Q: Okay. Is there anything that you're aware

[3] of that Dennis Pochotek has done to be harmful to

[4] either Exel Plastics or Exel Bobbins?

[5]    A: You know, when you say "harmful," I don't

[6] know what — just that the only thing was, I don't

[7] know — you know, not really. Just a little bit of

[8] misrepresenting the detail so —

[9]    Q: Well, then, if you feel that there is,

[10] then let's talk about it.

[11]    What did you feel was misrepresented?

[12]    A: Just the machine itself, that it was used

[13] in their tech center as a demo.

[14]    Q: Oh, the 310?

[15]    A: Yeah.

[16]    Q: Okay. Well, set aside the 310.

[17] Other than the 310 sold to Exel Plastics,

[18] do you believe that Dennis Pochotek — Pochotek has

[19] been — has done anything harmful to either Exel

[20] Plastics or Exel Bobbins?

[21]    A: No, I don't think so. I don't think he's

[22] in a position to.

[23]    Q: All right. Now let's talk about Jerry

[24] Johnson, and we'll separate it a little bit.

John Robert Annoreno
January 9, 2003

Excel Bobbins a. Plastic Components, Inc. v.
JSW Plastics Machinery, Inc.

---

Page 173

[1] Has Jerry Johnson done anything to Exel
[2] Plastics to be harmful to them, or hurt in any way
[3] Exel Plastics?
[4] A: Exel Plastics, him, directly?
[5] Q: Yes.
[6] A: I mean, of course, what he did with the
[7] other thing did hurt Exel Plastics, so yes.
[8] Q: Okay. So you're referring to the Exel
[9] Bobbins guarantee, or the question — the dispute
[10] over a guarantee, correct?
[11] A: Yes.
[12] Q: All right. Now let's talk about that, but
[13] let's — first of all — strike that.
[14] Let's set aside the guarantee in Exel
[15] Bobbins, and just for Exel Plastics, did Jerry
[16] Johnson do anything that was hurtful or harmful or
[17] in any way jeopardize Exel Plastics?
[18] A: If I had to specifically look at that, I
[19] guess no.
[20] Q: Okay. Now let's go to the Exel Bobbins.
[21] And has Jerry Johnson done anything that
[22] would be hurtful or harmful to Exel Bobbins?
[23] A: Well, yes.
[24] Q: What is it?

Page 174

[1] A: Gees. Not shipping us the machines he
[2] promised, not supporting us like he said he would.
[3] Q: Anything else?
[4] A: I mean, it's a big, vague area that I
[5] said, it's kind of a, more or less, you know — I
[6] mean, he's sitting there saying "Okay, I'll support
[7] you, all the growth," he talked to people at
[8] Sunbeam, he guaranteed them that he would ship us
[9] machines, he guaranteed us he would ship us
[10] machines, he would finance us. He told me that
[11] verbally. I asked him specifically. I've been in
[12] business long enough to know that.
[13] And he told me all those things, and then
[14] did a one-eighty on it.
[15] Q: Okay. Anything other than what you just
[16] said with regard to the — and I think we could all
[17] put that under the line of credit.
[18] Would that be an appropriate —
[19] A: Line of credit, yes.
[20] Q: Yeah, I mean, if we categorized your
[21] complaints, if you would, against Jerry Johnson, it
[22] would fall within the scope of the proffered line
[23] of credit. Would that be accurate?
[24] A: That, and I don't know if — exactly, but

Page 175

[1] I'm — not maintaining and servicing the machine
[2] and supplying all the proper stuff.
[3] I don't know, you know, how much his
[4] involvement was on that.
[5] Q: Okay. When you say — you mean the 385?
[6] A: Yeah, the 385, 'cause you're talking about
[7] Exel Bobbins.
[8] Q: Correct. The 385 Exel Bobbins.
[9] A: The one that's over there at Exel Bobbins
[10] when he — the Exel Plastics, it's different, so —
[11] Q: All right. But you're talking about
[12] supplying and/or — or re— or assisting with the
[13] machine.
[14] Was there some downtime on the 385 at Exel
[15] Bobbins?
[16] A: Yeah.
[17] Q: What was the problem?
[18] A: Something with the platen and knock-outs,
[19] for certain.
[20] Q: Okay. Was there a request made to JSW PMI
[21] to assist on the platen or knock-out problem?
[22] A: Yes.
[23] Q: By who?
[24] A: Steve.

Page 176

[1] Q: So he told you that he made a request to
[2] JSW PMI to assist on some problem with the platen
[3] or knock-out —
[4] A: Yeah.
[5] Q: — on the 385?
[6] A: Yeah.
[7] And the problem on the 310 was cooling.
[8] Q: And there was a problem on the 310-ton
[9] press at Exel Bobbins?
[10] A: Yeah, it — something with the heat
[11] exchanger.
[12] Q: And was JSW PMI contacted by you regarding
[13] that problem?
[14] A: By Steve.
[15] Q: Okay. So Steve told you he contacted JSW
[16] PMI?
[17] A: Yes, um-hum.
[18] Q: And did that problem get resolved?
[19] A: No.
[20] Q: So it's still a problem?
[21] A: Correct.
[22] Q: Is the platen and/or knock-out bars, are
[23] those still a problem, if you know?
[24] A: I believe it is.

---

Min-U-Script®   McCorkle Court Reporters (312) 263-0052

Excel Bobbins and Plastic Components, Inc.   v.                    John Robert Annoreno
JSW Plastics Machinery, Inc.                                      January 9, 2003

Page 177

[1] Q: Okay. Aside from the servicing the
[2] machines and the line of credit, do you have any
[3] other complaints regarding the manner in which
[4] Jerry Johnson has treated Exel Bobbins?
[5] A: Up until that time, no.
[6] Q: Well, now to the present?
[7] A: Just once that happened, it was just a bad
[8] thing.
[9] Q: Just the — the relationship deteriorated?
[10] A: Well, something did. I don't know what.
[11] Relationship. But something happened, and I don't
[12] understand what he did so —
[13] Q: Okay. Do you know who Mr. Fumio Hariama
[14] is?
[15] A: Not personally. Not really. I mean, I've
[16] never met him. May have talked to him, I don't
[17] know.
[18] Q: All right. So you've never met him, but
[19] you might have talked to him on the telephone?
[20] A: It's possible.
[21] Q: Okay. Do you have any complaints with
[22] regard to Mr. Hariama?
[23] A: Well, I would say that, yes.
[24] Q: And what are those complaints?

Page 178

[1] A: He — I mean, I'm sure — not sure. Maybe
[2] I shouldn't say "yes." I'm not aware of their
[3] chain of command there.
[4]    I don't know who made the decision and I'm
[5] — I'm pretty sure the chain of command goes all
[6] the way to the people in Japan.
[7]    I mean, I was there, I went to their tech
[8] center, they showed me everything, I seen their
[9] op— the people in charge and kind of how things
[10] worked, and I would assume it would go all the way
[11] to them making the decision, I would think.
[12] Q: So you're speculating?
[13] A: I am.
[14] Q: Okay. Now do you have any complaints with
[15] regard to Mr. Hariama, any specific complaints from
[16] either Exel Plastics —
[17] A: Just that I believe he denied to ship me
[18] the machines.
[19] Q: Okay. So that would be the line of credit
[20] complaint?
[21] A: Yes.
[22] Q: Any complaints other than the line of
[23] credit with regard to Mr. Hariama?
[24] A: I'm sure he's involved in the non-warranty

Page 179

[1] work, too. I'm —
[2] Q: Anything else?
[3] A: No.
[4] Q: All right. Now have you dealt with anyone
[5] that we've not talked about at JSW Plastics
[6] Machinery, Inc.?
[7] A: Nothing but service guys and things like
[8] that.
[9] Q: All right. As to the other people that
[10] you have dealt with, do you have any complaints
[11] whatsoever about those people, either from Exel
[12] Plastics' or Exel Bobbins' standpoint?
[13] A: There was one guy, I don't remember —
[14] Rick something. He was kind of rude on the phone,
[15] that one conversation there was.
[16] Q: Do you know what his last name is?
[17] A: But other than — no, I don't.
[18] Q: Okay. Well, when you say he was rude, was
[19] he rude to you on the phone?
[20] A: It was just that whole — it was the whole
[21] thing going on at that time, so yeah.
[22] Q: Was this — when you say at that time, are
[23] you talking about that April-May 2001, June time
[24] period?

Page 180

[1] A: With that one phone call.
[2] Q: What one phone call?
[3] A: That we all talked; Chicago, me, Steve,
[4] California.
[5] Q: Who was on that phone call?
[6] A: I — I don't know. I know that it was
[7] Jerry, I know — and it was conferences, so I don't
[8] know who was in the room.
[9] Q: All right. So there was the Chicago tech
[10] center?
[11] A: I believe it was —
[12] Q: And that would be Jerry Johnson?
[13] A: Either Jerry was there, or in California,
[14] or Dennis, one of — it was a — it was a big
[15] conference call.
[16] Q: All right. And the purpose of that
[17] conference call was what?
[18] A: In regards to those machines being — the
[19] 385 and the shipping of the orders and the whole
[20] situation.
[21] Q: Well, was it in regard to the payment on
[22] the 385?
[23]    Wasn't that the purpose of the conference?
[24] A: I believe so.

John Robert Annoreno
January 9, 2003

Excel Bobbins and Plastic Components, Inc.  v.
JSW Plastics Machinery, Inc.

---

Page 181

[1]  Q: Okay. Now you said that Rick-somebody was
[2] rude.
[3]     Did he say something — or what did he say
[4] that led you to believe —
[5]  A: Maybe I — maybe it's not that he was
[6] rude, it's that he seemed to be — I — we've never
[7] even heard of him or talked to him, and he was like
[8] — I don't know who he is or what he was in the
[9] company, but — almost like he was out of place.
[10]  Q: What did he say to you?
[11]  A: Just — he was just — you know, I don't
[12] — you know, maybe — it was a while ago, okay,
[13] and I don't really — I just remember that he
[14] seemed to be somebody butting into, kind of like,
[15] really not — and, again, I don't know who he is
[16] and what his position is there, so it's kind of
[17] hard for me to — just in his tone of voice and the
[18] way he talked to us.
[19]  Q: Well, was —
[20]  A: Or down to us.
[21]  Q: Was he asking for payment on the 385?
[22]  A: It was a big conference call with people
[23] and a lot of questions going back and forth. It's
[24] just the way his tone, I think, was.

Page 182

[1]  Q: Can you remember anything else from that
[2] conference call?
[3]  A: No.
[4]  Q: Have you told us everything you can
[5] remember?
[6]  A: To the best of my knowledge.
[7]  Q: Aside from Rick, as to any other people
[8] we've not talked about at JSW PMI, do you have any
[9] feelings that these people were hurtful or harmful
[10] to either Exel Plastics or Exel Bobbins?
[11]  A: Well, hurtful, harmful feelings, it's not
[12] a matter of feelings, it's a matter of them just
[13] not living up to their agreement, which in — which
[14] was very surprising.
[15]     The Japanese are pretty — pretty — you
[16] know, usually when they say something, and I was
[17] just counting on it, and so I'm — I can't say that
[18] there's personal feelings in any way. It's not
[19] personal. It's — it's — I don't hold —
[20]  Q: This isn't a personal feeling for you?
[21]  A: Right. It's just something that they did
[22] that was wrong, in my eyes, wrong.
[23]  Q: Something was done that was wrong in your
[24] eyes.

Page 183

[1]     What was done that — in your eyes that
[2] was wrong?
[3]  A: Maybe — maybe I didn't word it right,
[4] it's not a matter of my eyes and wrong, it's just
[5] they say one thing and didn't do it, didn't follow
[6] through with what they said.
[7]  Q: When you say they didn't — they said
[8] something and they didn't follow through, you're
[9] talking about the line of credit?
[10]  A: Yes.
[11]  Q: Let me have you look at what was marked as
[12] Exhibit L to Steve Becker's deposition, and ask if
[13] you recognize that document?
[14]  A: Yes.
[15]  Q: Is that the document that you believe that
[16] a line of credit was extended?
[17]  A: That, along with the conversations.
[18]  Q: The conversations at the time that that
[19] was discussed?
[20]  A: Well, yeah. We asked for this so that we
[21] would have financing.
[22]  MR. REGAN: Okay. Now we're looking at a
[23] letter dated February 29, 2000, addressed To Whom
[24] This May Concern, by Jerry Johnson, Vice President

Page 184

[1] of JSW Plastics Machinery.
[2]     We'll identify this as Exhibit B to this
[3] deposition.
[4]     (Whereupon, Annoreno Deposition
[5] Exhibit B was marked for
[6] identification.)
[7]         BY MR. REGAN:
[8]  Q: Now did either you or Steve Becker request
[9] this document?
[10]  A: Did we request the document?
[11]  Q: Yes.
[12] Did you ask Jerry Johnson to write this
[13] document?
[14]  A: We asked for financing.
[15]  Q: Okay. I'm going to, if I may —
[16]  A: And support.
[17]  Q: — if you could — did you — I'd just
[18] like to have —
[19]  A: I guess, yes. I mean, I don't — we asked
[20] for help and support and finance.
[21]     I mean, when you say "this document," this
[22] is what came of it. This is what he gave us.
[23]  Q: Okay. Do you know who wrote this
[24] document?

Exel Bobbins and Plastic Co. ...ponents, Inc.   v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 185

[1] **A:** To the best of my knowledge, Jerry
[2] Johnson.
[3] **Q:** Okay. Do you have any understanding as to
[4] whether or not Steve Becker hand-wrote a document
[5] similar to this and asked Jerry Johnson to prepare
[6] it on JSW PMI's letterhead?
[7] **A:** Do I have?
[8] **Q:** Do you have any knowledge of that?
[9] **A:** No.
[10] **Q:** Now we can agree — well, let's look at
[11] the second paragraph, starting with "As of this
[12] date, JSW PMI has extended a credit line of 1.5 —
[13] or $1,500,000.00 to Exel..."
[14]    Do you see that?
[15] **A:** Yes.
[16] **Q:** Now is that to Exel Bobbins and Plastics
[17] Components, Inc., or Exel Plastics, or to both?
[18] **A:** Well, if you look at the top, it says "JSW
[19] Plastics Machinery will support the growth and
[20] expansion of Exel Bobbins and Plastic Components."
[21]    So I would assume it's addressed to Exel
[22] Bobbins and Plastic Components.
[23] **Q:** So you're assuming that it's to —
[24] **A:** Well, it's there.

Page 186

[1] **Q:** — Exel Bobbins, the 1.5 million. Is that
[2] correct?
[3] **A:** Right. Yes, it's here on the letter.
[4] **Q:** Okay. Now the payment term is 5 percent
[5] down and a balance net of 180 days.
[6]    Do you see that?
[7] **A:** Yes.
[8] **Q:** Now when you saw this document, did you
[9] understand that those were the terms for the
[10] purchase of a JSW PMI machine?
[11] **A:** That we would have no payments for 180
[12] days.
[13] **Q:** All right. Now if Exel Bobbins did not
[14] make payment on the machine, did JSW PMI have the
[15] right to cancel the line of credit?
[16] **A:** Did JSW — payment on the machine.
[17] This was no payments at zero interest for
[18] 180 days.
[19] **Q:** All right.
[20] **A:** After that, the payments would be to JSW
[21] or to a finance company.
[22] **Q:** Let me — let me ask the question here.
[23] Maybe it wasn't clear.
[24]    When you received this letter, did you

Page 187

[1] understand that if JSW PMI sold the machine to Exel
[2] Bobbins under these terms, 5 percent net 180 days,
[3] that if Exel Bobbins failed to make payment, that
[4] JSW PMI had the right to withdraw the 1.5 million
[5] dollar line of credit?
[6] **A:** Well, no.
[7] **Q:** Okay.
[8] **A:** I guess because of the conversation with
[9] Jerry, I mean, that's — ties together with that,
[10] it's there.
[11] **Q:** I'm asking you, at the time that you
[12] received this —
[13] **A:** It doesn't say that they're going to
[14] withdraw, it just says zero interest for 180 days,
[15] 5 percent down.
[16] **Q:** So is it your understanding, when you read
[17] this letter, that's really what I'm asking about,
[18] just when you read this letter, was it your
[19] understanding that if Exel Bobbins did not timely
[20] make payment on either the 5 percent down or the
[21] net 180 days, that if Exel Bobbins failed to
[22] perform, that JSW PMI would still be responsible
[23] for the 1.5 million dollar line of credit?
[24] **MR. GRIFFITH:** Objection, asked and answered.

Page 188

[1] **BY MR. REGAN:**
[2] **Q:** Go ahead.
[3] **A:** Well, it's the same thing, is that I had
[4] this as 5 percent down, no interest for 180 days,
[5] and then payments to them as it was agreed upon at
[6] a later date that they accepted payments on the
[7] machine.
[8]    But, of course, it took a lot to get to
[9] that, and I don't know why. We had agreement here.
[10] **Q:** Did you read this letter before you had
[11] the telephone conversation with Jerry Johnson that
[12] you've talked about earlier, the one where you say
[13] he guaranteed financing?
[14] **A:** It was in conjunction with this letter in
[15] a round-about way, I guess, because we were asking
[16] for support and financing.
[17]    So I don't — I don't know if this letter
[18] came — I think it came after that, I —
[19] **Q:** Okay. So, the best to your knowledge,
[20] this letter of February 29, 2000, came after the
[21] telephone conversation that you had with Jerry
[22] Johnson regarding the guarantee, as you say?
[23] **A:** Yes.
[24] I didn't want to open a place in Texas

Case 1:01-cv-00148 Document 75 Filed in TXSD on 08/26/2003 Page 46 of 48

JOHN ROBERT ANNORENO
January 9, 2003

EXEL BOBBINS & Plastic Components, Inc. v.
JSW Plastics Machinery, Inc.

Page 189

[1] until — without support.

[2] **Q:** When you read this letter, and bearing in
[3] mind the telephone conversation that you had with
[4] Jerry Johnson, did you have any questions with
[5] regard to this letter?

[6] **A:** No, it seems pretty simple to me, it's
[7] right there, as far as extending the financing to
[8] us. I don't —

[9] **Q:** Okay. I have read this letter and I don't
[10] see where it says JSW PMI guarantees financing of
[11] machines for Exel Bobbins after the net 180-day
[12] time period.

[13] MR. GRIFFITH: Objection, sidebar.

[14] BY MR. REGAN:

[15] **Q:** Do you see that anywhere in there?

[16] **A:** I'm sorry, can you ask me that again?

[17] **Q:** I have read this letter several times. I
[18] don't see any place in there, in the letter, where
[19] JSW PMI guarantees financing of the sale of a
[20] machine to Exel Bobbins after the passage of the
[21] net 180 days.

[22] Exception noted.

[23] MR. GRIFFITH: Objection, sidebar.

[24]

Page 190

[1] BY MR. REGAN:

[2] **Q:** Go ahead.

[3] **A:** Well, that's — I don't know how to answer
[4] it, to be honest.

[5] **Q:** Then when — you carefully read this
[6] letter when you received it?

[7] **A:** I read it.

[8] **Q:** Did you call Jerry Johnson and say "Look,
[9] you told me in the telephone conversation that you
[10] were guaranteeing payment, but I don't see it in
[11] the letter. Would you put it in the letter"?

[12] Did you do that?

[13] **A:** I had no reason to distrust that he
[14] wouldn't live up to what he said.

[15] **Q:** But did you call Jerry Johnson and ask him
[16] that?

[17] **A:** No, I don't think so.

[18] **Q:** Okay. To your knowledge, was this letter
[19] written specifically for the Sunbeam-Oster
[20] business?

[21] **A:** Well, it says on this letter, for
[22] Sunbeam-Oster future project.

[23] **Q:** Right.

[24] But, I mean, to your knowledge, was it

Page 191

[1] exclusively written for Sunbeam-Oster?

[2] **A:** Well, this is, yes.

[3] **Q:** Were there other letters written?

[4] **A:** Other letters?

[5] **Q:** Yes, similar to this?

[6] **A:** To Exel — for Exel Bobbins, no, I don't
[7] think so.

[8] **Q:** Okay. Did Exel Plastics have a letter
[9] similar to this written for Exel Plastics?

[10] **A:** They had — they extended line of credit
[11] of a million dollars to Exel Plastics.

[12] **Q:** Is that letter similar to this letter? If
[13] you recall.

[14] **A:** I'm sure it's similar because it talks
[15] about a line of credit and terms of 180 days, but
[16] with no interest, and having presses available.

[17] MR. REGAN: I'd like you to look at what was
[18] previously identified as Exhibit I in Mr. Becker's
[19] deposition, a letter dated May 28th, 1998 from
[20] Jerry Johnson. We'll identify that letter as
[21] Exhibit C to this deposition.

[22] (Whereupon, Annoreno Deposition
[23] Exhibit C was marked for
[24] identification.)

Page 192

[1] BY MR. REGAN:

[2] **Q:** Do you recognize that?

[3] **A:** Yes.

[4] **Q:** Did you request Jerry Johnson to write
[5] this letter for you?

[6] **A:** Did I, personally? I don't recall.

[7] **Q:** Well, do you have any idea why Jerry
[8] Johnson wrote this letter?

[9] **A:** There was a reason for it. There was a
[10] reason. It had to do with a — I'm not really —
[11] couldn't say for sure. It's quite a while ago.

[12] **Q:** Well, do you have any understanding why
[13] that letter was written?

[14] **A:** For — for the support, you know, of Exel
[15] Plastics in acquiring future projects.

[16] **Q:** And it's your recollection you did not
[17] request Jerry Johnson to write this letter for Exel
[18] Plastics, Exhibit C?

[19] **A:** I don't know if it was me, personally,
[20] that requested it, or if it was part of our — a
[21] meeting, a discussion.

[22] **Q:** Well, do you — let's — let's break it
[23] down.

[24] Did you request Jerry Johnson to write

Excel Bobbins and Plastic Components, Inc.   v.
JSW Plastics Machinery, Inc.

John Robert Annoreno
January 9, 2003

Page 217

[1] I further certify that the signature to the
[2] foregoing deposition was reserved by counsel for
[3] the respective parties.
[4]    I further certify that the taking of this
[5] deposition was pursuant to Notice, and that there
[6] were present at the deposition the attorneys
[7] hereinbefore mentioned.
[8] I further certify that I am not counsel for nor
[9] in any way related to the parties to this suit, nor
[10] am I in any way interested in the outcome thereof.
[11]    IN TESTIMONY WHEREOF:  I have hereunto set my
[12] hand and affixed my notarial seal this _____ day
[13] of _____, 2003.
[14]
[15]
[16]
[17]
[18]
[19]        NOTARY PUBLIC, DU PAGE COUNTY, ILLINOIS
[20]
[21]
[22]
[23]
[24]

Page 218

[1]  **CIRCLE ONE: McCORKLE x ACCURATE**
[2] JOB NO. 030109JMS BILLABLE PAGES: 217 (video)
[3]   **REPORTER:** J. Stanton CUT OFF DATE: 1/25
[4] (MONTH AND DAY)
[5]   **DELIVERY: SAME DAY ___ NEXT DAY___ 2-DAY___ 3-5**
[6] DAY___ REGX
[7] CASENAME: Exel v. JSW
[8] CASE NO.: B-01-148 DATE TAKEN: 1/9/03
[9] ORIGINAL TO: DISK: MIN-U-SCRIPT:
[10] Regan
[11] COPY TO: DISK: MIN-U-SCRIPT:
[12] Griffith
[13] COPY TO: DISK: MIN-U-SCRIPT:
[14]
[15]   **EXHIBIT INSTRUCTIONS:** Attach A through E (find in
[16] mail)
[17]   **SPECIAL INSTRUCTIONS:**  _____
[18]
[19]   **ATTENDANCE: 5-1/2**
[20] TRANSCRIPTION INFORMATION: (CIRCLE ONE)
[21]            **PAPER ONLY X NO CHARGE**
[22]
[23]
[24]

Page 219

[1]        **COMPLETED JOB LASER STORAGE**
[2]
[3] 1. REPORTER: Janet Stanton
[4] 2. DATE TAKEN: 1/9/03
[5] 3. JOB NUMBER: 030109JMS
[6] 4. WITNESS: John Annoreno
[7] 5. CASE NAME: Exel v. JSW
[8] 6. FILE NAME: 010903
[9] 7. COMPUTER TYPE: POWER
[10] 8. FORMAT: McBox
[11]
[12]        **ADDITIONAL INFORMATION**
[13]
[14]
[15]        **LASER DISK:**
[16]        **DATE STORED:**
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing DEFENDANT'S NOTICE OF INTENTION TO USE

DEPOSITION OF JOHN ANNORENO AT TRIAL have been served on attorneys of records to the

following address on this 25th day of August, 2003.

John R. Griffith                       Via Airborne
Viola G. Garza
GRIFFITH, HILL & OCHOA, LLP
One Park Place
100 Savannah Avenue, Suite 500
McAllen, Texas 78503

Moises M. Salas, Jr.                   Via Airborne
LAW OFFICES OF MOISES M. SALAS JR.
847 East Harrison
Brownsville, Texas 78520

_____
JAMES J. REGAN