## CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED
SEP 04 2003
Michael N. Milby
Clerk of Court

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Date:   Sep 4, 2003, 1:30 p.m.

### C.A. NO.   B-01-148 (636(c))

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | * | John R Griffin & Viola Garza |
| VS | * | |
| JSW PLASTICS MACHINERY, INC. | * | David Garza & James J Regan |

### FINAL PRETRIAL CONFERENCE

Attorneys John R Griffin and David Garza appeared.

Motions in Limine (48-1, 49-1, 50-1, 51-1, 61-1 and 74-1) will be heard in the second phase of the trial (regarding the issues of liability and damages).

Defendant's Motion to Compel (#74-2) and Motion for Leave to Apply for an Award of Reasonable Expenses and Attorneys Fees (#74-3) will be carried along.

Bench trial is set for September 9, 2003, at 9:00 a.m.