| COURTROOM MINUTES: | **Felix Recio Jr. Presiding** |
|---|---|
| | **Southern District of Texas, Brownsville Division** |

| Courtroom Clerk | : | Maria (Sally) Garcia |
| Court Reporter | : | B Barnard |
| Law Clerk | : | M Knisely |
| CSO | : | Figueroa / Harolson |
| Date | : | September 9, 2003 at 09:00 a.m. |

United States District Court
Southern District of Texas
FILED

SEP 09 2003

Michael N. Milby
Clerk of Court

---

**CIVIL NUMBER:    B-01-148 (636(a))**

| EXCEL BOBBINS & PLASTIC COMPONENTS, INC. | * | JOHN R GRIFFIN<br>VIOLA GARZA |
| VS | * | |
| JSW PLASTICS MACHINERY, INC. | * | DAVID GARZA<br>JAMES J REGAN |

---

## BENCH TRIAL
(1st day)

John R Griffin and Viola Garza present for the Plaintiffs;
David Garza and James Regan present for the Defendant;

All counsel have executed form 636(c) before the Court;

Plaintiff's attorney, Mr. Griffin, proceeds with his opening statement;

Defendant's counsel, Mr. James Regan, proceeds with his opening statement;

Plaintiff's counsel proceeds, by video, with his 1st witness, Dennis Pochatek, sales manager for JSW;

Counsel continues, by video, with his 2nd witness Jerry Johnson, Vice-President with JSW Plastics;

Court to break for lunch 11:55 a.m.;
Court to reconvene at 1:30 p.m.;

Plaintiff's attorney, by video, presents his 3rd witness, Hector Lucio, plant engineer for Sunbeam;

Court recesses 2:15 p.m.;
Court resumes 2:19 p.m.;

Plaintiff's counsel calls 4th witness, Steve Becker;
Witness sworn and proceeds to state facts of the case;
Counsel approaches witness and offers Plaintiff's Exhibit #17 and 24, which are admitted without objections;

Court recesses 3:05 p.m.;
Court resumes at 3:33 p.m.;

Defendant's counsel continues to question witness, Steve Becker;

Court recesses 4:25 p.m.; Conference with attorneys in chambers;
Court resumes 4:32 p.m.;

Witness, Steve Becker continues on the stand;
Counsel approaches witness with Plaintiff's Exhibit #9; (letter not honoring line of credit);

Court adjourned;
Court to reconvene 09/10/03 at 9:00 a.m..