# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED
SEP 9 2003
Michael N. Milby, Clerk of Court

_Southern_ DISTRICT OF _Texas_

Exel Bobbins Et Al

v.

JSW Plastics et al

### EXHIBIT AND WITNESS LIST

Case Number: B-01-148 (636(c))

| | | | | | |
|---|---|---|---|---|---|
| **PRESIDING JUDGE** Magistrate Felix Recio | | **PLAINTIFF'S ATTORNEY** John Griffin/Viola Garza | | **DEFENDANT'S ATTORNEY** James Regan/David Garza | |
| **TRIAL DATE(S)** 9-9-03 Through | | **COURT REPORTER** Barbara Barnard | | **COURTROOM DEPUTY** Sally Garcia | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9-9 | | | Witness Dennis Pochatek; by video |
| ✓ | | 9-9 | | | 2nd witness Jerry Johnson; by video |
| ✓ | | 9-9 | | | 3rd witness Hector Lucio; by video |
| ✓ | | 9-9 | | | 4th witness Steve Becker |
| ✓ | | 9-9 | #24 | ✓ | order check sheet dated 1-21-00 |
| ✓ | | 9-9 | #9 | ✓ | letter not honoring line of credit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages