| | | |
|---|---|---|
| COURTROOM MINUTES: | **Felix Recio Jr. Presiding** | |
| | **Southern District of Texas, Brownsville Division** | |
| Courtroom Clerk | : | Maria (Sally) Garcia |
| Court Reporter | : | E Schwab |
| Law Clerk | : | M Knisely |
| CSO | : | Figueroa |
| Date | : | September 10, 2003 at 09:00 a.m. |

United States District Court
Southern District of Texas
FILED

SEP 1 0 2003

Michael N. Milby
Clerk of Court

**CIVIL NUMBER:   B-01-148 (636(a))**

| | | |
|---|---|---|
| EXCEL BOBBINS & PLASTIC COMPONENTS, INC. | * | JOHN R GRIFFIN<br>VIOLA GARZA |
| VS | * | |
| JSW PLASTICS MACHINERY, INC. | * | DAVID GARZA<br>JAMES J REGAN |

## BENCH TRIAL
(2nd day)

John R Griffin and Viola Garza present for the Plaintiffs;
David Garza and James Regan present for the Defendant;

Plaintiff's counsel continues to question witness, Steve Becker;
Counsel approaches witness and offers Plaintiff's Exhibit #16;
The Court addresses the witness;
Counsel passes the witness;

Defense attorney J Regan cross-examines the witness;
Counsel offers Defendant's Exhibit #2, 3, 36, 37, 38 and 39 and questions the witness;
Counsel approaches the witness with Defendant's Exhibit #46;

Court recesses 10:15 a.m.;
Court resumes 10:30 a.m.;

Defense counsel continues to question witness, Steve Becker;
Counsel questions witness and offers Defendant's Exhibit #9, 10, 4, 5, 6, 19, 21, 23, 24, 17, and 25;

Court will break for lunch and reconvene at 1:30 p.m.;
Court resumes 1:30 p.m.;

Defense counsel addresses witness as to Deft's Exhibit #36 and #38 and approaches the witness with the Answers to Requests for Special Interrogatories, Deft's Exhibit 47;
Counsel passes the witness;

Plaintiff's counsel re-directs the witness;
Witness excused;

Plaintiff's counsel will recall, by deposition, Hector Lucio;
Plaintiff rests;

Defense counsel is ready to put on their witnesses and will reserve making motions at this time;
Defense counsel calls Dennis Pochatek;
Witness sworn and counsel proceeds to question witness;
Counsel addresses the witness and offers Deft's Exhibits #5, 6, 7, 8, 12, 13, 14,16, 9, 17, 20, 21,23, and 24;

Court will recess 3:20 p.m.;
Court resumes 3:37 p.m.;

Defense counsel continues to question witness Dennis Pochatek;
Counsel addresses the witness and offers Deft Exhibit #29, and 30;
Witness passed;

Plaintiff's counsel Griffin cross-examines the witness;
Counsel addresses the witness and offers Deft's Exhibit #33;
Counsel passes the witness;

Defense counsel has moved to re-open on direct;
Plaintiff's counsel voices objection;
Court grants counsel to re-open direct;
Witness excused;

Defense counsel calls Steve Becker to the stand; Witness still under oath;
Counsel questions witness;
Witness excused;

The Court states that all exhibits that have been referenced will be admitted;

The Court will recess until 09/11/03 at 9:00 a.m.;