# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

SEP 10 2003

Michael N. Milby, Clerk of Court

Southern DISTRICT OF Texas

Excel Bobbins et al
v
JSW Plastics

## EXHIBIT AND WITNESS LIST

Case Number: B-01-148 (636(a))

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Felix Recio | John Griffin / Viola Garza | David Garza / James Regan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9-10-03 | Eric Schwab | Sally Garcia |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | ✓ | | | | 4th witness Steve Becker continued from 9-9-03 |
| ✓ | | 9-10 | 16 | | Statement of terms w/ JSW Plastics |
| | ✓ | 9-10 | 2 | | Purchase Order for Purchase of J385 |
| | ✓ | 9-10 | 3 | | Invoice from JSW to Excel |
| | ✓ | 9-10 | 36 | | Letter 6-21-01 by Becker |
| | ✓ | 9-10 | 37 | | Letter 6-28-01 to Becker |
| | ✓ | 9-10 | 38 | | Letter 7-10-01 from Becker to JSW Pmt |
| | ✓ | 9-10 | 39 | | Letter 7-13-01 agreed to by S Becker |
| | ✓ | 9-10 | 1 | | Letter 2-29-00 of credit line |
| | ✓ | 9-10 | 46 | | Articles of JSW Plastic |
| | ✓ | 9-10 | 9 | | Fax from Wells Fargo to S Becker |
| | ✓ | 9-10 | 10 | | letter 1-22-01 to Becker from Wells Fargo |
| | ✓ | 9-10 | 4 | | Purchase order 10-18-00 to JSW from Excel |
| | ✓ | 9-10 | 5 | | Purchase order #9 11-7-00 Excel to JSW |
| | ✓ | 9-10 | 6 | | Purchase order #9 (as revised per conversation 3-2-01) |
| | ✓ | 9-10 | 19 | | Letter 3-21-01 to Becker |
| | ✓ | 9-10 | 21 | | Letter 3-23-01 to Becker & Annoreno |
| | ✓ | 9-10 | 23 | | 4-2-01 UCC1 Form for machines |
| | ✓ | 9-10 | 24 | | 4-2-01 Form UCC-1 " |
| | ✓ | 9-10 | 17 | | letter 3-19-01 (Rochatek to Becker) |
| | ✓ | 9-10 | 25 | | letter 4-19-01 from Sunbeam to JSW |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___Texas___

SEP 10 2003

Michael N. Milby, Clerk of Court

Excel Bobbins et al

v.

JSW Plastics

**EXHIBIT AND WITNESS LIST**

Case Number: B-01-148 (636(a))

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Felix Recio | John Griffin / Viola Garza | David Barza / James Regan |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9-10-03 | Eric Schwab | Sally Garcia |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 9-10 | | | Deft's 1st witness Dennis Pochatek |
| | ✓ | 9-10 | 7 | | Purchase order check sheet |
| | ✓ | 9-10 | 8 | | Proposal 1-12-01 JSW to Excel |
| | ✓ | 9-10 | 12 | | Purchase order #15 check sheet (purchase J-110) |
| | ✓ | 9-10 | 13 | | letter 1-30-01 JSW to Excel (unsigned by Becker) |
| | ✓ | 9-10 | 14 | | letter 1-30-01 w/corrections signed by Becker |
| | ✓ | 9-10 | 16 | | statement 3-2-01 JSW to Excel |
| | ✓ | 9-10 | 20 | | letter 3-22-01 JSW to Excel |
| | ✓ | 9-10 | 24 | | 4-2-01 Form UCC-1 (model J110) |
| | ✓ | 9-10 | 29 | | check # 3021 |
| | ✓ | 9-10 | 30 | | Email 5-4-01 from Fumio Hirayama to J Johnson |
| | ✓ | 9-10 | 33 | | letter 5-10-01 from JSW to Excel |
| | | | | | — all exhibits referenced admitted w/o objection admitted @ the end of the day |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page **2** of _____ Pages