| | | |
|---|---|---|
| COURTROOM MINUTES: | **Felix Recio Jr. Presiding** | |
| | **Southern District of Texas, Brownsville Division** | |
| Courtroom Clerk | : | Maria (Sally) Garcia |
| Court Reporter | : | E Schwab |
| Law Clerk | : | M Knisely |
| CSO | : | Figueroa |
| Date | : | September 11, 2003 at 09:00 a.m. |

United States District Court
Southern District of Texas
FILED

SEP 11 2003

Michael N. Milby
Clerk of Court

---

**CIVIL NUMBER:** B-01-148 (636(a))

| | | |
|---|---|---|
| EXCEL BOBBINS & PLASTIC COMPONENTS, INC. | * | JOHN R GRIFFIN<br>VIOLA GARZA |
| VS | * | |
| JSW PLASTICS MACHINERY, INC. | * | DAVID GARZA<br>JAMES J REGAN |

---

# BENCH TRIAL
(3rd day)

John R Griffin and Viola Garza present for the Plaintiffs;
David Garza and James Regan present for the Defendant;

Defense counsel J Regan calls his witness, Jerry Johnson;
Witness sworn and counsel proceeds to question the witness:
Counsel and the Court agree that all trial exhibits offered during this trial will be admitted;
Counsel offers Deft's Exhibit #1, 2, 3, 4, 6, 9, 13, 14, 17, 22, 23, 24, 25, 30, 33, 34, 31, 36 & 38;
Counsel passes the witness;

Court recess 10:20 a.m.:
Court resumes 10:36 a.m.;

Plaintiff's counsel cross-examines the witness;
Counsel questions witness and offers Plaintiff's Exhibit 24b, which is admitted without objection and proceeds to offer Defendant's Exhibit #33, 25, and 14; Witness passed;

Defense counsel re-directs by form of question and answer from the Mr Johnson's deposition;
Witness passed;

Plaintiff's counsel addresses the witness as to Plaintiff's Exhibit 16 (Deft's Exhibit 39);
Witness excused;

Defense counsel calls Fumio Hirayama;
Witness sworn and counsel proceeds to question witness;
Counsel offers Defendant's Exhibit 48 which is admitted without objections;

Counsel passes the witness;

After cross-examination by Plaintiff's counsel, witness is excused and the Defense rests;

Plaintiff's attorney will read and rebuttal the deposition testimony of John Annoreno;
Plaintiff rests;

Counsel identify the issues which they are arguing;
The Court will require briefs from counsel which will be filed by 09/19/03;

Court recess 11:34 a.m.;
Court resumes 2:00 p.m.;

Plaintiff's counsel, John Griffin, addresses the Court and proceeds with final arguments;
Counsel reserves his right to finish his final arguments until after the defense has presented their arguments;

Defense counsel D Garza addresses the Court and proceeds with final arguments;
Counsel will allow J Regan to present final arguments as well, therefore sharing the time line given;

Defense counsel J Regan presents final arguments;

Plaintiff's counsel sums up his final argument;

The Court addresses counsel as to the May 10th letter;
The Court will be in receipt of briefs on 09/19/03 to make decision in this case;

Court adjourned 3:24 p.m.