# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Texas__

United States District Court
Southern District of Texas
FILED

SEP 11 2003

Michael N. Milby
Clerk of Court

Excel Bobbins et al

v.

JSW Plastics

## EXHIBIT AND WITNESS LIST

Case Number: B-01-148 (636(a))

| | | | | |
|---|---|---|---|---|
| PRESIDING JUDGE<br>Magistrate Felix Recio | PLAINTIFF'S ATTORNEY<br>John Griffin - Viola Garza | DEFENDANT'S ATTORNEY<br>David Garza - James Regan |
| TRIAL DATE(S)<br>9-11-03 | COURT REPORTER<br>Eric Schwab | COURTROOM DEPUTY<br>Sally Garcia |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | | | | 3rd witness: Jerry Johnson |
| | ✓ | 9-11 | 22 | ✓ | Fax 3-23-01 |
| | ✓ | 9-11 | 34 | ✓ | 2 e-mails 5-25-01 |
| | ✓ | 9-11 | 31 | ✓ | E-mail 5-6-01 |
| ✓ | | 9-11 | 24b | ✓ | Single document retrieved from Deft's Exhibit 24 |
| | ✓ | | | | 4th witness: Fumio Hirayama |
| | ✓ | 9-11 | 48 | ✓ | Statement of money on account (suspension acct) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages