| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>TRANSCRIPT ORDER<br><br>*Read Instructions on Back.* | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1. NAME<br>Felix Recio | 2. PHONE NUMBER<br>956/548-2701 | 3. DATE<br>09/17/03 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>600 E. Harrison, #203 | 5. CITY<br>Brownsville | 6. STATE<br>TX | 7. ZIP CODE<br>78520 |

| 8. CASE NUMBER<br>C.A. B01-148 | 9. JUDICIAL OFFICIAL<br>Felix Recio | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 09/09/03 | 11. TO 09/09/03 |
| 12. CASE NAME  EXCEL BOBBINS & PLASTRICS COMPONENTS VS. JSW PLASTICS MACHINERY, INC. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | United States District Court Southern District of Texas | | |
| ☐ OPENING STATEMENT (Defendant) | FILED | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | SEP 17 2003 | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | Michael N. Milby Clerk of Court | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Bench Trial | 09/09/03 |
| ☐ BAIL HEARING | | (all proceedings) | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE *[signature]* | ESTIMATE TOTAL | |
|---|---|---|
| 19. DATE 09/17/03 | PROCESSED BY | |
| | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 9-17-03 | *[initials]* | | |
| DEPOSIT PAID | -0- | — | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 9-17-03 | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY