| AO435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: 84 |
|---|---|---|

**TRANSCRIPT ORDER**

*Read Instructions on Back.*

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Felix Recio | 956/548-2701 | 09/16/03 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 600 E. Harrison, #203 | Brownsville | TX | 78520 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| C.A. B01-148 | Felix Recio | 10. FROM 09/10/03 | 11. TO 09/10/03 |

| 12. CASE NAME EXCEL BOBBINS & PLASTICS COMPOENTS VS. JSW PLASTICS MACHINERY, INC. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Brownsville | 14. STATE Texas |

**15. ORDER FOR**

☐ APPEAL      ☐ CRIMINAL      ☐ CRIMINAL JUSTICE ACT      ☐ BANKRUPTCY

☐ NON-APPEAL      ☒ CIVIL      ☐ IN FORMA PAUPERIS      ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | United States District Court | | |
| ☐ OPENING STATEMENT (Defendant) | Southern District of Texas FILED | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | SEP 1 7 2003 | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | Michael N. Milby Clerk of Court | Bench Trial | 09/10/03 & 09/11/03 |
| ☐ BAIL HEARING | | (all proceedings) | ~~09/09/03~~ |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | XX | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)**

By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE *[signature]* | PROCESSED BY |
| 19. DATE 9-17-03 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | 9-17-03 | @N | |
| DEPOSIT PAID | -0- | -0- | DEPOSIT PAID |
| TRANSCRIPT ORDERED | 9-17-03 | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

| ESTIMATE TOTAL | |
|---|---|

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY