```
          IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

EXEL BOBBINS AND PLASTIC )
COMPONENTS, INC.         )
                         )
                         ) CIVIL ACTION NO.
VS.                      ) B-01-148 (636(C))
                         )
JSW PLASTICS MACHINERY, INC. )
                         )

TRIAL
BEFORE THE HONORABLE MAGISTRATE FELIX RECIO
SEPTEMBER 9, 2003
Volume 1

APPEARANCES:

For the Plaintiff:     JOHN GRIFFITH
                       SUSAN SULLIVAN
                       100 Savannah Avenue, Suite 620
                       McAllen, Texas

For the Defendants:    JAMES J. REGAN
                       2522 Artesia Blvd., Suite 200
                       Redondo Beach, CA  90278

For the Defendants:    DAVID C. GARZA
                       P.O. Box 2025
                       Brownsville, TX  78522

Transcribed by:        BARBARA BARNARD
                       Official Court Reporter
                       600 E. Harrison, Box 301
                       Brownsville, Texas  78520
                       (956)548-2591

**CERTIFIED COPY**