IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., | § § § | Civil Action No. B-01-148 |
| Plaintiff, | § § | [Assigned to the Hon. Hilda G. Tagle- Stipulated to Magistrate Felix Recio] |
| vs. | § § | |
| JSW PLASTICS MACHINERY, INC., | § § | |
| Defendant. | § § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Please be advised that the Plaintiff Exel Bobbins and Plastic Components Inc. and Defendant JSW Plastic Machinery, Inc. have settled the subject case and are in the process of preparing a "General Release and Settlement Agreement". It is expected that this document will be completed within one week. Thereafter, the parties will file a motion to dismiss the case with prejudice.

Respectfully submitted,

_____
DAVID C. GARZA
SBN 07731400
Federal Id No. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914; Fax: (956) 542-7403
Attorney-in-Charge for JSW Plastics

JAMES J. REGAN
CAL. SBN 80576
REGAN ◆ BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988; Fax: (310) 318-5894

CERTIFICATE OF SERVICE

I hereby certify that a copy of this notice of settlement was served as follows on this 23rd day of September, 2003 to the following attorneys of record:

| | |
|---|---|
| John R. Griffith<br>Susan Sullivan<br>GRIFFITH, HILL, OCHOA & GARZA, LLP<br>One Park Place<br>100 Savannah Avenue, Suite 500<br>McAllen, Texas 78503 | Via Fax: (956) 971-9451 |
| Moises M. Salas, Jr.<br>LAW OFFICES OF MOISES M. SALAS JR.<br>847 East Harrison<br>Brownsville, Texas 78520 | Via Regular Mail |

DAVID C. GARZA