=================================================================
## UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
=================================================================

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC. | * * * | United States District Court Southern District of Texas ENTERED |
| VS | * C.A. NO. B-01-148 * | SEP 2 6 2003 |
| JSW PLASTICS MACHINERY, IN.C | * | Michael N. Milby, Clerk of Court By Deputy Clerk |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Exel Bobbins | 9/9/3 |
| James J. Regan | JSW-PMi | 9/9/03 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

9/24/03
Date

[signature]
United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY** IF ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.