UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 26 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-01-148 (636(c)) |
| JSW PLASTICS MACHINERY, INC., Defendant. | § § § | |

## ORDER

In Plaintiff's Objections and Response to Defendant' Motion for Summary Judgment (Doc. #39), sanctions against the defendant were requested. The Plaintiff's request for sanctions is hereby DENIED.

DONE at Brownsville, Texas, this 24th day of September, 2003.

_____
Felix Recio
United States Magistrate Judge