IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 1 0 2003**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., | § | Civil Action No. B-01-148 |
| Plaintiff, | § | |
| vs. | § | [Assigned to the Hon. Hilda G. Tagle-Stipulated to Magistrate Felix Recio] |
| JSW PLASTICS MACHINERY, INC., | § | |
| Defendant. | § | |

**STIPULATION AGREEMENT OF DISMISSAL WITH PREJUDICE
BETWEEN THE PLAINTIFF EXEL BOBBINS AND PLASTIC COMPONENTS, INC.
AND THE DEFENDANT JSW PLASTICS MACHINERY, INC.**

TO:   THE HONORABLE MAGISTRATE FELIX RICIO OF SAID COURT:

COME NOW PLAINTIFF Exel Bobbins and Plastic Components, Inc., the Plaintiff in the

above-captioned matter, and JSW Plastics Machinery, Inc., the Defendant, and enter into the

following Stipulations with respect to the above-captioned matter. The Plaintiff and Defendant

herein are jointly referred to at times as "The Parties".

1.      WHEREAS, the Parties have agreed to a complete and final settlement of the above-

entitled and numbered action, based on an agreed sum of money to be paid to the Plaintiff Exel

Bobbins and Plastic Components, Inc. by the Defendant JSW Plastics Machinery, Inc., said sum

reflected in a document entitled "General Release and Settlement Agreement" wherein Plaintiff Exel

Bobbins and Plastic Components, Inc. releases all claims against the Defendant JSW Plastics

Machinery, Inc.;

2.      WHEREAS, the Plaintiff Exel Bobbins and Plastic Components, Inc. has executed

the document entitled "General Release and Settlement Agreement";

1

3.     WHEREAS, the settlement funds have been paid over to the Plaintiff Exel Bobbins and Plastic Components, Inc. and its attorneys Griffith, Hill & Ochoa, L.L.P. and Moises M. Salas, Jr., and

4.     WHEREAS, the terms of said "General Release and Settlement Agreement" provide for the execution of a Stipulation Agreement of Dismissal With Prejudice of the above-entitled and numbered action;

NOW, THEREFORE, the Plaintiff Exel Bobbins and Plastic Components, Inc. and the Defendant JSW Plastics Machinery, Inc. acting by and through their undersigned attorneys agree as follows:

1.     Plaintiff and Defendant will deliver to the Court an Order of Dismissal calling for the dismissal of all of Plaintiff's claims against the Defendant JSW Plastics Machinery, Inc. with prejudice and with each party paying its own attorney fees and costs of court.

2.     Said stipulation agreement is binding upon all of the parties, their heirs, personal representatives, administrators, executors, successors and assigns.

3.     The execution of this stipulation agreement is not an admission by the Defendant JSW Plastics Machinery, Inc. of any liability on its part. The Parties agree that nothing contained in this stipulation agreement is or will be construed as any admission, acknowledgment or agreement on the part of the Defendant JSW Plastics Machinery, Inc. that it is in any way indebted to or liable to the Plaintiff herein or any other person or entity for any conduct, act or omission in connection with any potential claims which are the subject of the pending litigation.

4.     By entering into this stipulation agreement, none of the parties concede the existence of any claim or defense.

5.     All acts contemplated by this stipulation agreement shall be performable in Cameron

2

County, Texas.

6.    This stipulation agreement has been prepared by the joint efforts of the parties acting by and through their undersigned attorneys.

7.    This stipulation agreement constitutes the sole and only agreement of the parties relating to the subject matter of the stipulation agreement. The rights, duties and obligations of the parties to the stipulation agreement are correctly and completely set forth in this agreement. Any oral representations or modifications concerning this agreement shall be of no force or effect unless contained in a subsequent writing signed by all the parties acting by and through their undersigned attorneys.

8.    No waiver of any of the terms of this stipulation agreement shall be valid unless in writing and signed by all of the parties to this agreement acting by and through their undersigned attorneys.

9.    The stipulation agreement may be executed in several counterparts and each such counterpart execution shall be deemed a complete original binding the Parties hereto. It is agreed that the original of the stipulation agreement will be filed of record in the pleadings of the above-entitled and numbered cause.

Respectfully submitted,

EXEL BOBBINS AND PLASTIC COMPONENTS, INC.

By: _____

John R. Griffith, Esq.
Susan Sullivan, Esq.
Griffith, Hill & Ochoa, L.L.P.
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503
Tel:(956) 971-9446; Fax:(956) 971-9451
**ATTORNEYS FOR PLAINTIFF**

3

JSW PLASTICS MACHINERY, INC.

By: _____

DAVID C. GARZA
SBN 07731400
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914; Fax: (956) 542-7403
Attorney-in-Charge for Japan Steel Works
America, Inc.


JAMES J. REGAN
CAL. SBN 80576
REGAN ◆ BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988; Fax: (310) 318-5894
**ATTORNEYS FOR DEFENDANTS**

K:\JSW\Exel\Stipulated Agreement of Dismissal.wpd

4

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

EXEL BOBBINS AND PLASTIC
COMPONENTS, INC.,

      Plaintiff,

vs.

JSW PLASTICS MACHINERY, INC.,

      Defendant.

Civil Action No. B-01-148

[Assigned to the Hon. Hilda G. Tagle-
Stipulated to Magistrate Felix Recio]

**AGREED ORDER OF DISMISSAL WITH PREJUDICE
OF CLAIMS AGAINST THE DEFENDANT
JSW PLASTICS MACHINERY, INC.**

BE IT REMEMBERED that the stipulation agreement entered into by the Plaintiff Exel

Bobbins and Plastic Components, Inc. and by the Defendant JSW Plastics Machinery, Inc. having

been presented to the Court and it appearing to the court that the above-entitled action has been fully

settled, adjusted, and compromised and the Court having reviewed the stipulation agreement and

based upon the agreement of the parties.

IT IS HEREBY ORDERED that all of the claims and causes of action against JSW Plastics

Machinery, Inc. and any individual Defendant or other Defendant previously named in the suit who

had not been served be and are hereby **DISMISSED WITH PREJUDICE** by the Plaintiff Exel

Bobbins and Plastic Components, Inc. reasserting same in this or in any other cause of action, with

attorney fees and court costs to be paid by the party that incurred same.

Done at Brownsville, Texas this _____ day of October 2003.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

1

The foregoing Agreed Order of Dismissal With Prejudice of Claims Against the Defendant JSW Plastics Machinery, Inc. and any other Defendant in Civil Action Number B-01-148 is hereby approved by the undersigned attorneys for entry.

EXEL BOBBINS AND PLASTIC COMPONENTS, INC.

By:_____

John R. Griffith, Esq.
Susan Sullivan, Esq.
Griffith, Hill & Ochoa, L.L.P.
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503
Tel:(956) 971-9446; Fax:(956) 971-9451
**ATTORNEYS FOR PLAINTIFF**

JSW PLASTICS MACHINERY, INC.

By:_____

DAVID C. GARZA
SBN 07731400
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914; Fax: (956) 542-7403
Attorney-in-Charge for Japan Steel Works
America, Inc.

JAMES J. REGAN
CAL. SBN 80576
REGAN ◆ BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988; Fax: (310) 318-5894
**ATTORNEYS FOR DEFENDANTS**

K:\JSW\Exel\Agreed Order of Dismissal.wpd

2