IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EXEL BOBBINS AND PLASTIC COMPONENTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JSW PLASTICS MACHINERY, INC., <br><br> Defendant. | Civil Action No. B-01-148 <br> (636(c)) <br> [Assigned to the Hon. Hilda G. Tagle-Stipulated to Magistrate Felix Recio] |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THE DEFENDANT JSW PLASTICS MACHINERY, INC.

BE IT REMEMBERED that the stipulation agreement entered into by the Plaintiff Exel Bobbins and Plastic Components, Inc. and by the Defendant JSW Plastics Machinery, Inc. having been presented to the Court and it appearing to the court that the above-entitled action has been fully settled, adjusted, and compromised and the Court having reviewed the stipulation agreement and based upon the agreement of the parties.

IT IS HEREBY ORDERED that all of the claims and causes of action against JSW Plastics Machinery, Inc. and any individual Defendant or other Defendant previously named in the suit who had not been served be and are hereby **DISMISSED WITH PREJUDICE** by the Plaintiff Exel Bobbins and Plastic Components, Inc. reasserting same in this or in any other cause of action, with attorney fees and court costs to be paid by the party that incurred same.

Done at Brownsville, Texas this 14th day of October 2003.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

1

The foregoing Agreed Order of Dismissal With Prejudice of Claims Against the Defendant JSW Plastics Machinery, Inc. and any other Defendant in Civil Action Number B-01-148 is hereby approved by the undersigned attorneys for entry.

EXEL BOBBINS AND PLASTIC COMPONENTS, INC.

By: *[signature]*

John R. Griffith, Esq.
Susan Sullivan, Esq.
Griffith, Hill & Ochoa, L.L.P.
One Park Place
100 Savannah, Suite 500
McAllen, Texas 78503
Tel:(956) 971-9446; Fax:(956) 971-9451
**ATTORNEYS FOR PLAINTIFF**

JSW PLASTICS MACHINERY, INC.

By: *[signature]*

DAVID C. GARZA
SBN 07731400
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
P.O. Box 2025
Brownsville, Texas 78522-2025
Tel: (956) 541-4914; Fax: (956) 542-7403
Attorney-in-Charge for Japan Steel Works America, Inc.

JAMES J. REGAN
CAL. SBN 80576
REGAN ◆ BRAUN LAW OFFICES
2522 Artesia Boulevard, Suite 200
Redondo Beach, California 90278
Tel: (310) 372-1988; Fax: (310) 318-5894
**ATTORNEYS FOR DEFENDANTS**

K:\JSW\Exel\Agreed Order of Dismissal.wpd